✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:10 pm, Jan 27 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____M.G._____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

United States of America,   *

  *

v.   *   Case No. _LKG-25-06_

_Thomas Goldstein_   *
Defendant.   *

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, _Thomas Goldstein, limited to initial appearance as of 1/27/25_.
I certify that: [check one that applies and complete]

[✓] I am admitted to practice in this Court.

[ ] I am a member in good standing of the bar of the highest state court of
_____
and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

_1/27/25_
Date

_[signature]_
Signature

_Stuart A. Berman 08489_
Printed name and bar number

_Lerch Early, Brewer Chtd._
Firm name

_7600 Wisconsin Ave #700_
_Bethesda MD 20816_
Address

_saberman@lercheauly.com_
Email address

_301-657-0729_
Telephone number

_301-347-1538_
Fax number

Please select your designation:
[ ] CJA    [ ] Retained    [ ] Public Defender    [ ] Pro Bono

NOTE:   Appearance of counsel may be withdrawn only with leave of Court. See Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are not a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance**.

EntryofAppearanceCriminal (07/2014)