✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:10 pm, Jan 27 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____M.G._____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**United States of America,**    \*

v.    \*    Case No. LKG 25-cr-00006-1

**Thomas C. Goldstein**    \*
**Defendant.**    \*

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Enter my appearance as counsel in this case for the defendant, _____.
I certify that: [check one that applies and complete] , limited to IA/A at this time

[ ] I am admitted to practice in this Court.

[✓] I am a member in good standing of the bar of the highest state court of
     Florida   NY    DC

and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court.

Date: 1-28-25

Signature: [signed]

Printed name and bar number: 0794074

Firm name: Lauro + Singer

Address: 400 North Tampa

Email address: jlauro@laurosinger.com

Telephone number: 813 222 8990

Fax number: 813 222 8991

Please select your designation:
[ ] CJA    [ ] Retained    [ ] Public Defender    [ ] Pro Bono

**NOTE:** Appearance of counsel may be withdrawn only with leave of Court. See Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are not a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**

EntryofAppearanceCriminal (07/2014)