# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk  
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

January 27, 2025

## RECEIPT FOR SURRENDER OF PASSPORT

Re:  United States of America vs. Thomas C. Goldstein  
     Case No. 8:25−cr−00006−LKG

    Received this 27th day of January 2025, from Stuart Berman, one passport ending with 3264, issued by the country of United States of America which is being surrendered to the Court as a special condition of the Defendant's release. This passport is to be held in the custody of the Court until further Order of Court. The Clerk of Court will return any expired passports held in its custody to the Department of State.

                                                /s/  
                                  Catherine M. Stavlas, Clerk  
                                  By: im2s, Deputy Clerk

Receipt for Surrender of Passport (03/24)

Northern Division º 4415 U.S. Courthouse º 101 W. Lombard Street º Baltimore, Maryland 21201 º 410–962–2600  
Southern Division º 240 U.S. Courthouse º 6500 Cherrywood Lane º Greenbelt, Maryland 20770 º 301–344–0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov