IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIM. NO. 8:25-CR-00006-LKG |
| | * |
| THOMAS C. GOLDSTEIN, | * |
| | * |
| Defendant. | * |
| | * |
| | * |
| | ******** |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of Emerson Gordon-Marvin as counsel for the United States of America for all purposes in the above-captioned case.

        Respectfully submitted,

        Erek L. Barron
        United States Attorney

BY: _____/s/_____
        Emerson Gordon-Marvin
        Trial Attorney
        U.S. Department of Justice, Tax Division