# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| | ) | |
| THOMAS C. GOLDSTEIN, | ) | Dated: January 28, 2025 |
| | ) | |
| Defendants. | ) | |

## ORDER

The parties in the above-captioned criminal matter, shall participate in an initial scheduling conference on **February 6, 2025, at 10:30 a.m. Eastern Time**. The initial scheduling conference will be held *via* WebEx Teleconferencing. The Court will provide the parties *via* email with a call-in number and an access code. Participating on the call will be counsel of record for each party:

    For the Government:    **Patrick David Kibbe**
    U.S. Attorney's Office
    6406 Ivy Lane
    Suite 800
    Greenbelt, MD 20770
    410-212-4237
    Email: patrick.kibbe@usdoj.gov

    **Hayter Whitman**
    1713 Willard St NW
    Washington, DC 20009
    202-841-4487
    Email: hayter.whitman@gmail.com

    **Sean Emerson Gordon-Marvin**
    DOJ-Tax
    150 M St. NE
    Ste. 1.317
    Washington, DC 20002
    202-307-0872
    Email: emerson.gordon-marvin@usdoj.gov

|  |  |
|---|---|
| For Defendant: | **Stuart A Berman**<br>Lerch Early & Brewer LLC<br>7600 Wisconsin Avenue<br>Suite 700<br>Bethesda, MD 20814<br>13016570729<br>Fax: 13013471538<br>Email: saberman@lerchearly.com |

In preparation for the initial scheduling conference, the parties shall **FILE** a joint status report, on or before **February 4, 2025**, stating their respective views on the following issues:

1. The status of the parties' exchange of information pursuant to Fed. R. Crim. P. 16, and whether any discovery has yet to be completed.

2. Whether the parties are prepared to proceed to trial, and if so, a proposed trial date, the approximate length of trial, number of witnesses for each side, and any unique issues related to the trial.

3. Whether either party intends to file a pre-trial motion; and if so, the nature of the motion and a proposed schedule for the briefing of the motion.

4. Whether either party intends to file a motion *in limine*.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge