# EXHIBIT 1

## 2024 TAX NOTICE
### RICHLAND COUNTY REAL PROPERTY

70029

| LEGAL RESIDENCE[1] | NOTICE NUMBER | [2] TAX DIST. |
|---|---|---|
| Yes | R-2024-070501 | 1CC |

**PROPERTY LOCATION**
411 HARDEN ST
LOTS 42 43 44 45 46 & PA
0

### RICHLAND COUNTY REAL PROPERTY
PAUL BRAWLEY, AUDITOR - 2020 Hampton St.
PO Box 192 | Columbia SC 29202-0192



30751 1 AV 0.540        P:30751 / T:128 / S:

GOLDSTEIN FRANCIS P & SARA J
JTWRS
411 HARDEN ST
COLUMBIA SC 29205-3149



Pd
11/13/25
by check

### TAX DISTRIBUTION



School Bonds (31.9%)
County (17.0%)
City (18.9%)
County Bonds (5.8%)
Mental Health (.8%)
Midlands Tech (3.3%)
Riverbanks Zoo (1.0%)
Fire Service (12.2%)
Public Library (9.1%)

| 2023 | ALLOCATION | DOLLAR AMOUNT |
|---|---|---|
| .00 | SCHOOL TAXES | .00 |
| 1,379.85 | SCHOOL BONDS | 1,379.95 |
| 491.75 | COUNTY *† | 732.71 |
| 215.60 | COUNTY BONDS | 250.90 |
| 489.41 | FIRE SERVICE | 529.40 |
| 360.05 | PUBLIC LIBRARY | 393.91 |
| .00 | RECREATION | .00 |
| 47.43 | RIVERBANKS ZOO | 45.16 |
| 127.20 | MIDLANDS TECH | 143.01 |
| 30.18 | MENTAL HEALTH | 32.62 |
| .00 | EAST RICHLAND PSD | .00 |
| 636.82 | CITY † | 819.30 |

| | |
|---|---|
| PAY THIS AMOUNT BY JANUARY 15, 2025 | **4,326.96** |
| AFTER JANUARY 15, 2025 | 4,456.77 |
| AFTER FEBRUARY 3, 2025 | 4,759.66 |
| AFTER MARCH 17, 2025 | 4,976.00 |

| TAX MAP NUMBER | PROPERTY DESCRIPTION | PRIOR TAX YEAR |
|---|---|---|
| 11311-03-09 | 411 HARDEN ST | 3,778.29 |

| ACREAGE | APPRAISED TAXABLE VALUE | RATIO | | ASSESSED VALUE |
|---|---|---|---|---|
| | 677,200 | x .04 = | | 27,090 |
| | | x = | | |

| ENTITY | TOTAL ASSESSED VALUE | MILLS | | TAX |
|---|---|---|---|---|
| COUNTY | 27,090 | x 431.10 = | | 11,678.50 |
| COLUMBIA | 27,090 | x 89.60 = | | 2,427.26 |

* COUNTY INCLUDES - OPERATIONS, LANDFILL, CAPITAL REPLACEMENT, CONSERVATION COMMISSION, STORMWATER MGMT AND NEIGHBORHOOD REDEVELOPMENT.
† LOCAL OPTION SALES TAX CREDIT HAS BEEN APPLIED TO YOUR COUNTY AND CITY TAX DISTRIBUTION.

| HOMESTEAD EXEMPTION | 538.80- |
|---|---|
| SCHOOL TAX CREDIT | 6,807.72- |
| LOCAL OPTION SALES TAX CREDIT | 2,432.28- |
| | |
| **PAY THIS AMOUNT BY JANUARY 15, 2025** | **4,326.96** |

Please review the back of this tax notice for additional information

▼ DETACH AND RETAIN THIS PORTION FOR INCOME TAX PURPOSES ▼