# EXHIBIT 2

# RICHLAND COUNTY TAX NOTICE

## PAUL BRAWLEY, AUDITOR

** Real Estate **
NOTICE NUMBER: R-2024-026199          Parcel: 11314-13-01

Property Location  2728 KIAWAH AVE
                   LOTS 1-2 & W PT 3 BLOCK 6 0

PHONE NO: (803) 576-2600
FAX NO:   (803) 576-2605
AUDITOR@RCGOV.US

TAX DIST:1CC  LEVY YEAR:  2024

| ACRES | APPRAISED TAXABLE VALUE | RATIO | ASSESSED VALUE |
|---|---|---|---|
| | 341,500 | .040 | 13,660 |

| ENTITY | ASSESSED VALUE | MILLS | TAX |
|---|---|---|---|
| COUNTY | 13,660 | 431.1 | 5,888.83 |
| COLUMBIA | 13,660 | 89.6 | 1,223.94 |
| HOMESTEAD | | | .00 |
| SCHOOL TAX CREDIT | | | 3,432.76- |
| SALES CREDIT | | | 1,324.34- |

Pay this amount by
01/15/2025          2,355.67

Send Payment to: Richland County
Treasurer, PO Box 11947
Columbia SC 29211
You can pay by credit card at
WWW.RCGOV.US there will be a
processing fee.

### *** Tax Distribution ***

| Dollar Amount | Allocation | Prior Year |
|---|---|---|
| .00 | School Taxes | .00 |
| 751.30 | School Bonds | 561.28 |
| 398.87 | County | 200.05 |
| 136.60 | County Bonds | 87.70 |
| 288.23 | Fire Service | 199.08 |
| 214.46 | Public Library | 146.46 |
| .00 | Recreation | .00 |
| 24.59 | Riverbank Zoos | 19.29 |
| 77.86 | Midland Tech | 51.74 |
| 17.76 | Mental Health | 12.28 |
| .00 | East Rich PSD | .00 |
| 446.00 | CITY | 259.07 |
| .00 | | .00 |
| .00 | | .00 |
| .00 | | .00 |
| 2,355.67 | TOTAL ALLOCATION | |

Pay no pen thru 01/15/2025          2,355.67

Pay 3% pen thru 02/03/2025          2,426.34

Pay 10% pen thru 03/17/2025         2,591.24

Pay 15% pen/cost after 03/17/2025   2,709.02



SNAP TO PAY

R-2024-026199
BOYES KATHERINE I JTWRS
C/O BOYES KATHERINE I ETAL
/JTWRS/
2728 KIAWAH AVE
COLUMBIA SC 29205-3168

PRINTED: 1/10/2025          SHERIKA

3202400026199 0002355673