# EXHIBIT 3



BEAUFORT COUNTY TREASURER
PO DRAWER 487
BEAUFORT, SC 29901-0487
**ELECTRONIC SERVICE REQUESTED**
www.BeaufortCountyTreasurer.com

**2024 BEAUFORT COUNTY PROPERTY TAX BILL**

Have a question about...
**Real property or mobile homes?**
  Call 843-255-2400 or Assessor@bcgov.net

**Business property, Personal property, Homestead or Military exemption?**
  Call 843-258-5434 or BeaufortCountyAuditor@bcgov.net

**Your payment?**
  Call 843-341-8404 or www.BeaufortCountyTreasurer.com

**********AUTO**ALL FOR AADC 290
16394296  8706-PTN   74079 1 1 1



GOLDSTEIN FRANCIS P SARA JUNE
411 HARDEN ST
COLUMBIA SC 29205-3149

| Property ID (PIN) | Alternate ID (AIN) |
|---|---|
| R300 035 00A 0324 0000 | 00314573 |

| Description | Property Class Code |
|---|---|
| 19 FORT FREMONT RD, LOT 3-N PR SOUND S/D A/K/A | ResImp SingleFamily |

| Acres | Assessment Ratio | Tax Authority Group |
|---|---|---|
| 0.00 | 6.00% | 300-ST HELENA ISLAND |

**Values And Prior Year Information**

| | |
|---|---|
| Appraised Value | 455,900 |
| Capped Value | 342,660 |
| Homestead Exemption Value | 0 |
| Other Exemption Value | 0 |
| Taxable Value | 20,560 |
| Prior Year Tax/Fees | 5,451.75 |

**How Your Taxes Are Calculated**

| | |
|---|---|
| Taxable Value | 20,560 |
| x Millage Rate | 0.26030 |
| Tax Amount | 5,351.77 |
| - School Tax Credit (Primary Residence Only) | 0.00 |
| + Fees | 100.00 |
| + Prior Unpaid Taxes/Fees/Penalties | 0.00 |
| - Installment Payments | 0.00 |

**Where Your Tax Dollars Go**

The tax amount for each fund listed in the description below is calculated by multiplying the taxable value by the millage rate. This does not apply to "fee" amounts.

| Description | Millage | Taxable Value | Tax/Fee |
|---|---|---|---|
| COUNTY OPERATIONS | 0.05330 | 20,560 | 1,095.85 |
| COUNTY DEBT | 0.00320 | 20,560 | 65.79 |
| RURAL & CRITICAL LANDS | 0.00300 | 20,560 | 61.68 |
| SCHOOL - OPERATIONS | 0.12180 | 20,560 | 2,504.21 |
| SCHOOL - DEBT | 0.03630 | 20,560 | 746.33 |
| FIRE DISTRICT | 0.04270 | 20,560 | 877.91 |
| Stormwater MUNICIPAL/DISTRICT FEE | | | 100.00 |
| TOTALS | 0.26030 | 20,560 | 5,451.77 |

**TOTAL AMOUNT DUE:** $5,451.77
**DUE BY:** January 15, 2025

**SAVE TIME. GO ONLINE.**
myBeaufortCounty.com

---

**2024 BEAUFORT COUNTY PROPERTY TAX BILL**

| Tax Year | AIN | RevObjID | Property ID (PIN) | Property Address | Total Amount Due |
|---|---|---|---|---|---|
| 2024 | 00314573 | 0000314573 | R300 035 00A 0324 0000 | 19 FORT FREMONT RD | $5,451.77 |

Owner as of January 1, 2024  GOLDSTEIN FRANCIS P SARA JUNE

PAYABLE NOW THRU  01/15/2025    $5,451.77
THEN PENALTIES APPLY...
IF RECEIVED AFTER  01/15/2025   (3%)     $5,615.32
IF RECEIVED AFTER  02/03/2025   (10%)    $5,996.95
IF RECEIVED AFTER  03/17/2025   (15%)    $6,269.54
IF RECEIVED AFTER  03/31/2025   ($250)   $6,519.54
IF RECEIVED AFTER  09/02/2025   ($150)   $6,669.54

Include on your check your Phone Number, PIN and RevObjID.
Make your check payable to Beaufort County Treasurer.

*Paid by e-check 1/13/25* (handwritten)

Beaufort County RPA
PO BOX 105176
ATLANTA GA 30348-5176

GOLDSTEIN FRANCIS P SARA JUNE
411 HARDEN ST
COLUMBIA SC 29205-3149

0000314573000054517700005615320005996950000626954000743