IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| v. | * | **CRIMINAL NO. LKG-25-6** |
| | * | |
| **THOMAS C. GOLDSTEIN,** | * | |
| | * | |
| **Defendant** | * | |
| | ******* | |

## ORDER

Upon consideration of defendant Thomas C. Goldstein's motion to modify conditions of release (ECF 6) and the related agreement to forfeit property (ECF 8) and order to record agreement to forfeit property (ECF 7),

IT IS ORDERED that the motion is GRANTED. Paragraph 8(c) of the conditions of release is amended to strike the reference to 4323 Hawthorne Street, NW, Washington, DC 20016 and to substitute the following properties: 411 Harden Street, Columbia, SC 29205; 2728 Kiawah Avenue, Columbia, SC 29205; and 19 Ft. Fremont Road, Saint Helena Island, South Carolina, 29920. The Court vacates the agreement to forfeit property (ECF 8) and order to record agreement to forfeit property (ECF 7) and will issue amended documents.

_____
Timothy J. Sullivan
Chief United States Magistrate Judge

Dated: January \_\_\_\_\_, 2025