IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. LKG-25-0006 |
| | * | |
| THOMAS C. GOLDSTEIN | * | |
| | * | |

**ORDER**

Pending before the Court is Defendant Thomas C. Goldstein's Motion to Modify Conditions of Release to Extend Time and Amend Agreement to Forfeit Property (ECF No. 18). The Motion is **GRANTED IN PART** and **DENIED IN PART**.

Mr. Goldstein's request to substitute three properties in South Carolina for the Hawthorne Street property in Washington, D.C. is **DENIED**. The Court finds that maintaining the Hawthorne Street property (the residence of Mr. Goldstein's wife) as the property subject to forfeiture under the appearance bond (ECF No. 8) is necessary to reasonably assure that Mr. Goldstein will appear for all future proceedings in this case. The deadline for Mr. Goldstein to return to this Court the receipt of recordation of the Agreement to Forfeit Property, *see* ECF No. 7, is extended to **January 31, 2025**.

Mr. Goldstein's request to modify the terms of the appearance bond (ECF No. 8) is **GRANTED**. It is the Court's intention that the Hawthorne Street property will only be forfeited if Mr. Goldstein fails to appear as required, and not for other violations of the conditions of release. Accordingly, the appearance bond is modified as follows:

> *Forfeiture*. If the defendant fails to appear as required, the court will immediately order the property forfeited and on motion of the United States of America may

order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

All other terms of the appearance bond remain the same.


Date: January 29, 2025                                      /s/
                                                     Timothy J. Sullivan
                                                     Chief United States Magistrate Judge