AO 442 (Rev. 11/11) Arrest Warrant

PDK/jm USAO# 2020R00192

# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

8:59 am, Jan 30 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___M.G.___ Deputy

United States of America
v.
THOMAS C. GOLDSTEIN,

Defendant

Case No. LKG25CR6

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) Thomas C. Goldstein,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Tax Evasion, 26 U.S.C. § 7201; Aiding and Assisting the Preparation of False and Fraudulent Tax Returns, 26 U.S.C. § 7206(2); Willful Failure to Pay Taxes, 26 U.S.C. § 7203; False Statements, 18 U.S.C. § 1014; Aiding and Abetting, 18 U.S.C. § 2

Date: 01/16/2025

_____
Issuing officer's signature

City and state: Greenbelt, Maryland

Honorable Gina L. Simms, United States Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on (date) 1/16/2025, and the person was arrested on (date) 1/27/2025
at (city and state) Greenbelt, MD

Date: 1/27/2025

_____
Arresting officer's signature

Andrew Accardi, Special Agent
Printed name and title