IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-25-6 |
| | * | |
| THOMAS C. GOLDSTEIN, | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

### BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States of America, by and through its undersigned counsel, hereby submits this Bill of Particulars for Forfeiture of Property, providing notice pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure of its intent to seek the forfeiture of certain property in the above-referenced case.

On January 16, 2025, a federal grand jury returned a twenty-two count Indictment alleging, *inter alia*, that the defendant committed a violation of 18 U.S.C. § 1014, in that he made false statements on a mortgage loan application. (ECF No. 1, Count 22, pg. 48).

The Indictment also included a forfeiture allegation, which provided notice to the defendant that upon conviction of the above offense, the United States will seek forfeiture pursuant to 18 U.S.C. § 982(a)(2).

The United States hereby gives notice that, in addition to the forfeiture allegation contained in the Indictment, the United States alleges, pursuant to 18 U.S.C. § 982(a)(2), that upon conviction of the offense alleged in Count Twenty-Two of the Indictment, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of the offense, including, but not limited to, the following property: the real property located at **4323 Hawthorne Street NW, Washington, DC 20016.**

        Respectfully submitted,

        Erek L. Barron  
        United States Attorney

By:   /s/  _____  
        Patrick Kibbe  
        Assistant United States Attorney

        Stanley Okula  
        Senior Litigation Counsel—DOJ Tax

        Emerson Gordon-Marvin  
        Hayter Whitman  
        Trial Attorneys—DOJ Tax