[4/12/23, 3:49:47 PM] ████ The Fixer ████ Yea. If you're not going to use that much might not make that much sense. I've asked them if you aren't present what rules are if others are using if as your guest but have not heard back
[4/13/23, 6:19:37 AM] ████ The Fixer ████ Good Morning,

I am working on this deal for the Crypto transfer. he said he can do USDT or USDC.

Would you mind sharing your address details on where he would need to send each coin?
[4/13/23, 7:59:43 AM] ████ The Fixer ████ and I guess I should ask, what total is that you are ok taking?

This guy wants to spend really big. Looking at a jet for around 333K EUR + villa, yacht, helicopters, excursions, etc in Dubai.

For USD Value, will be over 500K for sure.
[4/13/23, 1:33:53 PM] Tom Goldstein: I can definitely take $500k crypto. But I have to structure it as a purchase. Like I'm going to have a record of buying it from him. Or from you. I need to do that bc I'm going to send it to ███ as his share of poker.
[4/13/23, 1:34:32 PM] Tom Goldstein: I'm going to pass on ██████████, at least at this exact moment. I'm playing ███ next week. And if I win I'll do it as just a "fuck it" thing.
[4/13/23, 1:40:18 PM] ████ The Fixer ████ No problem. It's not cheap by any means and if you don't go at least 10-15x makes no sense. Or if your not london based really. I'll let them know.

But if you win and it's open, I'll of course push it for you.
[4/13/23, 1:41:29 PM] Tom Goldstein: Ty
[4/13/23, 1:41:44 PM] ████ The Fixer ████ Amazing news. Thank You. I didn't think this kid was going to go so big. He is a player too so as I build I'll intro you
[4/13/23, 1:41:50 PM] Tom Goldstein: Nice
[4/13/23, 1:42:06 PM] ████ The Fixer ████ Just lmk how you need to structure it and im happy to do whatever.
[4/13/23, 1:42:21 PM] ████ The Fixer ████ Kids only 24 and already at like 500k
[4/13/23, 1:42:28 PM] Tom Goldstein: Strong
[4/13/23, 1:42:32 PM] ████ The Fixer ████ And he hasn't even got there lol ██
[4/13/23, 1:42:42 PM] Tom Goldstein: Jeez
[4/13/23, 1:43:14 PM] Tom Goldstein: I would have him send it to a wallet of yours. Then do an invoice to sell it to me. I'll wire to you and have you send the coins for me.
[4/13/23, 1:43:47 PM] ████ The Fixer ████ I will likely need him to do his first transfer tomorrow for the villa, excursions, and jet. I'll have an exact amount later to you. Need to finish out the invoice.

How much do you want to do it ?

**Exhibit 3**

[4/13/23, 1:44:25 PM] **The Fixer** Sounds good. I have one of those cold wallet things. One of those or a online one? Sorry this is way over my head. I don't do shit with crypto.
[4/13/23, 1:44:53 PM] Tom Goldstein: It doesn't matter to me how you do your wallet.
[4/13/23, 1:44:58 PM] Tom Goldstein: 500k is fine
[4/13/23, 1:45:34 PM] **The Fixer** What do you suggest to use for an amount like this ? Any specific platform ?
[4/13/23, 1:45:46 PM] **The Fixer** Sorry to ask such a stupid question.
[4/13/23, 1:46:49 PM] Tom Goldstein: It doesn't matter so long as your accounting is sound. A lot of people would just buy a cold wallet.
[4/13/23, 1:47:59 PM] **The Fixer** Sounds Good!  I have a ledger one
[4/13/23, 1:48:48 PM] Tom Goldstein: Perfect
[4/13/23, 1:49:19 PM] **The Fixer** Appreciate this. Lmk how much you want to do this for me. I appreciate it.
[4/13/23, 1:49:41 PM] Tom Goldstein: It will depend on poker, ty
[4/13/23, 1:59:37 PM] **The Fixer** Sounds Good!  When you playing ?
[4/13/23, 2:00:00 PM] **The Fixer** Are you out in Coachella already?
[4/13/23, 2:01:06 PM] Tom Goldstein: Tonight Coachella. Lost this week. Back next week.
[4/13/23, 2:02:32 PM] **The Fixer** Well enjoy Coachella. Should be good. Heard it's cold though. If you need anything lmk.

And I'll be back on invoice info and totals and should be able to finish this up tomorrow. But I'll talk to the guy to make sure he can do the transfer tomorrow to me, and then I'll transfer to you and sign the doc
[4/13/23, 4:27:16 PM] **The Fixer** Currently invoice is at 582,019.78.

Will know tomorrow but maybe another 40-50k for a drone show and some other random stuff.

Will that be too much for the coin?

Sorry I thought I was overshooting with 500k
[4/13/23, 4:30:30 PM] Tom Goldstein: I can do the 500 now and hopefully more soon
[4/13/23, 4:32:06 PM] **The Fixer** Ok perfect. Thank You very much and you can keep $25k from this one. And I should be able to get rest to you before end of month
[4/13/23, 4:34:57 PM] Tom Goldstein: No need
[4/13/23, 4:39:45 PM] **The Fixer** Thank You, appreciate it. will be back to you tomorrow.
[4/13/23, 4:39:54 PM] **The Fixer** Is tieg making it out or too much liability ?
[4/13/23, 4:43:18 PM] Tom Goldstein: So far
[4/13/23, 4:46:20 PM] **The Fixer** good luck and enjoy.
[4/13/23, 4:53:09 PM] Tom Goldstein: Yaya's
[4/14/23, 8:39:59 AM] **The Fixer** Good Morning,

How was the first night. I have the first 230k USDC ready to go and rest should be in later today.
[4/14/23, 8:41:43 AM] Tom Goldstein: Ok cool. If you need a wire today lmk bc I'll be distracted by Coachella
[4/14/23, 8:43:35 AM] **The Fixer** That would be ideal if you don't mind doing, I will have the other funds for 500K total in 90 mins or so
[4/14/23, 8:43:50 AM] **The Fixer** he just had to step into a meeting, and wanted to do a test send first.
[4/14/23, 8:47:02 AM] **The Fixer** So in next few hours, I can get you the 500k to your wallet
[4/14/23, 8:47:46 AM] Tom Goldstein: I probably won't have you send it out today
[4/14/23, 8:50:10 AM] **The Fixer** ok, just let me know when. I will have it avaliable for you and of course good for it
[4/14/23, 8:50:36 AM] **The Fixer** do you want an INV for the 500k and what do you want me to put on it for your accounting purpose?
[4/14/23, 8:52:16 AM] Tom Goldstein: Yes please. It's an invoice for me to purchase $500k in whichever coin. That's all I need.
[4/14/23, 8:53:44 AM] **The Fixer** ok
[4/14/23, 8:53:56 AM] **The Fixer** Give me 5 mins
[4/14/23, 8:54:11 AM] Tom Goldstein: I'm obv in no rush
[4/14/23, 9:21:23 AM] **The Fixer** Goldstein, Invoice INV-1349 - USDC Purchase .pdf • 2 pages <attached: 00023118-Goldstein, Invoice INV-1349 - USDC Purchase .pdf>
[4/14/23, 10:38:35 AM] **The Fixer** <attached: 00023119-PHOTO-2023-04-14-10-38-35.jpg>
[4/14/23, 10:43:21 AM] Tom Goldstein: So cool. I'm with a group of 10. I have artist passes. Don't know if that's different. And they also put on these wristbands you can't remove.
[4/14/23, 10:43:57 AM] **The Fixer** will let you know for sure! They got production ones, which means you are a "producer" can basically go everywhere and anywhre
[4/14/23, 10:44:07 AM] **The Fixer** but Artist passes also amazing too
[4/14/23, 10:44:30 AM] **The Fixer** I am sure you guys will have fun, ▓▓▓▓▓▓▓▓▓▓▓▓
[4/14/23, 10:49:09 AM] Tom Goldstein: Hahaha. Ya first big party last night.
[4/14/23, 10:57:50 AM] **The Fixer** How was it?
[4/14/23, 11:00:19 AM] Tom Goldstein: Good good time
[4/14/23, 11:04:35 AM] **The Fixer** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
[4/14/23, 11:12:29 AM] Tom Goldstein: Jeez. Such a difference.
[4/14/23, 11:21:06 AM] **The Fixer** You're a bro!
[4/14/23, 11:21:18 AM] **The Fixer** Pro* but also bro
[4/14/23, 2:49:25 PM] Tom Goldstein: Wire instructions sent. Don't know if they apply the 330p PT cutoff. Will be there either today or first thing Mon.

[4/14/23, 2:49:55 PM] ███ The Fixer ███ Thank You 🙏 appreciate it. I'll confirm once it hits our account of course.
[4/17/23, 8:05:34 AM] ███ The Fixer ███ Good Morning,

How was the rest of the weekend? Just wanted to let you know the wire just hit us, so thank you for getting that over. I appreciate it.
[4/17/23, 10:42:09 AM] Tom Goldstein: ███████████
[4/17/23, 10:43:01 AM] ███ The Fixer ███ Omg.
[4/17/23, 10:43:07 AM] ███ The Fixer ███ Legenddd
[4/17/23, 10:43:14 AM] ███ The Fixer ███ When we doing your book ?
[4/17/23, 10:43:17 AM] Tom Goldstein: Solid 8 of a day
[4/17/23, 10:43:52 AM] ███ The Fixer ███ What's next destination ?
[4/17/23, 10:46:30 AM] Tom Goldstein: DC tomorrow
[4/17/23, 10:48:45 AM] ███ The Fixer ███ Nice. Bless you. My story isn't as good. ███
[4/17/23, 10:49:02 AM] Tom Goldstein: Hahahaha
[4/17/23, 11:51:17 AM] ███ The Fixer ███ Thanks again for doing that swap.

Question for you. Do you know anyone that can take like 200-1m a month or coin for a wire transfer and charge a fee ? This guy will start to travel crazy and I need to find a long ten solution out
[4/17/23, 1:55:32 PM] Tom Goldstein: Sorry, I don't
[4/17/23, 1:56:41 PM] ███ The Fixer ███ Ok. No prob. What a pain in the ass this stuff
[4/21/23, 8:44:10 AM] ███ The Fixer ███ How things going!
[4/21/23, 9:58:49 AM] Tom Goldstein: Otw to London. How about you?
[4/21/23, 10:00:03 AM] ███ The Fixer ███ Nice. Safe trip.
[4/21/23, 10:00:09 AM] ███ The Fixer ███ Just got to SD with family
[4/21/23, 10:01:46 AM] ███ The Fixer ███ How long you over there?
[4/21/23, 10:02:56 AM] Tom Goldstein: 4 days. Went to ████ last night and ████ tonight.
[4/21/23, 10:04:10 AM] ███ The Fixer ███ you still have the guy from london info ?
[4/21/23, 10:06:05 AM] Tom Goldstein: Ya
[4/21/23, 10:18:38 AM] ███ The Fixer ███ Sounds Good! If he doesn't get back to you lmk and I'll push him
[4/21/23, 10:19:22 AM] Tom Goldstein: Ya we're all set tyvm
[4/21/23, 10:19:32 AM] ███ The Fixer ███ Enjoy it.
[5/1/23, 12:09:38 AM] ███ The Fixer ███ Hope you are doing well. In Dubai with the client that paid with the coin. I have your coin in the wallet ready to go when you are.

Once this trip is over, May 9-11 and he gets everything settled (and I transfer the coin to cash), I will send over some of the additional owed as well.

Thank you as always for your support and hope you are enjoying wherever in the world you are.
[5/4/23, 4:57:54 PM] Tom Goldstein: What crypto is it, please?
[5/4/23, 4:58:36 PM] Tom Goldstein: USDC or USDT and is it on the ETH protocol?
[5/4/23, 9:19:44 PM] The Fixer: USDC
[5/4/23, 9:19:54 PM] The Fixer: It's on the egg protocol corrrct
[5/4/23, 9:19:57 PM] The Fixer: Correct.
[5/4/23, 9:20:06 PM] The Fixer: Sorry, I just woke up. Still in Dubai.
[5/4/23, 10:44:18 PM] The Fixer: It's on the ETH protocol** sorry really bad half asleep English. Just lmk which wallet to send to? I'll do a test transaction first then do rest once you confirm you got it
[5/5/23, 8:53:22 AM] Tom Goldstein: Amazing ty
[5/5/23, 8:56:20 AM] The Fixer: you're welcome
[5/5/23, 9:25:22 AM] Tom Goldstein: ███ 935B
[5/5/23, 9:28:41 AM] The Fixer: Thank You.
[5/5/23, 9:30:52 AM] The Fixer: Just sent 100
[5/5/23, 9:30:55 AM] The Fixer: Lmk if you got it
[5/5/23, 9:30:59 AM] The Fixer: And I'll send rest
[5/5/23, 9:33:03 AM] Tom Goldstein: Received
[5/5/23, 9:34:09 AM] The Fixer: Sent
[5/5/23, 9:34:16 AM] The Fixer: If there are any fees. Lmk I'll wire difference
[5/5/23, 9:38:58 AM] The Fixer: Received ?
[5/5/23, 9:40:59 AM] Tom Goldstein: Received Ty
[5/5/23, 9:42:03 AM] The Fixer: Thank You. If less than 500k, I'll pay wire difference.
[5/5/23, 9:43:27 AM] Tom Goldstein: All good
[5/5/23, 9:43:36 AM] The Fixer: Thank You 🙏
[5/5/23, 9:43:59 AM] The Fixer: Really appreciate you doing that for me
[5/5/23, 9:44:09 AM] Tom Goldstein: Easy
[5/5/23, 9:44:19 AM] The Fixer: And I'll get you paid back next 10 days
[5/5/23, 9:44:25 AM] The Fixer: Just waiting for his cash to come in
[5/5/23, 9:44:31 AM] Tom Goldstein: I'm totally good. No rush.
[5/5/23, 9:45:03 AM] The Fixer: Can I have ███ payment terms
[5/5/23, 9:45:13 AM] Tom Goldstein: 🤵
[5/5/23, 9:45:30 AM] The Fixer: It's coming I have a billion dollar deal next week 🤭
[5/5/23, 9:45:35 AM] The Fixer: That guy was something else
[5/5/23, 9:45:45 AM] Tom Goldstein: Every next week
[5/5/23, 9:45:51 AM] The Fixer: We've been through a good amount of humans together
[5/5/23, 9:45:57 AM] The Fixer: So thanks for always being a real one
[5/5/23, 9:46:06 AM] Tom Goldstein: Some better than others. Same!!