```
USER ATTRIBUTES ***
USER ID
NAME            Thomas Goldstein
EMAIL
CREATED         June, 1 2020 11:58am PDT

IDENTITY ***
FIRST NAME      Thomas
LAST NAME       Goldstein
SSN
ADDRESS1
ADDRESS2
CITY
STATE
ZIP
COUNTRY
BIRTHDATE M/D/Y
```

| JUMIO PROFILES *** | | | | | | |
|---|---|---|---|---|---|---|
| DATE | TYPE | ID NUMBER | STATUS | NAME | DOB | ADDRESS |
|  |  |  |  | Thomas Che Goldstein |  |  |

```
PERSONAL DETAILS ***
DOB
Street Address
City, State, ZIP
Country
```

| PREVIOUS EMAILS *** | | | |
|---|---|---|---|
| CHANGED FROM | CHANGED TO | CHANGED AT | CONFIRMED AT |

MERCHANT PROFILES ***

| COMPANY EDD REQUESTS *** | | | | | | |
|---|---|---|---|---|---|---|
| NAME | DBA | WEBSITE | BUSINESS TYPE | BUSINESS CATEGORY | BUSINESS DESCRIPTION | PHONE NUMBER |

| PHONE NUMBERS *** | | |
|---|---|---|
| NUMBER | COUNTRY | VERIFIED |
|  | US | TRUE |
|  | US | FALSE |

| BILLING ADDRESSES *** | | | | | | |
|---|---|---|---|---|---|---|
| ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | COUNTRY |

| BANK ACCOUNTS *** | | | | | | |
|---|---|---|---|---|---|---|
| CUSTOMER NAME | BANK NAME | ACCOUNT NUMBER | ROUTING NUMBER | ACCOUNT TYPE | VERIFIED | VERIFICATION METHOD |
| THOMAS C GOLDSTEIN |  |  |  |  |  |  |

| SEPA PAYMENT METHOD *** | | |
|---|---|---|
| BANK NAME | IBAN | VERIFIED |

| FEDWIRE PAYMENT METHOD *** | | | | |
|---|---|---|---|---|
| BANK NAME | ACCOUNT | ROUTING | BENEFICIARY NAME | VERIFIED |

| TRANSACTIONS *** | | | | | | | |
|---|---|---|---|---|---|---|---|
| TIMESTAMP | ACCOUNT NAME | TYPE | STATUS | BALANCE | AMOUNT | CURRENCY | TO |

**Exhibit 7**









| Date | Asset | Type | Status | | Amount | |
|---|---|---|---|---|---|---|
| 12/2/2022 17:33 | ETH | Withdrawal | Complete | N/A | -0.00091131 | ETH |
| 12/2/2022 17:33 | ETH Wallet | Receive | Complete | 0.00091131 | 0.00091131 | ETH |
| 12/2/2022 17:33 | USDC | Withdrawal | Complete | N/A | -0.005174 | USDC |
| 12/2/2022 17:33 | USDC Wallet | Receive | Complete | 0.005174 | 0.005174 | USDC |
| 12/2/2022 17:33 | USDT | Withdrawal | Complete | N/A | -0.004768 | USDT |
| 12/2/2022 17:33 | USDT Wallet | Receive | Complete | 0.004768 | 0.004768 | USDT |