

March 27, 2024

**VIA E-MAIL**

Stanley J. Okula, Jr.
Senior Litigation Counsel
Department of Justice- Tax Division

**RE:    GJ Subpoena for Documents to**

Dear Stan:

Pursuant to our further communications, please find enclosed supplemental information on behalf of our client, _____ in response to the grand jury subpoena dated December 19, 2023:

- Cryptocurrency transaction of 242,410 to Goldstein's address "_____54E3" on June 6, 2023.

_____ has confirmed that this was payment for a 2023 poker loss to Mr. Goldstein.

If you have any questions, please feel free to email me or contact me on my cell at _____

Sincerely,



/sht
cc:

**Exhibit 9**

| Date | Action | Symbol | Exchange | Volume | Price | Currency | Fee | Fee Currency | Total | Memo | New Memo | notes v2 | Note | Trnsx Hash | From | To | client comments | other_party |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/6/2023 20:02 | spend | USDT | ETH Wallets (3x) | 242410 | 1 | USD | | | 242410 | poker loss | | | | ███ | ███ | ███e3 | poker loss | ███64e3 |