

**Exhibit 11**