IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED    ___ ENTERED
___ LOGGED   ___ RECEIVED

4:36 pm, Feb 10 2025

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____C.M.____ Deputy

UNITED STATES OF AMERICA

vs.

THOMAS C. GOLDSTEIN

Case No. LKG-25-6

******

## ORDER OF DETENTION (18 U.S.C. § 3142)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a bail review hearing/detention hearing has been held. I have concluded that the following facts require the detention of the defendant pending the trial of this case.

### PART I: FINDINGS OF FACT

☒ (1) This is a case in which the government may properly seek detention.

☒ (2) The defendant is charged under: violation of conditions of release.

☒ (3) The maximum term of imprisonment, if convicted, is: NA/revocation of release conditions.

☒ (4) There is probable cause to believe that the defendant committed a violation of release conditions.

☐ The government is entitled to a presumption under § 3142 (e) **[describe in Part II]**.

☐ The defendant has failed to rebut this presumption [as to flight risk] and [as to danger].

☐ (5) I find, by a preponderance of the evidence, from the information produced at the hearing that there is a serious risk that the defendant will not appear.

☐ (6) I find, by clear and convincing evidence, from the information produced at the hearing that the defendant poses a risk to the safety of other persons and the community.

☐ (7) I find by clear and convincing evidence that there is no condition or combination of conditions which will reasonably assure the safety of the community.

### PART II: WRITTEN STATEMENT OF ADDITIONAL REASONS FOR DETENTION

Mr. Goldstein is charged with in a 22-count indictment alleging tax evasion, false tax returns, failure to pay taxes and false statements on mortgage loan applications. He was released on conditions of release on January 27, 2025. ECF 6. On February 9, 2025, the government filed an ex parte motion for an arrest warrant and to revoke the release order. ECF 35. On February 10, 2023, I granted the motion and issued the arrest warrant. Mr. Goldstein was arrested today and a hearing was held. I find, pursuant to 18 U.S.C. § 3148, that there is clear and convincing evidence of a violation of pretrial release conditions (not telling Pretrial about two cryptocurrency wallets and transferring funds without prior Pretrial approval) and that Mr. Goldstein has violated his release conditions. Furthermore, there are no conditions and/or combination of conditions that can be established to reasonably assure compliance given the seriousness of the violations and the Court's continued concern of risk of flight. Mr. Goldstein is unable and/or unlikely to abide by any COR at this time. A separate Order will follow on Mr. Goldstein's decision to represent himself in this case.

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the U.S. Marshal shall deliver the defendant for the purpose of an appearance in connection with a court proceeding.

February 10, 2025
Date

_____
Timothy J. Sullivan
Chief United States Magistrate Judge