# EXHIBIT A
# (Redacted)

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **CHAT - GOTH2000000001 - 00896 - 2023/05/05**

**SM**    **System Message &lt;System Message&gt;**    5/5/2023, 3:55 PM
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@s.whatsapp.net) added (owner)

**SM**    **System Message &lt;System Message&gt;**    5/5/2023, 3:55 PM
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@s.whatsapp.net) created group "poker player tom"

**SM**    **System Message &lt;System Message&gt;**    5/5/2023, 3:55 PM
🔒 Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

**#**    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@s.whatsapp.net&gt;    5/5/2023, 3:56 PM
tom need to wire USDC to me, please give him a address

**#**    ▓▓▓▓▓▓▓▓▓▓@s.whatsapp.net&gt;    5/5/2023, 4:21 PM
OK

**#**    ▓▓▓▓▓▓▓▓▓▓@s.whatsapp.net&gt;    5/5/2023, 4:21 PM
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓935B

**#**    ▓▓▓▓▓▓▓▓▓▓@s.whatsapp.net&gt;    5/5/2023, 4:22 PM
ERC20

**TG**    **Thomas Goldstein &lt;▓▓▓▓▓▓▓▓▓&gt;**    5/5/2023, 4:31 PM
$100 test sent

**#**    ▓▓▓▓▓▓▓▓▓▓@s.whatsapp.net&gt;    5/5/2023, 4:32 PM
Got it

**TG**    **Thomas Goldstein &lt;▓▓▓▓▓▓▓▓▓&gt;**    5/5/2023, 4:39 PM
Rest sent

**#**    ▓▓▓▓▓▓▓▓▓▓@s.whatsapp.net&gt;    5/5/2023, 4:40 PM
Got 500k