# EXHIBIT B
# (Redacted)

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **CHAT - GOTH2000000001 - 00765 - 2023/06/06**

**TG**  **Thomas Goldstein <████████>**  6/6/2023, 4:54 PM
I have $220k UDT. Can I please have an ERC address to send it.

>#  **? ████████@s.whatsapp.net>**  6/6/2023, 4:57 PM
You want to send to ████ to pay down the debt due, right?

>#  **? ████████@s.whatsapp.net>**  6/6/2023, 5:04 PM
████████████████████████████████████54E3

**TG**  **Thomas Goldstein <████████>**  6/6/2023, 4:58 PM
Yes

#  **? ████████@s.whatsapp.net>**  6/6/2023, 4:58 PM
Okay, please wait

**TG**  **Thomas Goldstein <████████>**  6/6/2023, 5:04 PM
Ty

#  **? ████████@s.whatsapp.net>**  6/6/2023, 5:05 PM
Please send me the Transaction ID once sent 🙏

**TG**  **Thomas Goldstein <████████>**  6/6/2023, 8:03 PM
████████████ ████████████████████████████

>#  **? ████████@s.whatsapp.net>**  6/6/2023, 11:14 PM
USDT242,410 transferred to ████ right?

**TG**  **Thomas Goldstein ████████**  6/6/2023, 11:15 PM
Yes