# EXHIBIT C
# (Redacted)

**Messages in chronological order** (times are shown in GMT +00:00)

### CHAT - GOTH2000000001 - 00068 - 2023/05/05

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 4:19 AM
USDC

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 4:19 AM
It's on the egg protocol corrrct

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 4:19 AM
Correct.

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 4:20 AM
Sorry, I just woke up. Still in Dubai.

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 5:44 AM
It's on the ETH protocol** sorry really bad half asleep English. Just lmk which wallet to send to? I'll do a test transaction first then do rest once you confirm you got it

TG **Thomas Goldstein** <▇▇▇▇▇> — 5/5/2023, 3:53 PM
Amazing ty

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 3:56 PM
you're welcome

TG **Thomas Goldstein** <▇▇▇▇▇> — 5/5/2023, 4:25 PM
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇935B

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 4:28 PM
Thank You.

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 4:30 PM
Just sent 100

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 4:30 PM
Lmk if you got it

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 4:31 PM
And I'll send rest

TG **Thomas Goldstein** <▇▇▇▇▇> — 5/5/2023, 4:33 PM
Received

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 4:34 PM
Sent

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 4:34 PM
If there are any fees. Lmk I'll wire difference

\# ▇▇▇▇▇ ▇▇▇▇▇ @s.whatsapp.net> — 5/5/2023, 4:38 PM
Received ?

TG **Thomas Goldstein** <▇▇▇▇▇> — 5/5/2023, 4:40 PM
Received Ty

| | | | |
|---|---|---|---|
| # | [REDACTED]@s.whatsapp.net> | | 5/5/2023, 4:42 PM |
| | Thank You. If less than 500k, I'll pay wire difference. | | |
| TG | Thomas Goldstein <[REDACTED]> | | 5/5/2023, 4:43 PM |
| | All good | | |
| # | [REDACTED]@s.whatsapp.net> | | 5/5/2023, 4:43 PM |
| | Thank You 🙏 | | |
| # | [REDACTED]@s.whatsapp.net> | | 5/5/2023, 4:43 PM |
| | Really appreciate you doing that for me | | |
| TG | Thomas Goldstein <[REDACTED]> | | 5/5/2023, 4:44 PM |
| | Easy | | |
| # | [REDACTED]@s.whatsapp.net> | | 5/5/2023, 4:44 PM |
| | And I'll get you paid back next 10 days | | |
| # | [REDACTED]@s.whatsapp.net> | | 5/5/2023, 4:44 PM |
| | Just waiting for his cash to come in | | |
| TG | Thomas Goldstein <[REDACTED]> | | 5/5/2023, 4:44 PM |
| | I'm totally good. No rush. | | |