# EXHIBIT D
# (Redacted)

## Kravis, Jonathan

| | |
|---|---|
| **From:** | Kibbe, Patrick (USAMD) ███████████████████ > |
| **Sent:** | Tuesday, February 11, 2025 10:40 AM |
| **To:** | Kravis, Jonathan; ███████████████████████ John Lauro; Stuart A. Berman; █████ ███████ |
| **Cc:** | Okula, Stan J. (TAX); Gordon-Marvin, Emerson (TAX); Whitman, Hayter (TAX) |
| **Subject:** | RE: Arrest of Thomas Goldstein |

Dear Counsel,

Thank you for your message.  We are looking into this further.  We invite you to supply any additional information relating to Mr. Goldstein's use of, or connection with, the unhosted accounts, including the full identities of the persons involved in the transfers detailed in the two documents supplied, as well as more recent transfers.

If Mr. Goldstein (who is now proceeding pro se) files a motion or requests a hearing, we will be available to address this with the Court.

Best,
Patrick

**Patrick D. Kibbe**
Assistant United States Attorney
██████████ (mobile)

---

**From:** Kravis, Jonathan ██████████████████████
**Sent:** Monday, February 10, 2025 6:26 PM
**To:** Kibbe, Patrick (USAMD) ██████████████████████████████████████ John Lauro ████████████████ ; Stuart A. Berman ██████████████████████████████████████
**Cc:** Okula, Stan J. (TAX) ██████████████████ ; Gordon-Marvin, Emerson (TAX) █████████████ ████████████████ Whitman, Hayter (TAX) ██████████████████
**Subject:** [EXTERNAL] RE: Arrest of Thomas Goldstein

Counsel,

You have made a serious mistake.  As the attached documents show, the two cryptocurrency wallets identified in your motion do not belong to Tom Goldstein.

With respect to the 935B wallet, your motion relies on a May 5, 2023 exchange between Mr. Goldstein and ███ ████████ in which Mr. Goldstein confirms receipt of a $100 "test transfer" to the wallet.  But the attached message exchange from the same day and time (███████████████████) shows that this wallet belongs to another person, and was controlled by someone identified in the message thread as "█████ and that Mr. Goldstein was confirming the test transfer referenced in the exchange with █████████ *through* █████ Thus, at 3:56pm GMT, another person on the thread writes to █████ "tom need to wire USDC to me, please give him a [sic] address." █████ responds, "OK."  Then █████ provides the full address of the 935B wallet.  At 4:31pm GMT, Mr. Goldstein writes, "$100 test sent," referring to ██████████ "test transfer." █████ then responds, "Got it."  Mr. Goldstein then writes, "Rest sent," and █████ responds, "Got 500k."  These messages, from the same day and time as the ████████ thread cited in your motion, clearly show that Mr. Goldstein is *not* the owner of the 935B wallet.

With respect to the 54E3 wallet, your allegation that Mr. Goldstein was the owner of this wallet appears to be based entirely on a letter written by a lawyer for ███████ .  But the attached message exchange (███████████████████) shows that is not the case.  On June 6, 2023, the day of the transaction referenced in ████████ lawyer's letter, Mr. Goldstein writes to a third party, "I have $220k UDT.  Can I please have an ERC address to send it."  The third party then responds, "You want to send to ████ to pay down the debt due, right?"  The *third party* then sends Mr. Goldstein the full address of the 54E3 wallet.  Further down the thread, the third party writes, "USDT242,410 transferred to ████, right?"  Mr. Goldstein responds, "Yes."

As a result of your errors, Mr. Goldstein is currently incarcerated.  We expect you to take immediate steps *tonight* to file a motion with the Court to secure Mr. Goldstein's immediate release and to request a further hearing for you to explain your error to the Court.  Mr. Goldstein reserves all rights.

Jonathan


**Jonathan I. Kravis** | **Munger, Tolles & Olson LLP**
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
████████████████████████████████       www.mto.com

---

**From:** Kibbe, Patrick (USAMD) ████████████████████
**Sent:** Monday, February 10, 2025 11:26 AM
**To:** ████████████████████████████████       John Lauro ████████████████; Stuart A. Berman ████████████████████████████       Kravis, Jonathan ████████████████████████
**Cc:** Okula, Stan J. (TAX) ████████████████       Gordon-Marvin, Emerson (TAX) ████████████
████████████████; Whitman, Hayter (TAX)████████████████████
**Subject:** Arrest of Thomas Goldstein

Dear Counsel,

Mr. Goldstein was arrested on the attached arrest warrant this morning at the Greenbelt courthouse at approximately 11 am.  He is currently in custody at the courthouse.  Mr. Goldstein's arrest is for an alleged violation of his conditions of release.  The Government filed the attached ex parte motion for revocation and an arrest warrant last night, which was signed by Chief Magistrate Judge Sullivan this morning.  A redacted version of the motion and exhibits will be unsealed.

Chief Magistrate Judge Sullivan has scheduled a hearing for 2:30 pm at the Greenbelt courthouse.  Please confirm receipt.

Best,
Patrick

**Patrick D. Kibbe**
Assistant United States Attorney
United States Attorney's Office for the District of Maryland
6406 Ivy Lane, Suite 800
Greenbelt, MD 20770
████████████████