IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,  *

v.   *   Case No. **LKG-25-6**

Thomas C. Goldstein   *

**Defendant.**   *

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendant, **Thomas C. Goldstein**.

I certify that: [check one that applies and complete]

☑ I am admitted to practice in this Court.

☐ I have been appointed to represent the defendant by the following United States court:
_____.

**February 11, 2025**
Date

/s/ Stephany Reaves
Signature

Stephany Reaves, No. 19658
Printed name and bar number

Munger, Tolles & Olson LLP
Firm name

601 Massachusetts Ave. NW, Suite 500E
Address

Stephany.Reaves@mto.com
Email address

202-220-1130
Telephone number

202-220-2300
Fax number

Please select your designation:

☐ CJA    ☒ Retained    ☐ Public Defender    ☐ Pro Bono

**NOTE:** Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov. Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance.**