

| Account No | Amount | Beneficiary | BNF ADDR1 | BNF ADDR2 | BNF ADDR3 | BNF ID | Branch ID | Country C | Currency | OBI | Originator | Wire Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2670005939 | 500,000.00 | | | US | | | | US | USD | FOR PURCHASE OF 500000K CRYPTO | THOMAS CHE GOLDSTEIN | 04/17/2023 |

06/06/2023

**Exhibit 5**

