This file contains a list of all transfer outputs of the cluster identified by the following cluster ID:

**935B**

The cluster is also known by the following name:

Columns:

Hash: The 32 byte hash of the transfer that contains the output.
Date: The date when the transfer was confirmed.
Receiving Address: If the output is received by this cluster then this will be the address in the cluster that received payment.
Counterparty Address: If the output is sent by this cluster then this will be the address in the peer cluster that payment was sent to.
Counterparty Cluster Name: The name of the peer cluster if it has a name.
Counterparty Category: The category of the peer cluster if it has a category.
Counterparty Shared Name: The shared name of the peer cluster if it has been given a shared name.
Value: The approximate values.
USD value: The approximated USD value converted by using daily average prices. 0 if the price is unknown.

| Hash | Date | Receiving Address | Counterparty Address | Counterparty Cluster Name | Counterparty Shared Name | Counterparty Category | Value | USD Value |
|---|---|---|---|---|---|---|---|---|
| | 11/14/2022 8:54 | | 935B | | | exchange | 45,300.00 | 45,243.39 |
| | 11/20/2022 10:37 | | | | | | | |
| | 11/23/2022 10:44 | | | | | | | |
| | 11/23/2022 12:22 | | | | | | | |
| | 11/27/2022 5:28 | | | | | | | |
| | 12/2/2022 12:04 | | | | | | | |
| | 12/13/2022 15:38 | | | | | | | |
| | 12/16/2022 9:59 | | | | | | | |
| | 12/16/2022 10:00 | | | | | | | |
| | 12/16/2022 10:02 | | | | | | | |
| | 12/16/2022 20:52 | | | | | | | |
| | 3/2/2023 9:40 | | | | | | | |
| | 3/2/2023 10:40 | | | | | | | |
| | 3/2/2023 14:40 | | | | | | | |
| | 3/2/2023 14:41 | | | | | | | |
| | 3/2/2023 14:43 | | | | | | | |
| | 3/2/2023 14:44 | | | | | | | |
| | 3/11/2023 11:47 | | | | | | | |
| | 3/11/2023 12:21 | | | | | | | |
| | 3/11/2023 13:04 | | | | | | | |
| | 3/15/2023 4:53 | | | | | | | |
| | 3/15/2023 4:54 | | | | | | | |
| | 3/15/2023 4:57 | | | | | | | |
| | 3/15/2023 14:52 | | | | | | | |
| | 3/15/2023 14:53 | | | | | | | |
| | 3/15/2023 14:56 | | | | | | | |
| | 3/15/2023 15:00 | | | | | | | |
| | 3/15/2023 15:01 | | | | | | | |
| | 3/15/2023 15:01 | | | | | | | |
| | 3/20/2023 18:33 | | | | | | | |
| | 3/20/2023 18:34 | | | | | | | |
| | 3/20/2023 18:36 | | | | | | | |
| | 3/23/2023 6:36 | | | | | | | |
| | 3/23/2023 6:37 | | | | | | | |
| | 3/23/2023 6:37 | | | | | | | |
| | 3/24/2023 6:51 | | | | | | | |
| | 3/24/2023 6:51 | | | | | | | |
| | 3/24/2023 6:53 | | | | | | | |
| | 3/26/2023 6:36 | | | | | | | |
| | 3/26/2023 6:36 | | | | | | | |
| | 3/26/2023 6:39 | | | | | | | |
| | 4/10/2023 4:11 | | | | | | | |
| | 4/10/2023 4:15 | | | | | | | |
| | 4/10/2023 4:22 | | | | | | | |
| | 4/27/2023 10:49 | | | | | | | |
| | 4/28/2023 4:10 | | | | | | | |
| | 4/28/2023 4:14 | | | | | | | |
| | 4/28/2023 4:14 | | | | | | | |
| | 4/29/2023 12:31 | | | | | | | |
| | 5/1/2023 1:03 | | | | | | | |
| | 5/1/2023 5:53 | | | | | | | |
| | 5/2/2023 12:28 | | | | | | | |
| | 5/9/2023 8:32 | | | | | | | |
| | 5/9/2023 16:20 | | | | | | | |
| | 5/15/2023 10:13 | | | | | | | |
| | 5/15/2023 10:33 | | | | | | | |
| | 5/15/2023 10:35 | | | | | | | |
| | 5/15/2023 10:39 | | | | | | | |
| | 5/15/2023 10:42 | | | | | | | |
| | 5/18/2023 17:49 | | | | | | | |

**Exhibit 1.a**



5/18/2023 18:29
5/21/2023 13:23
5/21/2023 13:36
5/21/2023 14:06
5/21/2023 14:08
5/21/2023 14:18
5/24/2023 1:42
5/24/2023 1:46
5/24/2023 9:36
5/24/2023 9:38
5/31/2023 0:58
5/31/2023 1:25
6/14/2023 10:41
6/14/2023 10:43
6/14/2023 10:47
6/14/2023 10:48
6/15/2023 4:03
6/17/2023 5:02
6/26/2023 3:05
6/26/2023 3:09
7/3/2023 8:16
7/3/2023 8:20
7/3/2023 8:22
7/11/2023 12:44
7/11/2023 12:47
7/14/2023 8:23
7/14/2023 8:24
7/16/2023 8:14
7/16/2023 8:26
7/16/2023 8:31
7/16/2023 8:31
7/16/2023 8:49
7/16/2023 8:49
7/16/2023 8:58
7/16/2023 8:58
7/16/2023 8:59
7/16/2023 8:59
7/16/2023 8:59
7/16/2023 9:00
7/16/2023 9:22
7/16/2023 9:22
7/16/2023 9:32
7/16/2023 9:32
7/16/2023 10:07
7/16/2023 10:08
7/16/2023 10:21
7/16/2023 10:21
7/16/2023 10:31
7/16/2023 10:32
7/20/2023 7:19
7/20/2023 7:20
7/20/2023 7:20
7/28/2023 10:07
7/28/2023 10:08
7/28/2023 14:11
7/28/2023 14:14
7/29/2023 20:42
8/14/2023 20:15
8/14/2023 20:21
8/14/2023 20:21
8/14/2023 20:58
8/14/2023 21:53
8/14/2023 21:54
8/15/2023 11:36
8/15/2023 12:33
8/15/2023 12:34
8/15/2023 12:34
8/22/2023 1:57
8/22/2023 2:04
8/22/2023 9:27
8/22/2023 9:28
9/2/2023 16:35
9/6/2023 8:08
9/6/2023 8:31
9/7/2023 12:31
9/20/2023 1:21
10/8/2023 13:28
10/8/2023 13:34
10/8/2023 13:41



10/8/2023 14:57
10/9/2023 7:24
1/8/2024 7:40
1/11/2024 18:51
2/1/2024 6:18
2/2/2024 6:43
3/25/2024 8:15
3/25/2024 8:54
3/25/2024 9:12
3/25/2024 9:24
3/25/2024 9:45
3/25/2024 9:46
3/25/2024 9:46
3/25/2024 10:14
3/25/2024 12:35
3/25/2024 12:36
3/25/2024 15:48
3/25/2024 15:58
3/25/2024 16:21
3/27/2024 5:22
4/26/2024 9:47
4/26/2024 10:13
4/28/2024 10:49
4/30/2024 7:29
5/6/2024 4:23
5/6/2024 5:19
5/8/2024 12:22
5/10/2024 4:58
5/25/2024 9:03
5/25/2024 11:05
5/26/2024 12:04
5/26/2024 12:05
5/30/2024 17:20
5/30/2024 17:21
5/30/2024 17:40
6/5/2024 3:05
6/6/2024 5:09
6/19/2024 13:13
6/19/2024 13:14
6/19/2024 18:58
6/19/2024 19:02
6/30/2024 15:54
7/17/2024 8:56
7/17/2024 13:52
7/17/2024 19:22
7/19/2024 14:09
7/26/2024 17:48
7/30/2024 15:30
7/30/2024 15:47
7/30/2024 15:53
8/5/2024 13:09
8/12/2024 17:20
8/13/2024 17:45
8/14/2024 4:06
8/15/2024 9:19
8/15/2024 9:31
8/15/2024 9:37
9/4/2024 12:58
9/6/2024 23:29
9/7/2024 2:40
9/7/2024 11:35
9/7/2024 19:43
9/12/2024 0:37
9/14/2024 2:23
9/14/2024 21:59
9/15/2024 0:31
9/15/2024 4:37
9/15/2024 13:56
9/15/2024 20:59
9/15/2024 23:50
9/23/2024 10:50
9/23/2024 11:06
9/23/2024 11:08
9/27/2024 6:07
10/9/2024 13:13
10/17/2024 8:56
10/22/2024 5:57
10/23/2024 1:06
10/25/2024 3:43



| Date | | | | | |
|---|---|---|---|---|---|
| 2/4/2025 12:02 | | 935B | | 10.00 | 10.01 |
| 2/4/2025 15:28 | | 935B | | 7,999,990.00 | 8,006,878.06 |
| 2/4/2025 16:18 | | | | (3,000,000.00) | (3,002,014.63) |
| 2/4/2025 16:19 | | 935B | | 0.01 | 0.01 |
| 2/4/2025 18:25 | | 935B | | 0.01 | 0.01 |
| 2/7/2025 4:41 | | | | (3,000,000.00) | (3,000,560.18) |
| 2/7/2025 4:42 | | 935B | | 0.02 | 0.02 |
| 2/7/2025 4:47 | | 935B | | 0.01 | 0.01 |

Total transfers:

233