[6/29/23, 10:57:08 AM] The Fixer [REDACTED]: Lmk when you want me to get you the coin
[6/29/23, 10:58:46 AM] Tom Goldstein: Ty
[7/3/23, 8:22:03 AM] The Fixer [REDACTED]: Hows things?
[7/3/23, 8:22:11 AM] The Fixer [REDACTED]: are you still talking with T?
[7/3/23, 8:25:26 AM] Tom Goldstein: All good. Very little. But some.
[7/3/23, 8:26:03 AM] The Fixer [REDACTED]: the famous [REDACTED] messaged me about doing a yacht charter for him, I will keep you updated. Cause if it closes, you get a piece of the deal. You gave me the client
[7/3/23, 8:26:40 AM] Tom Goldstein: Hahaha we'll see
[7/3/23, 8:41:11 AM] The Fixer [REDACTED]: def! dude is all over the place and inventory is really limited for what he wants. But lets see if he even comes back
[7/5/23, 3:53:35 AM] The Fixer [REDACTED]: Happy Birthday!

Hope that you have a blast. Thanks for all your support and friendship over the years.
[7/5/23, 6:36:57 AM] Tom Goldstein: Thanks so much!!
[7/5/23, 6:45:29 AM] The Fixer [REDACTED]: Where you celebrating ?
[7/5/23, 6:45:54 AM] Tom Goldstein: Manhattan Beach. [REDACTED] Had a few days before.
[7/5/23, 6:46:03 AM] The Fixer [REDACTED]: Nice. Well enjoy it
[7/5/23, 6:46:09 AM] The Fixer [REDACTED]: Lmk address. I'll send you something
[7/5/23, 6:46:27 AM] The Fixer [REDACTED]: Won't be [REDACTED] but something!
[7/5/23, 6:46:32 AM] Tom Goldstein: Hahahahaha
[7/5/23, 6:46:46 AM] Tom Goldstein: No need. [REDACTED]
[7/6/23, 6:38:09 PM] Tom Goldstein: Thanks so much for the birthday champagne! Very kind of you.
[7/6/23, 6:42:42 PM] The Fixer [REDACTED]: You're welcome! Hope you got a chance to enjoy it.
[7/6/23, 6:42:52 PM] Tom Goldstein: Absolutely!
[7/6/23, 7:14:29 PM] Tom Goldstein: Do you happen to have a reservations connection for [REDACTED]? Just trying to do a weekday lunch for 4 — any time, July 10-13.
[7/7/23, 3:31:29 AM] The Fixer [REDACTED]: I can try. My lady left.
[7/7/23, 5:41:22 AM] Tom Goldstein: Tyty
[7/7/23, 7:11:46 AM] The Fixer [REDACTED]: Sent the request, keep you posted
[7/7/23, 7:11:56 AM] Tom Goldstein: Thanks!
[7/7/23, 7:12:08 AM] The Fixer [REDACTED]: I have another 107,743 of USDT let me know if you would like it? If not, I will just transfer through the [REDACTED] place
[7/7/23, 7:18:18 AM] Tom Goldstein: Sure, I'll take it.
[7/7/23, 7:20:35 AM] The Fixer [REDACTED]: Sounds good.

I'll get you an invoice for 107k flat. You keep balance like the last ones. For doing this.

On the reference for payment I'll send you inv number. █████████
█████████
[7/7/23, 7:29:42 AM] Tom Goldstein: Ok
[7/7/23, 7:48:56 AM] The Fixer: INV1419
[7/7/23, 7:49:13 AM] The Fixer: Goldstein, Invoice INV-1419 -107K USDT.pdf
• 2 pages <attached: 00023520-Goldstein, Invoice INV-1419 -107K USDT.pdf>
[7/7/23, 9:40:35 AM] Tom Goldstein: I've hit my rolling 30 day limit for wires from my phone. Is Monday fine?
[7/7/23, 9:41:37 AM] The Fixer: No problem. Monday is great. Thank You 🙏
[7/9/23, 8:25:52 AM] The Fixer: <attached: 00023523-PHOTO-2023-07-09-08-25-52.jpg>
[7/10/23, 6:39:29 AM] The Fixer: Hope that you had a nice weekend. I have a question for a great client. He is the one that continues to do the USDT transfers.

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

Do you happen to know anyone that is top of class for this?
[7/10/23, 2:02:26 PM] Tom Goldstein: Very sorry, I don't
[7/10/23, 2:03:23 PM] The Fixer: No problem Thank You considering
[7/10/23, 2:04:17 PM] Tom Goldstein: <attached: 00023527-PHOTO-2023-07-10-14-04-17.jpg>
[7/10/23, 2:04:39 PM] The Fixer: Legend. Thank You 🙏
[7/10/23, 2:04:43 PM] The Fixer: Appreciate it
[7/11/23, 7:17:43 AM] The Fixer: <attached: 00023530-PHOTO-2023-07-11-07-17-43.jpg>
[7/11/23, 7:26:59 AM] Tom Goldstein: Cool
[7/11/23, 7:27:56 AM] The Fixer: I've updated the invoice for you
[7/11/23, 7:28:10 AM] The Fixer: So all set on our end. Lmk if you want me to resend for your record ?
[7/11/23, 7:31:25 AM] Tom Goldstein: Not yet ty
[7/11/23, 7:40:27 AM] The Fixer: cool, thanks again!
[7/12/23, 2:06:16 PM] The Fixer: if you need more coin Monday I will have another 275-300K
[7/12/23, 2:06:32 PM] Tom Goldstein: Ok I can take it
[7/12/23, 2:06:41 PM] The Fixer: ████████████████████████ lol
[7/12/23, 2:06:44 PM] The Fixer: but can't complain
[7/12/23, 2:06:46 PM] Tom Goldstein: Love it
[7/12/23, 2:10:43 PM] The Fixer: def can't complain
[7/12/23, 2:10:58 PM] The Fixer: how you doing? anywhere nice?

[7/12/23, 2:11:21 PM] Tom Goldstein: Cali. Lovely here.

[7/12/23, 2:15:33 PM] The Fixer: break is needed, I am sure! You have been non stop
[7/12/23, 2:15:36 PM] The Fixer: weather is good?
[7/12/23, 2:16:05 PM] Tom Goldstein: Perfect
[7/12/23, 2:16:24 PM] The Fixer: you're not missing much in Miami was 94 today
[7/12/23, 2:16:27 PM] The Fixer: and HUMID
[7/12/23, 2:16:57 PM] Tom Goldstein: Gross
[7/12/23, 2:22:24 PM] The Fixer: so bad, trying not to leave the AC
[7/12/23, 4:31:51 PM] Tom Goldstein: Doing wires tomorrow so I'm going to go ahead and send you 275. Can you do an invoice?
[7/12/23, 5:21:34 PM] The Fixer: Goldstein, Invoice INV-1433 -275k USDT.pdf
• 2 pages <attached: 00023555-Goldstein, Invoice INV-1433 -275k USDT.pdf>
[7/13/23, 12:56:24 PM] The Fixer: Wire received. I will have this last coin Monday. The rest is in account awaiting instruction from you
[7/17/23, 6:11:20 PM] Tom Goldstein: What's the USDT wallet please?
[7/18/23, 1:49:51 AM] Tom Goldstein: Please send a test to this ERC address.
[7/18/23, 1:49:53 AM] Tom Goldstein: d8f3
[7/18/23, 1:50:00 AM] Tom Goldstein: Then we're sending $500k
[7/18/23, 3:48:03 AM] The Fixer: Sorry I was sleeping already yesterday early was exhausted.
[7/18/23, 3:48:29 AM] The Fixer: Usdt wallet is this

1DC4
[7/18/23, 3:59:53 AM] The Fixer: <attached: 00023563-PHOTO-2023-07-18-03-59-53.jpg>
[7/18/23, 4:00:11 AM] The Fixer: Sent 100
[7/18/23, 5:41:22 AM] The Fixer: Lmk if they have received it and if so, I'll get the $499,900 out to bring it to $500k
[7/18/23, 5:43:02 AM] The Fixer: I also have another $82k of coin if needed.
[7/18/23, 1:49:09 PM] The Fixer: LMK if they got the test?
[7/18/23, 1:50:51 PM] Tom Goldstein: No word back
[7/18/23, 2:30:20 PM] The Fixer: Ok, no prob
[7/18/23, 2:30:29 PM] The Fixer: shows successful on our end
[7/18/23, 4:05:05 PM] Tom Goldstein: He says it wasn't received. But I think he's rechecking.
[7/18/23, 4:05:41 PM] The Fixer: <attached: 00023572-PHOTO-2023-07-18-16-05-41.jpg>
[7/18/23, 4:06:13 PM] Tom Goldstein: Ok received. Please send 504900.
[7/18/23, 4:06:35 PM] The Fixer: Ok. Sounds Good!
[7/18/23, 4:06:39 PM] The Fixer: Give me 30
[7/18/23, 4:06:45 PM] Tom Goldstein: All good ty

[7/18/23, 7:23:47 PM] The Fixer ▮: <attached: 00023577-PHOTO-2023-07-18-19-23-47.jpg>
[7/18/23, 7:24:54 PM] The Fixer ▮: Will let you know once it shows confirmed
[7/18/23, 8:09:52 PM] Tom Goldstein: Tyty
[7/19/23, 3:52:55 AM] The Fixer ▮: <attached: 00023580-PHOTO-2023-07-19-03-52-55.jpg>
[7/19/23, 6:04:05 AM] Tom Goldstein: It is Ty
[7/19/23, 6:17:26 AM] The Fixer ▮: You're welcome
[7/19/23, 6:17:46 AM] The Fixer ▮: Lmk if you need more, I have another 82k now and getting more next week
[7/19/23, 8:11:25 AM] Tom Goldstein: Ok I can take more ty
[7/19/23, 8:24:46 AM] The Fixer ▮: Tya
[7/19/23, 8:24:46 AM] The Fixer ▮: Goldstein, Invoice INV-1441 - 82K USDT.pdf
• 2 pages <attached: 00023586-Goldstein, Invoice INV-1441 - 82K USDT.pdf>
[7/19/23, 8:24:48 AM] The Fixer ▮: Thank You
[7/21/23, 8:51:36 AM] The Fixer ▮: How goes it? Still in LA?
[7/21/23, 8:52:04 AM] Tom Goldstein: Yessir
[7/21/23, 8:52:21 AM] The Fixer ▮: heading to Rome next week to meet clients, but going to have a meeting with AP. LMK if anything from the site looks good, will work to get you a direct account with them
[7/21/23, 8:53:12 AM] Tom Goldstein: Amazing
[7/21/23, 8:53:20 AM] Tom Goldstein: Wire was sent. Should arrive today.
[7/21/23, 8:53:50 AM] Tom Goldstein: All the USDT can go here:
[7/21/23, 8:53:52 AM] Tom Goldstein: ▮b351
[7/21/23, 8:55:26 AM] The Fixer ▮: Thank you
[7/21/23, 8:55:35 AM] The Fixer ▮: Will do a test then send balance
[7/21/23, 9:02:23 AM] The Fixer ▮: <attached: 00023597-PHOTO-2023-07-21-09-02-23.jpg>
[7/21/23, 9:05:04 AM] The Fixer ▮: or test I should say. Once confirmed, I will send full balance over
[7/21/23, 9:06:57 AM] The Fixer ▮: Wire is already in Thank You
[7/21/23, 10:41:03 AM] The Fixer ▮: <attached: 00023600-PHOTO-2023-07-21-10-41-03.jpg>
[7/21/23, 10:42:09 AM] Tom Goldstein: Waiting for ▮ to land
[7/21/23, 10:42:19 AM] The Fixer ▮: Sounds Good!
[7/21/23, 10:42:32 AM] The Fixer ▮: Things still going strong ?
[7/21/23, 10:43:02 AM] Tom Goldstein: All good
[7/21/23, 10:43:19 AM] The Fixer ▮: Good to hear
[7/21/23, 2:49:14 PM] Tom Goldstein: I really need the dealer's help in getting the title for the GTC. I've finally gotten the lien release letter. But nobody knows what's up with the title.
[7/22/23, 4:21:18 AM] The Fixer ▮: Ok, no problem. Sorry I thought you mentioned this was resolved.
[7/22/23, 4:21:34 AM] The Fixer ▮: Can you send me the lien title ?
[7/22/23, 4:21:52 AM] The Fixer ▮: I have a DMV guy in LA.

[7/22/23, 6:44:46 AM] Tom Goldstein: <attached: 00023610-PHOTO-2023-07-22-06-44-46.jpg>
[7/22/23, 6:44:46 AM] Tom Goldstein: Thanks!
[7/22/23, 6:53:59 AM] The Fixer ▮: Can you remind me where it's registered?
[7/22/23, 7:23:46 AM] The Fixer ▮: Also, lmk once coin confirmed so I can send full balance
[7/22/23, 7:25:33 AM] Tom Goldstein: It was last registered in Wyoming. It has had temporary Florida plates for a while as we tried to get the title.
[7/22/23, 7:25:49 AM] Tom Goldstein: Coin received th
[7/22/23, 7:25:51 AM] Tom Goldstein: Ty
[7/23/23, 6:57:49 AM] Tom Goldstein: Have you sent the crypto over? Thanks.
[7/23/23, 6:58:21 AM] Tom Goldstein: If not, I have a new address
[7/23/23, 7:21:46 AM] The Fixer ▮: I sent the $100. Was waiting for you to receive confirmation from ▮
[7/23/23, 7:21:59 AM] The Fixer ▮: <attached: 00023620-PHOTO-2023-07-23-07-21-59.jpg>
[7/23/23, 7:23:04 AM] Tom Goldstein: ▮0524
[7/23/23, 7:23:11 AM] Tom Goldstein: Please send a new test there
[7/23/23, 7:24:33 AM] The Fixer ▮: Will be back to my ledger in 45 mins or so. Will send new test there
[7/23/23, 7:24:43 AM] Tom Goldstein: Ty
[7/23/23, 7:24:58 AM] Tom Goldstein: Lmk how much crypto there is please
[7/23/23, 7:26:01 AM] The Fixer ▮: <attached: 00023626-PHOTO-2023-07-23-07-26-01.jpg>
[7/23/23, 7:43:30 AM] The Fixer ▮: <attached: 00023627-PHOTO-2023-07-23-07-43-30.jpg>
[7/23/23, 7:46:34 AM] Tom Goldstein: Ty
[7/23/23, 8:48:50 AM] The Fixer ▮: <attached: 00023629-PHOTO-2023-07-23-08-48-50.jpg>
[7/23/23, 3:15:44 PM] Tom Goldstein: Confirmed.
[7/23/23, 3:50:21 PM] The Fixer ▮: Ok. I'll send full balance to this last account.
[7/23/23, 3:50:30 PM] The Fixer ▮: Lmk if that's still ok?
[7/23/23, 5:18:36 PM] Tom Goldstein: Please
[7/23/23, 5:26:16 PM] The Fixer ▮: On the way now
[7/23/23, 5:27:55 PM] The Fixer ▮: <attached: 00023635-PHOTO-2023-07-23-17-27-55.jpg>
[7/23/23, 5:28:18 PM] The Fixer ▮: Will check on when it confirms
[7/23/23, 5:31:18 PM] The Fixer ▮: Also, ▮ asked me for a yacht charter for Mr.T so if it closes (doubtful) you get your piece from it.
[7/23/23, 5:33:40 PM] The Fixer ▮: Did ▮ ever get her shit together?
[7/23/23, 5:34:15 PM] Tom Goldstein: Dunno. She's responsive to me. But hasn't had any serious project.

# INVOICE

Tom Goldstein
USA

Invoice Date
Jul 7, 2023

Invoice Number
INV-1419

United States

| Description | Quantity | Unit Price | Amount USD |
|---|---|---|---|
| Purchase Transfer<br>Purchase of 107,000 USDT for $107,000 Cash Equivalent | 1.00 | 107,000.00 | 107,000.00 |
| | | Subtotal | 107,000.00 |
| | | TOTAL USD | 107,000.00 |

**Due Date: Jul 7, 2023**
PAYABLE ON RECEIPT
------------------------------------------

Domestic Wires:
Beneficiary Bank:
Bank Address:
ABA:
ACCT:
Acct Name:
Account Address:

International Wires:
Beneficiary Bank:
Bank Address:
BIC/SWIFT CODE:
Beneficiary Account:
Acct Name:
Account Address:

# INVOICE

Tom Goldstein

USA

Invoice Date
Jul 12, 2023

Invoice Number
INV-1433

| Description | Quantity | Unit Price | Amount USD |
|---|---|---|---|
| Purchase Transfer<br>Purchase of 275,000 USDT for $275,000 Cash Equivalent | 1.00 | 275,000.00 | 275,000.00 |
| | | Subtotal | 275,000.00 |
| | | TOTAL USD | 275,000.00 |

**Due Date: Jul 12, 2023**
PAYABLE ON RECEIPT
--------------------------------------------------

Domestic Wires:
Beneficiary Bank:
Bank Address:
ABA:
ACCT:
Acct Name:
Account Address:

International Wires:
Beneficiary Bank:
Bank Address:
BIC/SWIFT CODE:
Beneficiary Account:
Acct Name:
Account Address:

# INVOICE

Tom Goldstein

USA

Invoice Date
Jul 19, 2023

Invoice Number
INV-1441

| Description | Quantity | Unit Price | Amount USD |
|---|---|---|---|
| Purchase Transfer Purchase of 82,000 USDT for $82,000 Cash Equivalent | 1.00 | 82,000.00 | 82,000.00 |
| | | Subtotal | 82,000.00 |
| | | TOTAL USD | 82,000.00 |

Due Date: Jul 19, 2023
PAYABLE ON RECEIPT
-------------------------------------------

Domestic Wires:
Beneficiary Bank:
Bank Address:
ABA:
ACCT:
Acct Name:
Account Address:

International Wires:
Beneficiary Bank:
Bank Address:
BIC/SWIFT CODE:
Beneficiary Account:
Acct Name:
Account Address: