[2/12/24, 1:22:36 AM] Watch Dealer This Is An Automatic Reply Message: I will *NOT* be looking at messages until *Tuesday February 13th* Please contact any of the buying and selling team ▓▓▓▓▓▓▓▓▓▓▓▓ or WhatsApp ▓▓▓▓▓▓
[2/17/24, 8:01:28 AM] Tom Goldstein: If I want to spend $10k on a woman's watch (doesn't need to be new), what's the move?
[2/17/24, 1:10:18 PM] Watch Dealer Hey. Brand? Stainless steel bracelet?  36mm size? Same size as ▓▓▓ watch
[2/17/24, 1:11:06 PM] Tom Goldstein: 36mm. But beyond that your call.
[2/17/24, 1:14:23 PM] Watch Dealer Will send few options for reference that I have in my own inventory so if they don't like and want to exchange it's not a problem.
[2/17/24, 1:15:13 PM] Tom Goldstein: Amazing. Thanks so much.
[2/17/24, 1:20:26 PM] Watch Dealer <attached: 00000524-PHOTO-2024-02-17-13-20-26.jpg>
[2/17/24, 1:20:50 PM] Watch Dealer 10k 36mm newer model. Can have many other basic simple color dials
[2/17/24, 1:20:56 PM] Watch Dealer <attached: 00000526-PHOTO-2024-02-17-13-20-56.jpg>
[2/17/24, 1:21:07 PM] Watch Dealer $6,500 no date calendar but diamond dial
[2/17/24, 1:21:17 PM] Watch Dealer Also 36mm
[2/17/24, 1:21:22 PM] Tom Goldstein: Do we have a blue dial? That's her fav color.
[2/17/24, 1:21:24 PM] Watch Dealer <attached: 00000530-PHOTO-2024-02-17-13-21-24.jpg>
[2/17/24, 1:21:42 PM] Watch Dealer Patek smaller size but classic $7,500
[2/17/24, 1:21:55 PM] Tom Goldstein: Seems like a good price for Patek
[2/17/24, 1:22:33 PM] Watch Dealer Yes it's quartz so retail only 15k range. They still produce them just different colors
[2/17/24, 1:23:11 PM] Watch Dealer Yes one moment
[2/17/24, 1:24:41 PM] Watch Dealer <attached: 00000535-PHOTO-2024-02-17-13-24-41.jpg>
[2/17/24, 1:24:59 PM] Tom Goldstein: Seems perfect
[2/17/24, 1:25:07 PM] Watch Dealer This is the newest version and dial but more money. $14k
[2/17/24, 1:25:14 PM] Watch Dealer Can get very similar look for a lot less
[2/17/24, 1:25:20 PM] Watch Dealer When do you need it for?
[2/17/24, 1:25:32 PM] Tom Goldstein: Feb 26 in LA
[2/17/24, 1:25:47 PM] Tom Goldstein: Sure. Don't need the newest one.
[2/17/24, 1:27:05 PM] Watch Dealer Ok let me see what we have Monday but can get a mint preownded one
[2/17/24, 1:27:09 PM] Watch Dealer Diamond dial or not.
[2/17/24, 1:27:17 PM] Watch Dealer <attached: 00000544-PHOTO-2024-02-17-13-27-17.jpg>
[2/17/24, 1:27:18 PM] Watch Dealer <attached: 00000545-PHOTO-2024-02-17-13-27-17.jpg>
[2/17/24, 1:27:18 PM] Watch Dealer <attached: 00000546-PHOTO-2024-02-17-13-27-18.jpg>
[2/17/24, 1:27:45 PM] Watch Dealer Just let me know and I will source. It's not a big deal as we sell them regularly if she wants to change it later
[2/17/24, 1:27:55 PM] Tom Goldstein: Diamond dial seems great. But you're the expert. She'll love it.
[2/17/24, 1:27:59 PM] Tom Goldstein: Tyvm

[2/17/24, 1:28:08 PM] Watch Dealer: Ok will be under 10k also
[2/17/24, 1:28:13 PM] Tom Goldstein: Sick
[2/17/24, 1:28:23 PM] Watch Dealer: Message on Monday. Have a good weekend
[2/17/24, 1:28:30 PM] Tom Goldstein: You too ty
[2/18/24, 2:38:18 AM] Tom Goldstein: Is there a baby blue dial? I know the Tiffany one is really expensive; just a lighter blue.
[2/18/24, 10:14:18 AM] Watch Dealer: So can get same 36mm in turquoise ( Tiffany ) and it's probably 13-14k
[2/18/24, 10:15:04 AM] Watch Dealer: <attached: 00000556-PHOTO-2024-02-18-10-15-04.jpg>
[2/18/24, 10:20:29 AM] Tom Goldstein: Perfect!
[2/18/24, 10:45:15 AM] Watch Dealer: Do you want me to get this one?
[2/18/24, 10:53:33 AM] Tom Goldstein: Please
[2/18/24, 10:54:21 AM] Watch Dealer: Ok cool. This is the newest dial they make also
[2/18/24, 10:54:28 AM] Watch Dealer: <attached: 00000561-PHOTO-2024-02-18-10-54-28.jpg>
[2/18/24, 10:54:43 AM] Watch Dealer: But seems like she will want the solid color one
[2/18/24, 11:00:14 AM] Tom Goldstein: Agreed
[2/18/24, 11:01:29 AM] Watch Dealer: One other option. You can get the watch with an aftermarket Tiffany dial for around 5k less
[2/18/24, 11:25:47 AM] Tom Goldstein: I think do the original ty
[2/18/24, 11:27:57 AM] Watch Dealer: Consider it done
[2/18/24, 12:04:14 PM] Tom Goldstein: Amazing
[2/22/24, 4:24:38 AM] Tom Goldstein: Am I good to go with that watch by the 25th? Thanks!
[2/22/24, 6:50:46 AM] Watch Dealer: Send me address where you need it
[2/22/24, 6:50:52 AM] Watch Dealer: 25th Sunday?
[2/22/24, 6:51:09 AM] Tom Goldstein: Ya. But Monday works too.
[2/22/24, 6:56:31 AM] Watch Dealer: Ok send address
[2/22/24, 6:57:46 AM] Tom Goldstein: Getting it. Tyvm. Lmk how to get you the money. Cash, wire, crypto. Anything works.
[2/22/24, 9:21:14 AM] Tom Goldstein: ▮▮▮▮▮

It's a present, so ideally don't include an invoice or anything.
[2/22/24, 9:29:16 AM] Watch Dealer: you got it
[2/22/24, 9:29:39 AM] Watch Dealer: I might do Saturday delivery, do they have a doorman?
[2/22/24, 9:30:04 AM] Tom Goldstein: Ya. Tyty.
[2/22/24, 9:30:14 AM] Watch Dealer: ok once done will send you tracking
[2/22/24, 9:31:34 AM] Tom Goldstein: Tyvm
[2/23/24, 11:42:15 AM] Watch Dealer: <attached: 00000580-PHOTO-2024-02-23-11-42-15.jpg>
[2/23/24, 11:42:15 AM] Watch Dealer: <attached: 00000581-PHOTO-2024-02-23-11-42-15.jpg>
[2/23/24, 11:42:15 AM] Watch Dealer: <attached: 00000582-PHOTO-2024-02-23-11-42-15.jpg>
[2/23/24, 11:44:04 AM] Watch Dealer: it is brand new, just 2020

```
[2/23/24, 11:44:17 AM] Watch Dealer if all ok, I can ship today for tomorrow and even gift wrap if you wish
[2/23/24, 11:44:34 AM] Watch Dealer and take a few links out if you want out, guessing her wrist size
[2/23/24, 12:16:06 PM] Tom Goldstein: That's amazing!!!
[2/23/24, 12:18:18 PM] Watch Dealer all will be done
[2/23/24, 12:18:25 PM] Tom Goldstein: You're the greatest
[2/23/24, 12:18:42 PM] Watch Dealer I just tank with a flush
[2/23/24, 12:18:48 PM] Tom Goldstein: Hhahahaha
[2/23/24, 12:18:48 PM] Watch Dealer besides that
[2/23/24, 12:24:42 PM] Watch Dealer <attached: 00000592-PHOTO-2024-02-23-12-24-42.jpg>
[2/23/24, 12:27:46 PM] Tom Goldstein: Wow, gorgeous
[2/23/24, 12:28:29 PM] Watch Dealer yes I thought it was nice also, lol
[2/23/24, 12:28:36 PM] Watch Dealer of course I did not do it
[2/23/24, 12:31:29 PM] Tom Goldstein: You made it happen
[2/28/24, 2:50:28 PM] Watch Dealer Hey making sure received and all went well?
[2/28/24, 2:52:34 PM] Tom Goldstein: So sorry for not writing to say she absolutely loved it!!
[2/28/24, 2:52:46 PM] Tom Goldstein: Don't forget to obv tell me where to send the funds.
[2/28/24, 3:07:30 PM] Watch Dealer any major crypto is fine
[2/28/24, 3:07:46 PM] Tom Goldstein: USDT. Lmk where.
[2/28/24, 3:09:06 PM] Watch Dealer ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇a07e
[2/28/24, 3:09:10 PM] Watch Dealer erc20
[2/28/24, 3:10:00 PM] Tom Goldstein: Cool. Amount?
[2/28/24, 3:11:10 PM] Watch Dealer 13500
[2/28/24, 3:14:10 PM] Tom Goldstein: Sent
[2/28/24, 3:56:04 PM] Watch Dealer received
[3/8/24, 8:43:02 PM] Tom Goldstein: Can you do a silver & gold ladies Rolex around 6-8k?
[3/9/24, 9:22:42 AM] Watch Dealer Same size 36mm as the last watch?
[3/9/24, 9:23:01 AM] Watch Dealer Would have to be used and closer to the 8k
[3/9/24, 9:23:08 AM] Watch Dealer What color dial
[3/9/24, 9:24:03 AM] Tom Goldstein: Tyty. Can I do new at like 10k? Dial color doesn't matter so much.
[3/9/24, 9:30:14 AM] Watch Dealer New would be closer to 12. They made a newer version so nothing in the middle sort of now with prices
[3/9/24, 9:30:56 AM] Watch Dealer Used you will be fine
[3/9/24, 9:31:21 AM] Watch Dealer Can find a one that looks new condition. Refurbished etc
[3/9/24, 9:38:19 AM] Tom Goldstein: Perfect Ty
[3/9/24, 9:39:02 AM] Watch Dealer Champagne classic dial?
[3/9/24, 9:39:11 AM] Watch Dealer Or diamond dial or ?
[3/9/24, 9:40:22 AM] Tom Goldstein: Classic to diamond; slight preference for diamond
[3/9/24, 9:41:25 AM] Watch Dealer <attached: 00000620-PHOTO-2024-03-09-09-41-25.jpg>
[3/9/24, 9:41:25 AM] Watch Dealer <attached: 00000621-PHOTO-2024-03-09-09-41-25.jpg>
[3/9/24, 9:42:28 AM] Tom Goldstein: Diamond ya if possible at the right price
[3/9/24, 10:03:44 AM] Watch Dealer Will be under 10
```

```
[3/9/24, 10:09:30 AM] Tom Goldstein: Amazing
[3/9/24, 10:11:03 AM] Watch Dealer When do you need it for
[3/9/24, 10:11:33 AM] Tom Goldstein: March 18 in LA
[3/9/24, 10:17:31 AM] Watch Dealer Send address
[3/9/24, 10:24:12 AM] Tom Goldstein: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓
[3/9/24, 10:31:32 AM] Watch Dealer Ok will send tracking once it ships and it will be there by or before 18th
[3/9/24, 10:32:54 AM] Watch Dealer If she don't like it and wants to exchange. Feel free since it's not a special order for me
[3/9/24, 10:41:23 AM] Tom Goldstein: Amazing. Tyvm.
[3/9/24, 6:57:10 PM] Tom Goldstein: Sorry, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
[3/13/24, 7:47:08 PM] Tom Goldstein: Everything good for this? Thanks!
[3/13/24, 7:47:42 PM] Watch Dealer Yes will be before the 18th. We have it just getting it refurbished
[3/13/24, 7:48:10 PM] Tom Goldstein: Many thanks
[3/14/24, 12:10:30 PM] Watch Dealer <attached: 00000636-PHOTO-2024-03-14-12-10-30.jpg>
[3/14/24, 12:10:30 PM] Watch Dealer <attached: 00000637-PHOTO-2024-03-14-12-10-30.jpg>
[3/14/24, 12:26:11 PM] Watch Dealer fedex tracking # ▓▓▓▓▓▓▓▓▓▓
[3/14/24, 7:45:22 PM] Tom Goldstein: Amazing!
[3/14/24, 8:10:13 PM] Tom Goldstein: Thanks so much. Lmk what to send and where.
[3/14/24, 9:45:01 PM] Watch Dealer 9500 but rather make sure she likes it first
[3/14/24, 10:05:05 PM] Tom Goldstein: Sweet
[3/14/24, 10:05:51 PM] Watch Dealer We here at ▓▓▓▓▓▓▓ have the finest gift wrapping 🎁
[3/14/24, 10:15:30 PM] Tom Goldstein: lol
[3/15/24, 8:40:01 PM] Tom Goldstein: She loves it
[3/15/24, 8:44:43 PM] Watch Dealer This Is An Automatic Reply Message: I will *NOT* be looking at messages until *Monday, March 25* Please contact any of the buying and selling team ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ or WhatsApp
 3/18/24  5:15:35 AM] Watch Dealer ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ a07e
[3/21/24, 12:14:35 PM] Tom Goldstein: How much please?
[3/21/24, 12:20:01 PM] Watch Dealer This Is An Automatic Reply Message: I will *NOT* be looking at messages until *Monday, March 25* Please contact any of the buying and selling team ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ or WhatsApp ▓▓▓▓▓▓▓▓▓▓
[3/21/24, 12:22:05 PM] Watch Dealer .
[3/21/24, 12:22:11 PM] Watch Dealer $9,500
[3/21/24, 12:22:17 PM] Tom Goldstein: Tyvm
 3/22/24  5:09:09 AM] Tom Goldstein: Sent
[3/22/24, 5:10:10 AM] Watch Dealer Confirmed Ty
[5/6/24, 9:13:06 PM] Tom Goldstein: Do you remember the really nice Orange diamond Rolex I got from you a year ago? Could I get a receipt for insurance?
[5/6/24, 11:31:09 PM] Watch Dealer I can probably find you an insurance appraiser value
[5/6/24, 11:31:13 PM] Watch Dealer If that works
[5/6/24, 11:31:27 PM] Watch Dealer And To whose name
```

```
[5/6/24, 11:31:29 PM] Tom Goldstein: Amazing
[5/6/24, 11:31:33 PM] Tom Goldstein: [REDACTED]
[5/6/24, 11:31:35 PM] Tom Goldstein: Thanks!
[5/6/24, 11:33:44 PM] Watch Dealer On it tomorrow
[5/7/24, 7:07:28 AM] Watch Dealer Which email to send it to. Should be end of day
[5/7/24, 7:34:54 AM] Tom Goldstein: [REDACTED]
[5/7/24, 7:34:56 AM] Tom Goldstein: Thanks!
[5/7/24, 1:18:36 PM] Watch Dealer sent
[5/7/24, 1:19:03 PM] Tom Goldstein: Many thanks
[6/12/24, 10:13:39 PM] Watch Dealer This has to be a memorable, great trip no matter what 😂
[6/12/24, 10:14:21 PM] Tom Goldstein: God willing
[6/23/24, 5:05:21 PM] Watch Dealer I took to long to to bet? I didnt hear what you said
[6/23/24, 5:05:38 PM] Tom Goldstein: Yes
[6/25/24, 12:26:41 PM] Watch Dealer <attached: 00000672-PHOTO-2024-06-25-12-26-41.jpg>
[6/25/24, 12:28:07 PM] Tom Goldstein: Ok sweet
[6/25/24, 12:32:17 PM] Watch Dealer Shall I order it?
[6/25/24, 12:33:55 PM] Tom Goldstein: Yes please
[6/25/24, 3:35:29 PM] Tom Goldstein: Are you going to be at dinner?
[6/25/24, 3:38:44 PM] Watch Dealer This Is An Automatic Reply Message: I will *NOT* be looking at messages until Thursday, June 27th. Please contact any of the buying and selling team [REDACTED] or WhatsApp [REDACTED]
[6/25/24, 3:38:52 PM] Watch Dealer Yessir
[6/25/24, 3:42:44 PM] Tom Goldstein: We're running 30 mins. Devine. Do you mind asking them to include some gluten free things for [REDACTED] and [REDACTED] Don't know how to communicate with the restaurant.
[6/25/24, 3:53:00 PM] Watch Dealer Yes I will ask
[6/25/24, 3:53:04 PM] Watch Dealer What time is reservation
[6/25/24, 3:53:09 PM] Watch Dealer I'm sure we will be late
[6/25/24, 4:12:12 PM] Tom Goldstein: 10
[6/25/24, 4:12:20 PM] Tom Goldstein: Ok cool. We will beat you there lol
[6/25/24, 4:14:49 PM] Watch Dealer Pulling up
[6/25/24, 4:15:45 PM] Tom Goldstein: Got us. We're a few behind you.
[6/25/24, 4:24:45 PM] Watch Dealer Just sat tables. All split
[7/4/24, 5:48:42 PM] Watch Dealer I had the nuts 89
[7/6/24, 9:43:02 AM] Tom Goldstein: [REDACTED]
[7/6/24, 9:51:17 AM] Watch Dealer This Is An Automatic Reply Message: I will *NOT* be looking at messages until Wednesday July 10th. Please contact any of the buying and selling team [REDACTED] or WhatsApp [REDACTED]
[7/7/24, 8:03:04 AM] Watch Dealer Just seeing this.
[9/15/24, 2:24:28 PM] Tom Goldstein: <attached: 00000692-PHOTO-2024-09-15-14-24-28.jpg>
[9/15/24, 2:24:35 PM] Tom Goldstein: <attached: 00000693-PHOTO-2024-09-15-14-24-35.jpg>
[9/15/24, 2:24:35 PM] Tom Goldstein: <attached:
```