|         |                                      |
|---------|--------------------------------------|
| **From:**    | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇                |
| **Sent:**    | Monday, November 4, 2024 10:28 AM    |
| **To:**      | ▇▇▇▇▇▇▇▇▇▇                      |
| **Subject:** | Fwd: Gold Bar 1-Kilo Liquidation     |

[EXTERNAL EMAIL]

---------- Forwarded message ---------
From: **Thomas Goldstein** ▇▇▇▇▇▇▇▇▇▇▇▇▇
Date: Tue, Jun 11, 2024 at 2:27 PM
Subject: Re: Gold Bar 1-Kilo Liquidation
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇ will come pick it up for me. She is cc'd. Again, I'm very grateful.

---

**From:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Tuesday, June 11, 2024 1:33:20 PM
**To:** Thomas Goldstein ▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** RE: Gold Bar 1-Kilo Liquidation

Hi Tom,

We can have your bars ready for pick up tomorrow around 2pm if that works for you.

Regards,

▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇

**Exhibit 17**

▆▆▆▆▆▆▆▆▆▆
▆▆▆▆▆▆▆▆▆▆▆,

---

**From:** Thomas Goldstein ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
**Sent:** Tuesday, June 11, 2024 1:18 PM
**To:** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
**Subject:** Re: Gold Bar 1-Kilo Liquidation

**Caution: This email is from an external sender. Be cautious of any links or attachments.**

---

What is most convenient for you?

---

**From:** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆
**Sent:** Tuesday, June 11, 2024 1:15:30 PM
**To:** Thomas Goldstein ▆▆▆▆▆▆▆▆▆▆▆▆▆▆
**Subject:** RE: Gold Bar 1-Kilo Liquidation

Hi Tom,

When did you want to come by and grab those 12 bars?   Let us know so we can coordinate the pickup.

Regards,

▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

FOIA Exempt - Fed R Crim P 6(e) Material
TM-GSJ-000406

TM-GSJ-000405

▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮.

**From:** Thomas Goldstein ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, June 10, 2024 5:48 PM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Gold Bar 1-Kilo Liquidation

**Caution: This email is from an external sender. Be cautious of any links or attachments.**

You're incredibly helpful, thanks!

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, June 10, 2024 5:45:27 PM
**To:** Thomas Goldstein ▮▮▮▮▮▮▮▮▮▮▮
**Subject:** RE: Gold Bar 1-Kilo Liquidation

Hi Tom,

No worries at all.  We were able to revise the liquidation down to seven bars and will return twelve back to you.

Thank you for confirming the wire instructions.  We will get you a copy of the revised liquidation and let you know once we get that wire processed.

Regards,



**From:** Thomas Goldstein ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, June 10, 2024 8:32 AM
**To:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Gold Bar 1-Kilo Liquidation

**Caution: This email is from an external sender. Be cautious of any links or attachments.**

▮▮▮▮

So very sorry for the delay. ==The gold comes from winnings in a poker game, and the game restarted unexpectedly.== So I needed to figure out how much of it I should sell versus keep. It's totally my fault, and I owe you a dinner or drink for the inconvenience.

If it's still possible, ==I would like to sell seven of the bars and pick twelve back up==.

The wire instructions are:

Thomas Goldstein

▮▮▮▮▮▮▮▮▮▮

4

FOIA Exempt - Fed R Crim P 6(e) Material                TM-GSJ-000408

▮▮▮▮▮,

▮▮▮▮▮

Routing: ▮▮▮▮▮

Account: ▮▮▮▮▮

Again, very sorry for the inconvenience.

Let me know if there are any problems, and I owe you.

Thanks,

Tom

---

**From:** ▮▮▮▮▮
**Sent:** Thursday, June 6, 2024 12:48:09 PM
**To:** ▮▮▮▮▮
**Subject:** Gold Bar 1-Kilo Liquidation

Hi Tom,

Can you please give me a call at your earliest convenience?

▮▮▮▮▮

Wanted to confirm some details with you regarding the information we have on file for your payment instructions.

Regards,



| Ang

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version:

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version:

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if

FOIA Exempt - Fed R Crim P 6(e) Material    TM-GSJ-000410

TM-GSJ-000405

you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version:

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version:

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version:

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version:

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version:

FOIA Exempt - Fed R Crim P 6(e) Material                                                                          TM-GSJ-000411

TM-GSJ-000405