**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **United States of America,** | * | |
| | * | |
| **v.** | | **Case No.** LKG-25-6 |
| | * | |
| Thomas C. Goldstein | | |
| **Defendant.** | * | |

## MOTION FOR ADMISSION PRO HAC VICE

I, Stephany Reaves _____, am a member in good standing of the bar of this

Court.  I am moving the admission of Adeel Mohammadi _____

to appear pro hac vice in this case as counsel for Thomas C. Goldstein _____.


We certify that:

1. The proposed admittee is a member in good standing of the bars of the following
   State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia - 1/24/2020 | C.D. Cal. - 7/10/2023 |
| California - 2/23/2022 | Third Circuit - 4/1/2024 |
| | Tenth Circuit - 11/26/2024 |
| | |

2. The proposed admittee has never been disbarred, suspended, or denied admission to
   practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been
   disbarred, suspended, or denied admission to practice law in any jurisdiction, then
   he/she must submit a statement fully explaining all relevant facts.)

3. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional
   Conduct, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the
   Federal Rules of Appellate Procedure, and the Local Rules of this Court, and
   understands he/she shall be subject to the disciplinary jurisdiction of this Court.

4. The proposed admittee understands admission pro hac vice is for this case only and
   does not constitute formal admission to the bar of this Court.

5. Either the undersigned movant or _____,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

6. **The $100.00 fee for admission pro hac vice accompanies this motion.**

7. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

/s/ Stephany Reaves
_____
Signature

Stephany Reaves, No. 19658
_____
Printed name and bar number

Munger, Tolles & Olson LLP
_____
Office name

601 Massachusetts Ave. NW, Suite 500E
_____
Address

Stephany.Reaves@mto.com
_____
Email Address

202-220-1130
_____
Telephone number

202-220-2300
_____
Fax Number

PROPOSED ADMITTEE

/s/ (signed by Stephany Reaves with permission of Adeel Mohammadi)
_____
Signature

Adeel Mohammadi, DC Bar No. 1673037
_____
Printed name and bar number

Munger, Tolles & Olson LLP
_____
Office name

350 South Grand Avenue | Los Angeles, CA 90071
_____
Address

Adeel.Mohammadi@mto.com
_____
Email Address

213-683-9100
_____
Telephone number

213-687-3702
_____
Fax Number