IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America,                *

                                         *

v.                                       *       Case No. __8:25-cr-00006-LKG__

                                         *

__Thomas C. Goldstein__
Defendant.                               *

## MOTION FOR ADMISSION PRO HAC VICE

I, __Stephany Reaves Couper__, am a member in good standing of the bar of this Court.  I am moving the admission of __Jonathan I. Kravis__ to appear pro hac vice in this case as counsel for __Thomas C. Goldstein__.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| District of Columbia 04/09/07 | USDC, DC 09/14/20 |
| Maryland 05/17 | USDC, ED PA 03/01/23 |
| Pennsylvania 07/04 | US Court of Appeals, 3d Cir. 01/06/17 |

2. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

3. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

4. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

5. Either the undersigned movant or _____,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

6. **The $100.00 fee for admission pro hac vice accompanies this motion.**

7. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*/s/ Stephany Reaves/*
Signature

Stephany Reaves Couper, No. 19658
Printed name and bar number

Munger, Tolles & Olson LLP
Office name

601 Massachusetts Ave NW, Washington DC 20001
Address

stephany.reaves@mto.com
Email Address

202-220-2328
Telephone number

202-220-2300
Fax Number

PROPOSED ADMITTEE

*/s/ J.K./*
Signature

Jonathan I. Kravis
Printed name and bar number

Munger, Tolles & Olson LLP
Office name

601 Massachusetts Ave NW, Washington DC 20001
Address

jonathan.kravis@mto.com
Email Address

202-220-1130
Telephone number

202-220-2300
Fax Number