✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
1:30 pm, Feb 13 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ M.D. ___ Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**United States of America,**                    *

                                                 *

**v.**                                           *          Case No. _LKG-25-6_

_Tom Goldstein_                                  *

**Defendant.**                                   *

## ENTRY OF APPEARANCE IN A CRIMINAL CASE

### TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the defendant, _Thomas Goldstein_.

I certify that: [check one that applies and complete]

[ ] I am admitted to practice in this Court.

[✓] I am a member in good standing of the bar of the highest state court of
_Maryland, DC, Pennsylvania_
and familiar with the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the
Federal Rules of Appellate Procedure and the Local Rules of this Court.

_2/13/25_
Date

_____
Signature

_Jonathan Kravis (MD1706220008)_
Printed name and bar number

_Munger, Tolles + Olson_
Firm name

_601 Massachusetts Ave. NW Suite 500E_
_(Washington DC 20001)_
Address

_jonathan.kravis@mto.com_
Email address

_202-220-1100_
Telephone number

_____
Fax number

Please select your designation:
[ ] CJA   [✓] Retained   [ ] Public Defender   [ ] Pro Bono

**NOTE:**    Appearance of counsel may be withdrawn only with leave of Court. *See* Local Rule 201.3. Such leave
is liberally granted if sought within 14 days of the defendant's initial appearance in this Court.

If you are <u>not</u> a member of this Court's bar, email your completed form to MDD_AttyAdmissions@mdd.uscourts.gov.
Otherwise, please enter your own appearance in this case in CM/ECF using the event **Notice of Appearance**.

EntryofAppearanceCriminal (07/2014)