**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. LKG-25-6** |
| | ) | |
| **THOMAS C. GOLDSTEIN,** | ) | |
| | ) | |
| **Defendant** | ) | |

## <u>ORDER</u>

Having considered the Government's Motion to Seal, it this ____ day of _____ 2025:

**ORDERED**, that the Government's Opposition to Defendant's Appeal of Amended Conditions of Release and exhibits are **SEALED**; and

**ORDERED**, that redacted versions of the Government's Opposition to Defendant's Appeal of Amended Conditions of Release and exhibits are accepted for filing.


_____
Honorable Lydia K. Griggsby
United States District Judge