Audit Access Log

| User ID | Operation | Client | Client Version | Real IP | Geolocation | Browser | Port Number | Timestamp (UTC) |
|---|---|---|---|---|---|---|---|---|
| ████ | User login | web | | 103.110.252.26 | India Pune | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/96.0.4664.45 Safari/537.36 | | 2022-01-25 08:40:45 |
| | User login | web | | 138.59.26.133 | Trinidad and Tobago Port of Spain | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/91.0.4472.124 Safari/537.36 | | 2021-07-30 21:32:27 |
| | User forgot password mailbox verification | web | | ████ | US Minneapolis | Mozilla/5.0 (Windows NT 6.1; rv:66.0) Gecko/20100101 Firefox/66.0 | | 2021-07-14 12:38:47 |
| | User login | web | | ████ | United States Los Angeles | AppleWebKit/537.36 (KHTML, like Gecko) Chrome/90.0.4430.212 Safari/537.36 Edg/90.0.818.62 | | 2021-06-20 17:43:05 |
| | Withdrawal application | ios | 2.29.2 | 138.199.54.238 | Italy Milan | Binance/2.29.2 (com.czzhao.binance; build:0; iOS 14.5.1) Alamofire/2.29.2 | | 2021-05-24 13:26:41 |
| | Send SMS verification code | ios | 2.29.2 | 138.199.54.238 | Italy Milan | Binance/2.29.2 (com.czzhao.binance; build:0; iOS 14.5.1) Alamofire/2.29.2 | | 2021-05-24 13:26:19 |
| | security check before withdraw | ios | 2.29.2 | 138.199.54.238 | Italy Milan | Binance/2.29.2 (com.czzhao.binance; build:0; iOS 14.5.1) Alamofire/2.29.2 | | 2021-05-24 13:26:16 |
| | Withdrawal application | ios | 2.29.2 | 138.199.54.238 | Italy Milan | Binance/2.29.2 (com.czzhao.binance; build:0; iOS 14.4.2) Alamofire/2.29.2 | | 2021-05-23 23:29:02 |
| | Send SMS verification code | ios | 2.29.2 | 138.199.54.238 | Italy Milan | Binance/2.29.2 (com.czzhao.binance; build:0; iOS 14.4.2) Alamofire/2.29.2 | | 2021-05-23 23:28:42 |
| | security check before withdraw | ios | 2.29.2 | 138.199.54.238 | Italy Milan | Binance/2.29.2 (com.czzhao.binance; build:0; iOS 14.4.2) Alamofire/2.29.2 | | 2021-05-23 23:28:39 |
| | Withdrawal application | ios | 2.29.2 | 138.199.54.238 | Italy Milan | Binance/2.29.2 (com.czzhao.binance; build:0; iOS 14.4.2) Alamofire/2.29.2 | | 2021-05-23 22:46:58 |
| | Send SMS verification code | ios | 2.29.2 | 138.199.54.238 | Italy Milan | Binance/2.29.2 (com.czzhao.binance; build:0; iOS 14.4.2) Alamofire/2.29.2 | | 2021-05-23 22:46:21 |
| | security check before withdraw | ios | 2.29.2 | 138.199.54.238 | Italy Milan | Binance/2.29.2 (com.czzhao.binance; build:0; iOS 14.4.2) Alamofire/2.29.2 | | 2021-05-23 22:46:17 |
| | Withdrawal application | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:47:21 |
| | Send SMS verification code | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:47:02 |
| | Send SMS verification code | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:46:56 |
| | security check before withdraw | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:46:53 |
| | Withdrawal application | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:46:24 |
| | Send SMS verification code | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:46:01 |
| | security check before withdraw | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:45:58 |
| | Withdrawal application | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:45:23 |
| | Send SMS verification code | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:45:02 |
| | security check before withdraw | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:44:59 |
| | Withdrawal application | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:24:10 |
| | Send SMS verification code | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:23:47 |
| | security check before withdraw | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-22 23:23:43 |
| | Withdrawal application | ios | 2.29.1 | 138.199.54.237 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-21 02:43:07 |
| | Send SMS verification code | ios | 2.29.1 | 138.199.54.237 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-21 02:42:38 |
| | security check before withdraw | ios | 2.29.1 | 138.199.54.237 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-21 02:42:35 |
| | Send SMS verification code | ios | 2.29.1 | 138.199.54.237 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-21 01:35:07 |
| | security check before withdraw | ios | 2.29.1 | 138.199.54.237 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-21 01:35:02 |
| | Withdrawal application | ios | 2.29.1 | 138.199.54.239 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-19 16:21:58 |
| | Send SMS verification code | ios | 2.29.1 | 138.199.54.239 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-19 16:21:30 |
| | security check before withdraw | ios | 2.29.1 | 138.199.54.239 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-19 16:21:27 |
| | Withdrawal application | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-18 10:43:49 |
| | Send SMS verification code | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-18 10:43:25 |
| | security check before withdraw | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-18 10:43:21 |
| | Withdrawal application | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-16 18:47:52 |
| | Send SMS verification code | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-16 18:47:33 |
| | security check before withdraw | ios | 2.29.1 | 138.199.54.238 | Italy Milan | Binance/2.29.1 (com.czzhao.binance; build:2; iOS 14.4.2) Alamofire/2.29.1 | | 2021-05-16 18:47:30 |
| | Withdrawal application | ios | 2.29.0 | 212.102.54.104 | Italy Milan | Binance/2.29.0 (com.czzhao.binance; build:9; iOS 14.4.2) Alamofire/2.29.0 | | 2021-05-14 21:48:12 |
| | Send SMS verification code | ios | 2.29.0 | 212.102.54.104 | Italy Milan | Binance/2.29.0 (com.czzhao.binance; build:9; iOS 14.4.2) Alamofire/2.29.0 | | 2021-05-14 21:47:39 |
| ████ | security check before withdraw | ios | 2.29.0 | 212.102.54.104 | Italy Milan | Binance/2.29.0 (com.czzhao.binance; build:9; iOS 14.4.2) Alamofire/2.29.0 | | 2021-05-14 21:47:36 |

| Activity | OS | Version | IP | Location | User Agent | | Timestamp |
|---|---|---|---|---|---|---|---|
| Withdrawal application | ios | 2.29.0 | 217.138.219.153 | Italy Milan | Binance/2.29.0 (com.czzhao.binance; build:9; iOS 14.4.2) Alamofire/2.29.0 | | 2021-05-13 20:06:37 |
| Send SMS verification code | ios | 2.29.0 | 217.138.219.153 | Italy Milan | Binance/2.29.0 (com.czzhao.binance; build:9; iOS 14.4.2) Alamofire/2.29.0 | | 2021-05-13 20:06:20 |
| security check before withdraw | ios | 2.29.0 | 217.138.219.153 | Italy Milan | Binance/2.29.0 (com.czzhao.binance; build:9; iOS 14.4.2) Alamofire/2.29.0 | | 2021-05-13 20:06:16 |
| Withdrawal application | ios | 2.29.0 | 217.138.219.153 | Italy Milan | Binance/2.29.0 (com.czzhao.binance; build:9; iOS 14.4.2) Alamofire/2.29.0 | | 2021-05-13 19:54:25 |
| Send SMS verification code | ios | 2.29.0 | 217.138.219.153 | Italy Milan | Binance/2.29.0 (com.czzhao.binance; build:9; iOS 14.4.2) Alamofire/2.29.0 | | 2021-05-13 19:54:00 |
| security check before withdraw | ios | 2.29.0 | 217.138.219.153 | Italy Milan | Binance/2.29.0 (com.czzhao.binance; build:9; iOS 14.4.2) Alamofire/2.29.0 | | 2021-05-13 19:53:55 |
| Withdrawal application | ios | 2.29.0 | 185.128.27.238 | Italy Milan | Binance/2.29.0 (com.czzhao.binance; build:9; iOS 14.4.2) Alamofire/2.29.0 | | 2021-05-12 21:35:47 |
| Send SMS verification code | ios | 2.29.0 | 185.128.27.238 | Italy Milan | Binance/2.29.0 (com.czzhao.binance; build:9; iOS 14.4.2) Alamofire/2.29.0 | | 2021-05-12 21:35:03 |
| security check before withdraw | ios | 2.29.0 | 185.128.27.238 | Italy Milan | Binance/2.29.0 (com.czzhao.binance; build:9; iOS 14.4.2) Alamofire/2.29.0 | | 2021-05-12 21:35:00 |
| Withdrawal application | ios | 2.28.1 | 212.102.54.99 | Italy Milan | Binance/2.28.1 (com.czzhao.binance; build:1; iOS 14.4.2) Alamofire/2.28.1 | | 2021-05-05 22:18:20 |
| Send SMS verification code | ios | 2.28.1 | 212.102.54.99 | Italy Milan | Binance/2.28.1 (com.czzhao.binance; build:1; iOS 14.4.2) Alamofire/2.28.1 | | 2021-05-05 22:18:00 |
| security check before withdraw | ios | 2.28.1 | 212.102.54.99 | Italy Milan | Binance/2.28.1 (com.czzhao.binance; build:1; iOS 14.4.2) Alamofire/2.28.1 | | 2021-05-05 22:17:57 |
| Withdrawal application | ios | 2.28.1 | 212.102.54.99 | Italy Milan | Binance/2.28.1 (com.czzhao.binance; build:1; iOS 14.4.2) Alamofire/2.28.1 | | 2021-05-05 21:53:03 |
| Send SMS verification code | ios | 2.28.1 | 212.102.54.99 | Italy Milan | Binance/2.28.1 (com.czzhao.binance; build:1; iOS 14.4.2) Alamofire/2.28.1 | | 2021-05-05 21:52:42 |
| security check before withdraw | ios | 2.28.1 | 212.102.54.99 | Italy Milan | Binance/2.28.1 (com.czzhao.binance; build:1; iOS 14.4.2) Alamofire/2.28.1 | | 2021-05-05 21:52:38 |
| Withdrawal application | ios | 2.28.1 | 212.102.54.99 | Italy Milan | Binance/2.28.1 (com.czzhao.binance; build:1; iOS 14.4.2) Alamofire/2.28.1 | | 2021-05-05 21:51:08 |
| Send SMS verification code | ios | 2.28.1 | 212.102.54.99 | Italy Milan | Binance/2.28.1 (com.czzhao.binance; build:1; iOS 14.4.2) Alamofire/2.28.1 | | 2021-05-05 21:49:59 |
| security check before withdraw | ios | 2.28.1 | 212.102.54.99 | Italy Milan | Binance/2.28.1 (com.czzhao.binance; build:1; iOS 14.4.2) Alamofire/2.28.1 | | 2021-05-05 21:49:53 |
| Authorized device | ios | 2.28.1 | 138.199.54.232 | Italy Milan | Binance/2.28.1 (com.czzhao.binance; build:1; iOS 14.4.2) Alamofire/2.28.1 | | 2021-05-04 13:32:13 |
| User login | ios | 2.28.1 | 138.199.54.232 | Italy Milan | Binance/2.28.1 (com.czzhao.binance; build:1; iOS 14.4.2) Alamofire/2.28.1 | | 2021-05-04 13:31:23 |
| Withdrawal application | ios | 2.25.2 | 192.145.127.68 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-24 22:28:15 |
| Send SMS verification code | ios | 2.25.2 | 192.145.127.68 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-24 22:27:57 |
| security check before withdraw | ios | 2.25.2 | 192.145.127.68 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-24 22:27:53 |
| Withdrawal application | ios | 2.25.2 | 192.145.127.68 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-24 22:26:34 |
| Send SMS verification code | ios | 2.25.2 | 192.145.127.68 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-24 22:25:37 |
| security check before withdraw | ios | 2.25.2 | 192.145.127.68 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-24 22:25:32 |
| Withdrawal application | ios | 2.25.2 | 192.145.127.68 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-23 12:17:25 |
| Send SMS verification code | ios | 2.25.2 | 192.145.127.68 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-23 12:16:55 |
| security check before withdraw | ios | 2.25.2 | 192.145.127.68 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-23 12:16:51 |
| Withdrawal application | ios | 2.25.2 | 217.138.197.60 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-16 13:13:43 |
| Send SMS verification code | ios | 2.25.2 | 217.138.197.60 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-16 13:13:23 |
| security check before withdraw | ios | 2.25.2 | 217.138.197.60 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-16 13:13:19 |
| Withdrawal application | ios | 2.25.2 | 217.138.197.60 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-16 13:10:00 |
| Send SMS verification code | ios | 2.25.2 | 217.138.197.60 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-16 13:09:27 |
| security check before withdraw | ios | 2.25.2 | 217.138.197.60 | Italy Milan | Binance/2.25.2 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.2 | | 2021-02-16 13:09:23 |
| Withdrawal application | ios | 2.25.1 | 217.138.197.60 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-14 14:32:42 |
| Send SMS verification code | ios | 2.25.1 | 217.138.197.60 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-14 14:32:08 |
| security check before withdraw | ios | 2.25.1 | 217.138.197.60 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-14 14:32:04 |
| Withdrawal application | ios | 2.25.1 | 217.138.197.60 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-13 16:44:54 |
| Send SMS verification code | ios | 2.25.1 | 217.138.197.60 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-13 16:44:19 |
| security check before withdraw | ios | 2.25.1 | 217.138.197.60 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-13 16:44:14 |
| Withdrawal application | ios | 2.25.1 | 217.138.197.60 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-12 13:35:06 |
| Send SMS verification code | ios | 2.25.1 | 217.138.197.60 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-12 13:34:39 |
| security check before withdraw | ios | 2.25.1 | 217.138.197.60 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-12 13:34:35 |
| Withdrawal application | ios | 2.25.1 | 217.138.197.60 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-11 00:59:47 |

Current Access Log

| Action | OS | Version | IP | Location | User-Agent | | Timestamp |
|---|---|---|---|---|---|---|---|
| Send SMS verification code | ios | 2.25.1 | 217.138.197.60 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-11 00:59:20 |
| security check before withdraw | ios | 2.25.1 | 217.138.197.60 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-11 00:59:16 |
| Withdrawal application | ios | 2.25.1 | 95.174.66.228 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-09 20:46:35 |
| Withdrawal application | ios | 2.25.1 | 95.174.66.228 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-09 20:46:26 |
| Withdrawal application | ios | 2.25.1 | 95.174.66.228 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-09 20:46:00 |
| Send SMS verification code | ios | 2.25.1 | 95.174.66.228 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-09 20:43:30 |
| security check before withdraw | ios | 2.25.1 | 95.174.66.228 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-09 20:43:26 |
| Withdrawal application | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 23:39:16 |
| Send SMS verification code | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 23:38:48 |
| security check before withdraw | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 23:38:39 |
| Withdrawal application | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 22:57:03 |
| Send SMS verification code | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 22:56:34 |
| security check before withdraw | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 22:56:17 |
| Withdrawal application | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 22:55:41 |
| Withdrawal application | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 22:55:27 |
| security check before withdraw | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 22:54:52 |
| Binding phone | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 22:54:44 |
| Send SMS verification code | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 22:54:01 |
| security check before withdraw | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 22:53:28 |
| security check before withdraw | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 22:52:34 |
| security check before withdraw | ios | 2.25.1 | 84.247.50.62 | Norway Oslo | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 20:52:28 |
| security check before withdraw | ios | 2.25.1 | 212.102.54.99 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-08 03:56:18 |
| Create futures account | ios | 2.25.1 | 192.145.127.76 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-06 19:37:45 |
| User registration verification | ios | 2.25.1 | 192.145.127.76 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-06 19:08:37 |
| User registration | ios | 2.25.1 | 192.145.127.76 | Italy Milan | Binance/2.25.1 (com.czzhao.binance; build:0; iOS 14.4.0) Alamofire/2.25.1 | | 2021-02-06 19:08:16 |