**Exhibit 1**

| Time stamp (EST) | Text | From | To |
|---|---|---|---|
| 11/11/2020 13:29 | Just posting the job now. Tom stalled about three weeks to throw off the irs | ▮ | ▮ |
| 11/11/2020 13:40 | Lol would that really throw them off? | ▮ | ▮ |
| 11/11/2020 15:41 | Probably not, but **when I quit he mentioned that it would look suspicious to the IRS** | ▮ | ▮ |
| 11/11/2020 15:41 | Like I knew something | ▮ | ▮ |

*Text messages sent by the witness are highlighted in light green.