MUNGER, TOLLES & OLSON LLP

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100

350 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000

March 19, 2025

Writer's Direct Contact
(202)220-1130
(202)220-1130 FAX
Jonathan.Kravis@mto.com

**VIA ECF**

Honorable Lydia K. Griggsby
United States District Court for the District of
Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770

      Re:    *United States v. Goldstein*, Criminal No. LKG-25-6

Dear Judge Griggsby:

      I represent Defendant Thomas C. Goldstein in the above-captioned matter. On March 18, 2025, the defense submitted under seal an unredacted version of its Reply in Support of the Emergency Motion to Compel Certain Grand Jury Testimony, as well as certain sealed exhibits. The defense erroneously redacted certain materials from the version of Exhibit B filed under seal. As an attachment to this letter, I am filing here under seal an unredacted version of Exhibit B.

      I apologize for the error and thank the Court in advance for its understanding.

MUNGER, TOLLES & OLSON LLP

March 19, 2025
Page 2

Sincerely,

*[signature]*

Jonathan I. Kravis