# EXHIBIT B

Message

**From:** ████████████████████████████
**Sent:** 2/14/2018 11:11:40 AM
**To:** Tom Goldstein ███████████████
**Subject:** RE: AMEX - List of Retailers
**Attachments:** Retailers_.xlsx

All the ███ members are highlighted in green. The red text still identifies the companies from the Visa case.

---

**From:** Tom Goldstein
**Sent:** Tuesday, February 13, 2018 5:36 PM
**To:** ████████████████████████████
**Subject:** Fwd: AMEX - List of Retailers

Begin forwarded message:

**From:** ██████████████████████████
**Date:** February 13, 2018 at 5:31:11 PM EST
**To:** Tom Goldstein ██████████████████
**Subject: RE: AMEX - List of Retailers**

FWIW, ███ is also a member even though they don't want their logo out there.

---

**From:** Tom Goldstein ████████████████████
**Sent:** Tuesday, February 13, 2018 5:28 PM
**To:** ██████████████████████
**Subject:** Re: AMEX - List of Retailers

Exactly right. And I can have the comparison done here. Thanks!

On Feb 13, 2018, at 5:26 PM, ████████████████████████ wrote:

Easy-peasey to compare: ███ member logo page is here.  I will have someone go thru and compare – I guess what we are really looking at is the retailers who aren't in red, if you expect that the ones in red will stick with their existing counsel?

---

**From:** Tom Goldstein ██████████████████████
**Sent:** Tuesday, February 13, 2018 5:24 PM
**To:** ████████████████████████
**Subject:** Re: AMEX - List of Retailers

We don't have a list of who has filed claims against AmEx. My expectation is that by and large the companies that filed in Interchange will do the same against AmEx, and will stick with their existing lawyers. So that makes this group the low-hanging fruit. Could you compare it to existing ███ members. And for sure I need to get you the piece on the proposal. We're nearly done with negotiating the litigation financing, so we know the numbers.

On Feb 13, 2018, at 5:20 PM, ████████████████████████ wrote:

GOT00083055

That would be awesome! The question, though, was whether they were already in the Amex case – I'm not sure how this list relates to that question. And I also need a description, please, of the program that you would be offering. Thanks!

---

**From:** Tom Goldstein ██████████████████████
**Sent:** Tuesday, February 13, 2018 5:13 PM
**To:** ████████████ ████████████████
**Subject:** Fwd: AMEX - List of Retailers

The retailers in red were in Interchange. There seem to be a ton of great targets of opportunity.


Begin forwarded message:

**From:** ████████████████████████████
**Date:** February 13, 2018 at 5:08:37 PM EST
**To:** Tom Goldstein ████████████████████████
**Subject: AMEX - List of Retailers**

Attached!

<Retailers_.xlsx>

GOT00083055

| Rank | Company | Industry | Revenue |
|------|---------|----------|---------|
| *Top 20 Retailers* | | | |
| #1 | Walmart Stores | Discount Stores | $485,900,000,000 |
| #2 | Apple | Consumer Electronics | $229,200,000,000 |
| #3 | Amazon | Specialty Retiil | $177,900,000,000 |
| #4 | EVA Airways | Airline | $157,000,000,000 |
| #5 | CVS | Pharmacy | $153,300,000,000 |
| #6 | Costco | Discount Stores | $129,000,000,000 |
| #7 | Walgreens Boots Alliance | Pharmacy | $117,400,000,000 |
| #8 | Kroger Co. | Grocery Stores | $115,300,000,000 |
| #9 | Express Scripts | Pharmacy | $100,752,000,000 |
| #10 | Microsoft | Consumer Electronics | $89,950,000,000 |
| #11 | Home Depot | Home Improvement Chains | $88,520,000,000 |
| #12 | State Farm | Auto Insurance | $87,600,000,000 |
| #13 | Target Corporation | Discount Stores | $69,500,000,000 |
| #14 | Sony | Consumer Electronics | $68,350,000,000 |
| #15 | Lowe's Companies Inc. | Home Improvement Chains | $65,020,000,000 |
| #16 | Dell | Consumer Electronics | $61,600,000,000 |
| #17 | LVMH Moët Hennessy Louis Vuitton SE | Apparel/Fashion | $52,782,350,400 |
| #18 | HP Inc. | Consumer Electronics | $48,200,000,000 |
| #19 | Best Buy Co. Inc. | Consumer Electronics | $44,090,000,000 |
| #20 | Lenovo | Consumer Electronics | $43,030,000,000 |

| Airline Industry | | |
|---|---|---|
| **Rank** | **Company** | **Revenue** |
| #1 | EVA Airways | $157,000,000,000 |
| #2 | American Airlines Group | $40,990,000,000 |
| #3 | Delta Airlines | $39,640,000,000 |
| #4 | United Continental Holdings | $35,500,000,000 |
| #5 | Air France KLM | $28,900,000,000 |
| #6 | International Airlines Group | $25,300,000,000 |
| #7 | Southwest Airlines | $20,400,000,000 |
| #8 | Societe Air France | $20,200,000,000 |
| #9 | China Southern Airlines | $18,871,548,300 |
| #10 | Air Canada | $17,700,000,000 |
| #11 | China Eastern Airlines | $17,166,816,000 |
| #12 | Korean Air | $14,900,000,000 |
| #13 | Singapore Airlines | $13,240,000,000 |
| #14 | JetBlue Airways Corporation | $11,469,713,000 |
| #15 | Alaska Airlines, Inc. | $6,600,000,000 |
| #16 | Etihad Airways | $5,931,000,000 |
| #17 | Air New Zealand Limited | $4,900,000,000 |
| #18 | Jetstar Airways | $3,794,567,400 |
| #19 | Hawaiian Airlines | $3,636,000,000 |
| #20 | Spirit Airlines | $2,320,000,000 |

| Consumer Electronics Industry | | |
|---|---|---|
| **Rank** | **Company** | **Revenue** |
| #1 | Apple | $229,200,000,000 |
| #2 | Amazon | $177,900,000,000 |
| #3 | AT&T | $160,000,000,000 |
| #4 | Verizon Wireless | $126,000,000,000 |
| #5 | Microsoft | $89,950,000,000 |
| #6 | Sony | $68,350,000,000 |
| #7 | Dell | $61,600,000,000 |
| #8 | HP Inc. | $48,200,000,000 |
| #9 | Best Buy Co. Inc. | $44,090,000,000 |
| #10 | Lenovo | $43,030,000,000 |
| #11 | T-Mobile | $37,200,000,000 |
| #12 | Sprint | $32,180,000,000 |
| #13 | GameStop | $9,000,000,000 |
| #14 | Newegg, Inc. | $2,650,000,000 |
| #15 | Micro Center | $2,400,000,000 |
| #16 | Fry's Electronics | $2,000,000,000 |
| #17 | H H Gregg | $1,960,000,000 |
| #18 | P.C. Richard and Son | $1,500,000,000 |

| Discount Store Industry | | |
|---|---|---|
| Rank | Company | Revenue |
| #1 | Wal-Mart Stores Inc. | $485,900,000,000 |
| #2 | Costco | $129,000,000,000 |
| #3 | Target Corporation | $69,500,000,000 |
| #4 | K Mart | $25,150,000,000 |
| #5 | Dollar Tree | $20,720,000,000 |
| #6 | Dollar General | $20,370,000,000 |
| #7 | Ross Stores | $12,870,000,000 |
| #8 | Bed Bath and Beyond | $12,200,000,000 |
| #9 | BJ's Wholesale Club Inc | $10,880,000,000 |
| #10 | Amway Corp. | $8,800,000,000 |
| #11 | PNS Stores Inc. (dba Big Lots) | $5,200,439,000 |
| #12 | Newton Buying Company of CA (dba Marshalls) | $4,510,000,000 |
| #13 | T.J. Maxx | $4,510,000,000 |
| #14 | Homegoods, Inc. | $4,404,000,000 |
| #15 | Men's Wearhouse Inc. | $3,378,000,000 |
| #16 | Stein Mart Inc. | $1,360,000,000 |
| #17 | Sierra Trading Post | $200,000,000 |

| Furnishings Industry | | |
|---|---|---|
| Rank | Company | Revenue |
| #1 | IKEA | $37,600,000,000 |
| #2 | Ashley Furniture Industries | $4,600,000,000 |
| #3 | Wayfair | $3,380,000,000 |
| #4 | Restoration Hardware | $2,135,000,000 |
| #5 | RTG Furniture Corp. (Rooms To Go) | $2,100,000,000 |
| #6 | Mattress Firm | $2,100,000,000 |
| #7 | Pier 1 Imports | $1,828,000,000 |
| #8 | La-Z-Boy Furniture Galleries | $1,520,000,000 |
| #9 | Euromarket Designs, Inc. (dba Crate and Barrell) | $1,515,000,000 |
| #10 | Raymour & Flanigan | $1,305,000,000 |
| #11 | Select Comfort | $1,300,000,000 |
| #12 | Bob's Furniture Discounts | $1,100,000,000 |
| #13 | Havertys | $812,600,000 |
| #14 | Ethan Allen | $736,400,000 |
| #15 | Art Van | $700,000,000 |
| #16 | Badcock Home Furniture & More | $692,260,000 |
| #17 | American Furniture Warehouse | $652,000,000 |
| #18 | Bassett Furniture | $452,530,000 |
| #19 | Mathis Brothers | $352,000,000 |
| #20 | Slumberland | $263,000,000 |

| Hospitality, Travel and Tourism Industry | | |
|---|---|---|
| Rank | Company | Revenue |
| #1 | Walt Disney Company (Parks and Resorts) | $18,420,000,000 |
| #2 | Marriot International | $17,070,000,000 |
| #3 | Carnival Corporation | $16,390,000,000 |
| #4 | Las Vegas Sands | $14,500,000,000 |
| #5 | Loews Hotels | $13,105,000,000 |
| #6 | Hilton Worldwide | $11,660,000,000 |
| #7 | Priceline | $10,740,000,000 |
| #8 | MGM Resorts International | $9,810,000,000 |
| #9 | Expedia | $8,774,000,000 |
| #10 | Royal Caribbean Cruises | $8,300,000,000 |
| #11 | Best Western Hotels | $6,000,000,000 |
| #12 | Starwood Hotels and Resorts | $5,760,000,000 |
| #13 | Wyndham Worldwide | $5,599,000,000 |
| #14 | Host Hotels and Resort | $5,430,000,000 |
| #15 | Norwegian Cruise Line Holdings | $4,870,000,000 |
| #16 | Hyatt | $4,400,000,000 |
| #17 | Four Seasons Hotels and Resorts | $4,000,000,000 |
| #18 | Caesars Entertainment Corporation | $3,877,000,000 |
| #19 | Universal Parks and Resorts | $3,340,000,000 |
| #20 | National Railroad Passenger Corp. (dba Amtrak) | $3,200,000,000 |

| Rental and Leasing Services Industry | | |
|---|---|---|
| Rank | Company | Revenue |
| #1 | Enterprise Holdings | $20,900,000,000 |
| #2 | The Hertz Corporation | $9,480,000,000 |
| #3 | Avis Budget Group | $8,659,000,000 |
| #4 | U-HAL | $3,421,767,000 |
| #5 | Sixt Rent-A-Car | $2,967,917,610 |
| #6 | Budget Rent-A-Car | $2,900,000,000 |
| #7 | Advantage Rent-A-Car | $325,000,000 |
| #8 | Fox Rent-A-Car | $240,000,000 |
| #9 | Zipcar, Inc. | $186,101,000 |
| #10 | U-Save Auto Rental System | $123,000,000 |
| #11 | ACE Rent A Car | $100,000,000 |
| #12 | Payless Car Rental | $80,000,000 |

| Apparel/Fashion Industry |
|---|---|---|
| Rank | Company | Revenue |
| #1 | LVMH Moët Hennessy Louis Vuitton SE | $52,782,350,400 |
| #2 | NIKE Inc. | $30,600,000,000 |
| #3 | Inditex | $25,592,886,000 |
| #4 | Adidas | $23,621,376,600 |
| #5 | H & M | $22,363,152,000 |
| #6 | GAP Inc. | $15,500,000,000 |
| #7 | Kering Company | $15,159,805,200 |
| #8 | L Brands, Inc. | $12,574,000,000 |
| #9 | VF Corporation | $12,300,000,000 |
| #10 | Swatch Group | $8,036,467,530 |
| #11 | Foot Locker Inc. | $7,766,000,000 |
| #12 | Ralph Lauren | $7,400,000,000 |
| #13 | Ascena Retail Group | $6,995,700,000 |
| #14 | Dress Barn | $6,995,000,000 |
| #15 | Burlington Coat Factory | $4,500,000,000 |
| #16 | Forever 21 Inc. | $4,000,000,000 |
| #17 | American Eagle Outfitters, Inc. | $3,521,000,000 |
| #18 | Abercrombie and Fitch | $3,518,000,000 |
| #19 | Carter's | $3,199,184,000 |
| #20 | DSW | $2,700,000,000 |

| Convenience Store Industry |
|---|---|---|
| Rank | Company | Revenue |
| #1 | 7-Eleven | $27,030,000,000 |
| #2 | Chevron Corp. | $24,668,176,000 |
| #3 | Speedway LLC | $19,690,000,000 |
| #4 | Sunoco LP | $18,012,020,000 |
| #5 | Marathon Petroleum Corporation | $16,940,000,000 |
| #6 | BP North America | $13,575,120,000 |
| #7 | CST Brands, Inc. | $12,800,000,000 |
| #8 | Shell Oil/Motiva Enterprises LLC | $12,221,872,000 |
| #9 | QuikTrip Corp. | $9,367,800,000 |
| #10 | Wawa Inc. | $9,141,080,000 |
| #11 | Exxon Mobile Corp. | $8,911,708,000 |
| #12 | Casey's General Stores | $7,467,720,000 |
| #13 | Sheetz Inc. | $6,741,020,000 |
| #14 | Cumberland Farms Inc. | $6,201,000,000 |
| #15 | RaceTrac Petroleum Inc | $5,548,280,000 |
| #16 | The Kroger Co. | $5,444,660,000 |
| #17 | Travel Centers of America LLC | $4,463,940,000 |
| #18 | Military | $4,138,836,000 |
| #19 | Kwik Trip Inc. | $3,900,520,000 |
| #20 | CITGO Petrolium Corp. | $3,566,784,000 |

| Energy Industry | | |
|---|---|---|
| **Rank** | **Company** | **Revenue** |
| #1 | Duke Energy Corporation | $22,740,000,000 |
| #2 | AEP Energy | $16,230,000,000 |
| #3 | NextEra Energy (Owns Gexa Energy) | $16,200,000,000 |
| #4 | Constellation Energy Group | $13,760,000,000 |
| #5 | NRG EV Services LLC (dba eVgo) | $13,120,000,000 |
| #6 | conEdison | $13,000,000,000 |
| #7 | Direct Energy | $11,400,000,000 |
| #8 | Calpine Corporation (Owns Champion Energy Services) | $6,472,000,000 |
| #9 | Energy Future Holdings | $5,200,000,000 |
| #10 | Just Energy Group | $3,760,000,000 |
| #11 | FirstEnergy Solutions | $3,500,000,000 |
| #12 | NRG Energy (Pennywise Power, Reliant Energy Retail Services, Everything Energy LLC) | $3,050,000,000 |
| #13 | WGL Holdings | $2,324,000,000 |
| #14 | Ambit Energy | $1,370,000,000 |
| #15 | IGS Energy | $1,100,000,000 |
| #16 | Infinite Energy | $500,000,000 |
| #17 | North American Power | $24,000,000 |
| #18 | CPL Retail Energy | $21,200,000 |

| Grocery Store Industry | | |
|---|---|---|
| **Rank** | **Company** | **Revenue** |
| #1 | Kroger Co. | $115,300,000,000 |
| #2 | Safeway, Inc. | $37,630,000,000 |
| #3 | Publix Supermarkets, Inc. | $34,000,000,000 |
| #4 | Albertsons LLC | $32,291,700,000 |
| #5 | Ahold USA, Inc. | $23,773,000,000 |
| #6 | Aldi | $23,491,000,000 |
| #7 | H.E. Butt Grocery Co. | $23,000,000,000 |
| #8 | Delhaize America | $17,069,000,000 |
| #9 | Meijer, Inc. | $16,600,000,000 |
| #10 | Wakefern Food Corporation | $16,300,000,000 |
| #11 | Whole Foods Market, Inc. | $15,724,000,000 |
| #12 | Trader Joe's | $13,000,000,000 |
| #13 | SuperValu Inc. | $12,480,000,000 |
| #14 | Southeastern Grocers | $10,500,000,000 |
| #15 | Winn-Dixie Stores, Inc. | $10,000,000,000 |
| #16 | Hy-Vee, Inc. | $9,600,000,000 |
| #17 | Giant Eagle | $9,300,000,000 |
| #18 | Wegmans | $7,000,000,000 |
| #19 | Winco Foods | $6,676,000,000 |
| #20 | Fred Meyer | $4,897,000,000 |

| Industrial Distribution Industry | | |
|---|---|---|
| Rank | Company | Revenue |
| #1 | W.W. Grainger, Inc. (parent of Zoro Tools, Inc.) | $10,140,000,000 |
| #2 | Sonepar North America | $9,600,000,000 |
| #3 | HD Supply | $7,390,000,000 |
| #4 | Wesco, Inc. | $7,336,000,000 |
| #5 | Airgas | $5,300,000,000 |
| #6 | Modern Motion Industries | $4,770,000,000 |
| #7 | MRC Global Corp. | $4,500,000,000 |
| #8 | Fastenal | $4,390,500,000 |
| #9 | NOW Inc. | $3,000,000,000 |
| #10 | MSC Industrial Supply Co. | $2,863,000,000 |
| #11 | Winsupply | $2,700,000,000 |
| #12 | Applied Industrial Technologies | $2,593,746,000 |
| #13 | Uline | $2,000,000,000 |
| #14 | Wurth – Americas | $1,700,000,000 |
| #15 | Interline Brands | $1,600,000,000 |
| #16 | Woseley Industrial Group | $1,400,000,000 |
| #17 | Kaman Industrial Technologies | $1,100,000,000 |
| #18 | F.W. Webb | $1,000,000,000 |
| #19 | Global Industrial | $715,600,000 |
| #20 | McMaster - Carr | N/A |

| Restaurant Industry | | |
|---|---|---|
| Rank | Company | Revenue |
| #1 | McDonald's | $24,662,000,000 |
| #2 | Starbucks Corporation | $22,390,000,000 |
| #3 | Subway | $13,945,000,000 |
| #4 | Taco Bell | $9,400,000,000 |
| #5 | Burger King Corporation | $9,300,000,000 |
| #6 | Dunkin' Donuts | $8,200,000,000 |
| #7 | DineEquity | $6,879,000,000 |
| #8 | Chick Fil A | $6,437,000,000 |
| #9 | Yum! Brands, Inc. | $6,370,000,000 |
| #10 | Pizza Hut | $5,800,000,000 |
| #11 | Domino's | $5,335,000,000 |
| #12 | Jack in the Box | $5,058,000,000 |
| #13 | Sonic | $4,520,000,000 |
| #14 | KFC | $4,500,000,000 |
| #15 | Applebee's Neighborhood Bar and Grill | $4,400,000,000 |
| #16 | Olive Garden | $3,900,000,000 |
| #17 | Chipotle | $3,800,000,000 |
| #18 | Carl's Junior/Hardees | $3,761,000,000 |
| #19 | Buffalo Wild Wings | $3,700,000,000 |
| #20 | Arby's | $3,700,000,000 |

| Business Supplies/Equipment Industry | | |
|---|---|---|
| **Rank** | **Company** | **Revenue** |
| #1 | Canon | $31,255,190,000 |
| #2 | Staples Business Advantage | $23,100,000,000 |
| #3 | Staples | $21,060,000,000 |
| #4 | Office Depot Inc. | $14,480,000,000 |
| #5 | OfficeMax | $14,480,000,000 |
| #6 | CDW Corporation | $13,980,000,000 |
| #7 | 4sure.com, Inc. | $11,000,000,000 |
| #8 | Xerox | $10,770,000,000 |
| #9 | Avery Dennison | $6,086,000,000 |
| #10 | Lexmark | $3,710,000,000 |
| #11 | Viking Office Products | $2,938,896,000 |
| #12 | Herman Miller | $2,100,000,000 |
| #13 | FedEx Office | $2,000,000,000 |
| #14 | WB Mason | $1,620,000,000 |
| #15 | Quill Corporation | $1,000,000,000 |

| Department Store Industry | | |
|---|---|---|
| **Rank** | **Company** | **Revenue** |
| #1 | TJX Companies Inc. | $33,180,000,000 |
| #2 | Macy's Inc. | $27,079,000,000 |
| #3 | SEARS Holdings Co. | $22,140,000,000 |
| #4 | KOHLS Corporation | $19,000,000,000 |
| #5 | Nordstrom | $14,440,000,000 |
| #6 | J C Penney | $12,550,000,000 |
| #7 | Dillard's | $6,754,000,000 |
| #8 | Neiman Marcus | $4,771,000,000 |
| #9 | Belk | $4,000,000,000 |
| #10 | Saks, Inc. | $3,147,000,000 |
| #11 | Bon-Ton | $2,834,000,000 |
| #12 | Lord and Taylor Acquisitions, Inc. | $1,230,400,000 |
| #13 | Boscov's Inc. | $1,100,000,000 |
| #14 | Bloomingdales | $1,072,000,000 |
| #15 | Barney's New York | $1,000,000,000 |
| #16 | Von Maur | $634,000,000 |

| Entertainment Industry | | |
|---|---|---|
| **Rank** | **Company** | **Revenue** |
| #1 | Live Nation / Live TV | $8,350,000,000 |
| #2 | AMC | $3,235,826,000 |
| #3 | Regal Entertainment Group | $3,197,100,000 |
| #4 | Cinemark USA, Inc. | $2,918,765,000 |
| #5 | American Multi-Cinema, Inc. | $926,100,000 |
| #6 | Marcus Theatres | $543,860,000 |

| Home Improvement Industry | | |
|---|---|---|
| **Rank** | **Company** | **Revenue** |
| #1 | Home Depot | $88,520,000,000 |
| #2 | Lowe's Companies Inc. | $65,020,000,000 |
| #3 | Sherwin-Williams | $10,180,000,000 |
| #4 | Menards | $8,700,000,000 |
| #5 | Tractor Supply Company | $6,780,000,000 |
| #6 | Ace Hardware | $5,125,000,000 |
| #7 | Do It Best Corp. | $2,810,000,000 |
| #8 | 84 Lumber | $2,500,000,000 |
| #9 | Harbor Freight Tools | $2,355,000,000 |
| #10 | True Value | $2,073,000,000 |
| #11 | Empire Today | $613,000,000 |

| | Pharmacy Industry | |
|---|---|---|
| Rank | Company | Revenue |
| #1 | CVS | $153,300,000,000 |
| #2 | Walgreens Boots Alliance | $117,400,000,000 |
| #3 | Express Scripts | $100,752,000,000 |
| #4 | Rite Aid Corp. | $30,740,000,000 |
| #5 | OptumRX | $12,800,000,000 |
| #6 | Health Mart Systems | $9,950,000,000 |
| #7 | Good Neighbor Pharmacy | $9,207,000,000 |
| #8 | Humana Pharmacy Solutions | $5,100,000,000 |
| #9 | Prime Therapeutics | $5,000,000,000 |
| #10 | Diplomat Pharmacy | $4,600,000,000 |
| #11 | Cigna Corp. | $3,000,000,000 |
| #12 | PharMerica | $2,100,000,000 |

| | Specialty Retail Industry | |
|---|---|---|
| Rank | Company | Revenue |
| #1 | Amazon.com Inc. | $135,990,000,000 |
| #2 | Toys "R" Us Inc. | $12,400,000,000 |
| #3 | Luxottica Retail | $10,050,000,000 |
| #4 | Autozone | $8,859,000,000 |
| #5 | O'Reilly Auto Parts | $8,593,000,000 |
| #6 | Petsmart Inc. | $6,916,000,000 |
| #7 | Signet Jewelers | $5,494,000,000 |
| #8 | Michael's Stores | $5,197,000,000 |
| #9 | Williams-Sonoma | $4,850,000,000 |
| #10 | Academy, Ltd. (dba Academy Sports and Outdoors) | $4,700,000,000 |
| #11 | Ulta Salon, Cosmetics and Fragrance | $4,614,000,000 |
| #12 | Petco | $4,100,000,000 |
| #13 | Advance Auto Parts | $4,080,000,000 |
| #14 | Barnes and Noble Inc. | $4,028,000,000 |
| #15 | Mary Kay Inc. | $3,500,000,000 |
| #16 | Newegg, Inc. | $2,650,000,000 |
| #17 | Dick's Sporting Goods | $2,500,000,000 |
| #18 | Recreational Equipment Inc. (REI) | $2,380,000,000 |
| #19 | Oakley, Inc. | $1,278,000,000 |
| #20 | Callaway Golf Company | $871,000,000 |

| Name | Industry | Revenue | Parent Company | Subsidiaries |
|------|----------|---------|----------------|--------------|
| Cole Vision Services | Specialty Retail | Small? | | |
| McMaster - Carr | Industrial Distribution | N/A | | |
| RadioShack Corporation | Specialty Retail | Bankrupt in 2017 | | |
| Riser Foods Company | Grocery Stores | Acquired by Giant Eagle | | |
| Wal-Mart Stores Inc. | Discount Stores | $485,900,000,000 | | |
| Apple | Consumer Electronics | $229,200,000,000 | | |
| Amazon | Consumer Electronics | $177,900,000,000 | | |
| EVA Airways | Airline | $157,000,000,000 | | |
| CVS | Healthcare | $153,300,000,000 | | |
| Amazon.com Inc. | Specialty Retail | $135,990,000,000 | | |
| Costco | Discount Stores | $129,000,000,000 | | |
| Walgreens Boots Alliance | Healthcare | $117,400,000,000 | | |
| Kroger Co. | Grocery Stores | $115,300,000,000 | | |
| Express Scripts | Healthcare | $100,752,000,000 | | |
| Microsoft | Consumer Electronics | $89,950,000,000 | | |
| Home Depot | Home Improvement Chains | $88,520,000,000 | | |
| State Farm | Auto Insurance | $87,600,000,000 | | |
| Target Corporation | Discount Stores | $69,500,000,000 | | |
| Sony | Consumer Electronics | $68,350,000,000 | | |
| Lowe's Companies Inc. | Home Improvement Chains | $65,020,000,000 | | |
| Dell | Consumer Electronics | $61,600,000,000 | | |
| Dior | Apparel/Fashion | $48,369,330,000 | | |
| Helwett Packard | Information Technology | $48,200,000,000 | | |
| HP Inc. | Consumer Electronics | $48,200,000,000 | | |
| Best Buy Co. Inc. | Consumer Electronics | $44,090,000,000 | | |
| Lenovo | Consumer Electronics | $43,030,000,000 | | |
| Nationwide Mutual Insurance Company | Auto Insurance | $43,000,000,000 | | |
| American Airlines Group | Airline | $40,990,000,000 | | |
| Delta Airlines | Airline | $39,640,000,000 | | |
| Liberty Mutual | Auto Insurance | $38,300,000,000 | | |
| Safeway, Inc. | Grocery Stores | $37,630,000,000 | | |
| IKEA | Furnishings | $37,600,000,000 | | |
| Allstate | Auto Insurance | $36,530,000,000 | | |
| United Continental Holdings | Airline | $35,500,000,000 | | |
| Publix Supermarkets, Inc. | Grocery Stores | $34,000,000,000 | | |
| TJX Companies Inc. | Department Stores | $33,180,000,000 | | |
| Albertsons LLC | Grocery Stores | $32,291,700,000 | | |
| Canon | Business Supplies/Equipment | $31,255,190,000 | | |
| Rite Aid Corp. | Grocery Stores | $30,740,000,000 | | |
| Rite Aid Corp. | Healthcare | $30,740,000,000 | | |
| NIKE Inc. | Apparel/Fashion | $30,600,000,000 | | |
| C&S Wholesale Grocers | Wholesale Grocery Distributor | $30,000,000,000 | | |
| Air France KLM | Airline | $28,900,000,000 | | |
| Travelers | Auto Insurance | $27,620,000,000 | | |
| Macy's Inc. | Department Stores | $27,079,000,000 | | |
| 7-Eleven | Convenience Store | $27,030,000,000 | | |
| Geico | Auto Insurance | $26,300,000,000 | | |
| Inditex | Apparel/Fashion | $25,592,886,000 | | |
| International Airlines Group | Airline | $25,300,000,000 | | |
| K Mart | Discount Stores | $25,150,000,000 | | |
| Chevron Corp. | Convenience Store | $24,668,176,000 | | |

| | | | |
|---|---|---|---|
| McDonald's | Restaurant | $24,662,000,000 | |
| USAA | Auto Insurance | $24,360,000,000 | |
| Andeavor (Formerly Tesoro Refining and Marketing Company LLC) | Oil and Gas | $24,320,000,000 | |
| Ahold USA, Inc. | Grocery Stores | $23,773,000,000 | |
| Addidas | Apparel/Fashion | $23,621,376,600 | |
| Aldi | Grocery Stores | $23,491,000,000 | |
| Progressive Casualty Insurance Company | Auto Insurance | $23,440,000,000 | |
| Staples Business Advantage | Business Supplies/Equipment | $23,100,000,000 | |
| H.E. Butt Grocery Co. | Grocery Stores | $23,000,000,000 | |
| Cheil Industries | Apparel/Fashion | $22,900,000,000 | |
| Duke Energy Corporation | Energy | $22,740,000,000 | |
| Starbucks Corporation | Restaurant | $22,390,000,000 | |
| H & M | Apparel/Fashion | $22,363,152,000 | |
| SEARS Holdings Co. | Department Stores | $22,140,000,000 | |
| Staples | Business Supplies/Equipment | $21,060,000,000 | |
| Enterprise Holdings | Rental & Leasing Services | $20,900,000,000 | |
| Dollar Tree | Discount Stores | $20,720,000,000 | |
| Southwest Airlines Co | Airline | $20,400,000,000 | |
| Dollar General | Discount Stores | $20,370,000,000 | |
| Southwest Airlines | Airline | $20,200,000,000 | |
| Cox Communications, Enterprises and Media Group | Conglomerate | $20,100,000,000 | |
| Speedway LLC | Convenience Store | $19,690,000,000 | |
| KOHLS Corporation | Department Stores | $19,000,000,000 | |
| Societe Air France | Airline | $18,871,548,300 | Air France KLM |
| Walt Disney Company (Parks and Resorts) | Hospitality, Travel and Tourism | $18,420,000,000 | |
| Thermo Fisher Scientific Inc. | Laboratory Equipment | $18,270,000,000 | |
| Sunoco LP | Convenience Store | $18,012,020,000 | |
| China Southern Airlines | Airline | $17,700,000,000 | |
| Verizon Wireless | Consumer Electronics | $17,515,000,000 | |
| Air Canada | Airline | $17,166,816,000 | |
| Marriot International | Hospitality, Travel and Tourism | $17,070,000,000 | |
| Delhaize America | Grocery Stores | $17,069,000,000 | |
| Marathon Petroleum Corporation | Convenience Store | $16,940,000,000 | |
| Meijer, Inc. | Grocery Stores | $16,600,000,000 | |
| Carnival Corporation | Hospitality, Travel and Tourism | $16,390,000,000 | |
| Wakefern Food Corporation | Grocery Stores | $16,300,000,000 | |
| AEP Energy | Energy | $16,230,000,000 | |
| NextEra Energy (Owns Gexa Energy) | Energy | $16,200,000,000 | |
| Whole Foods Market, Inc. | Grocery Stores | $15,724,000,000 | |
| GAP Inc. | Apparel/Fashion | $15,500,000,000 | |
| Kering Company | Apparel/Fashion | $15,159,805,200 | |
| China Eastern Airlines | Airline | $14,900,000,000 | |
| Las Vegas Sands | Hospitality, Travel and Tourism | $14,500,000,000 | |
| Office Depot Inc. | Business Supplies/Equipment | $14,480,000,000 | |
| OfficeMax | Business Supplies/Equipment | $14,480,000,000 | |
| Nordstrom | Department Stores | $14,440,000,000 | |
| CDW Corporation | Business Supplies/Equipment | $13,980,000,000 | |
| Subway | Restaurant | $13,945,000,000 | |
| Constellation Energy Group | Energy | $13,760,000,000 | |
| BP North America | Convenience Store | $13,575,120,000 | |
| AT&T | Consumer Electronics | $13,435,000,000 | |
| Korean Air | Airline | $13,240,000,000 | |

| | | | |
|---|---|---|---|
| NRG EV Services LLC (dba eVgo) | Energy | $13,120,000,000 | |
| Loews Hotels | Hospitality, Travel and Tourism | $13,105,000,000 | |
| conEdison | Energy | $13,000,000,000 | |
| Trader Joe's | Grocery Stores | $13,000,000,000 | |
| Ross Stores | Discount Stores | $12,870,000,000 | |
| CST Brands, Inc. | Convenience Store | $12,800,000,000 | |
| OptumRX | Healthcare | $12,800,000,000 | |
| L Brands, Inc. | Apparel/Fashion | $12,574,000,000 | |
| J C Penney | Department Stores | $12,550,000,000 | |
| Farmers Insurance Group | Auto Insurance | $12,510,000,000 | |
| SuperValu Inc. | Grocery Stores | $12,480,000,000 | |
| Toys "R" Us Inc. | Specialty Retail | $12,400,000,000 | |
| VF Corporation | Apparel/Fashion | $12,300,000,000 | |
| Shell Oil/Motiva Enterprises LLC | Convenience Store | $12,221,872,000 | |
| Bed Bath and Beyond | Discount Stores | $12,200,000,000 | Cost Plus Inc. |
| Hilton Worldwide | Hospitality, Travel and Tourism | $11,660,000,000 | |
| Singapore Airlines | Airline | $11,469,713,000 | |
| Direct Energy | Energy | $11,400,000,000 | |
| 4sure.com, Inc. | Business Supplies/Equipment | $11,000,000,000 | |
| BJ's Wholesale Club Inc | Discount Stores | $10,880,000,000 | |
| Xerox | Business Supplies/Equipment | $10,770,000,000 | |
| Priceline | Hospitality, Travel and Tourism | $10,740,000,000 | |
| Southeastern Grocers | Grocery Stores | $10,500,000,000 | BI-LO LLC |
| Sherwin-Williams | Home Improvement Chains | $10,180,000,000 | |
| W.W. Grainger, Inc. (parent of Zoro Tools, Inc.) | Industrial Distribution | $10,140,000,000 | Zoro Tools, Inc. |
| Luxottica Retail | Specialty Retail | $10,050,000,000 | |
| Winn-Dixie Stores, Inc. | Grocery Stores | $10,000,000,000 | |
| Health Mart Systems | Healthcare | $9,950,000,000 | |
| MGM Resorts International | Hospitality, Travel and Tourism | $9,810,000,000 | |
| Hy-Vee, Inc. | Grocery Stores | $9,600,000,000 | |
| Sonepar North America | Industrial Distribution | $9,600,000,000 | |
| The Hertz Corporation | Rental & Leasing Services | $9,480,000,000 | |
| Republic Services, Inc. | Waste Management | $9,400,000,000 | |
| Taco Bell | Restaurant | $9,400,000,000 | |
| QuikTrip Corp. | Convenience Store | $9,367,800,000 | |
| Burger King Corporation | Restaurant | $9,300,000,000 | |
| Giant Eagle | Grocery Stores | $9,300,000,000 | |
| Good Neighbor Pharmacy | Healthcare | $9,207,000,000 | |
| Wawa Inc. | Convenience Store | $9,141,080,000 | |
| GameStop | Consumer Electronics | $9,000,000,000 | |
| Exxon Mobile Corp. | Convenience Store | $8,911,708,000 | |
| Autozone | Specialty Retail | $8,859,000,000 | |
| Alticor Inc. | Conglomerate | $8,800,000,000 | |
| Amway Corp. | Discount Stores | $8,800,000,000 | |
| Expedia | Hospitality, Travel and Tourism | $8,774,000,000 | |
| American Family Insurance | Auto Insurance | $8,725,510,000 | |
| Menards | Home Improvement Chains | $8,700,000,000 | |
| Avis Budget Group | Rental & Leasing Services | $8,659,000,000 | |
| O'Reilly Auto Parts | Specialty Retail | $8,593,000,000 | |
| Otto Group | e-Commerce | $8,571,780,000 | Euromarket Designs, Inc. (dba Crate and Barrell) |
| Live Nation / Live TV | Entertainment | $8,350,000,000 | |
| Royal Caribbean Cruises | Hospitality, Travel and Tourism | $8,300,000,000 | |

| | | | |
|---|---|---|---|
| Dunkin' Donuts | Restaurant | $8,200,000,000 | |
| Swatch Group | Apparel/Fashion | $8,036,467,530 | |
| Foot Locker Inc. | Apparel/Fashion | $7,766,000,000 | |
| Casey's General Stores | Convenience Store | $7,467,720,000 | |
| Ralph Lauren | Apparel/Fashion | $7,400,000,000 | |
| HD Supply | Industrial Distribution | $7,390,000,000 | |
| Wesco, Inc. | Industrial Distribution | $7,336,000,000 | |
| Wegmans | Grocery Stores | $7,000,000,000 | |
| Ascena Retail Group | Apparel/Fashion | $6,995,700,000 | |
| Dress Barn | Apparel/Fashion | $6,995,000,000 | |
| Petsmart Inc. | Specialty Retail | $6,916,000,000 | |
| DineEquity | Restaurant | $6,879,000,000 | |
| Tractor Supply Company | Home Improvement Chains | $6,780,000,000 | |
| Dillard's | Department Stores | $6,754,000,000 | |
| Sheetz Inc. | Convenience Store | $6,741,020,000 | |
| Winco Foods | Grocery Stores | $6,676,000,000 | |
| JetBlue Airways Corporation | Airline | $6,600,000,000 | |
| Calpine Corporation (Owns Champion Energy Services) | Energy | $6,472,000,000 | |
| Chick Fil A | Restaurant | $6,437,000,000 | |
| Yum! Brands, Inc. | Restaurant | $6,370,000,000 | |
| Cumberland Farms Inc. | Convenience Store | $6,201,000,000 | |
| Avery Dennison | Business Supplies/Equipment | $6,086,000,000 | |
| Auto-Owners Insurance | Auto Insurance | $6,000,000,000 | |
| Best Western Hotels | Hospitality, Travel and Tourism | $6,000,000,000 | |
| Alaska Airlines, Inc. | Airline | $5,931,000,000 | Horizon Air Industries |
| Pizza Hut | Restaurant | $5,800,000,000 | |
| Starwood Hotels and Resorts | Hospitality, Travel and Tourism | $5,760,000,000 | |
| Wyndham Worldwide | Hospitality, Travel and Tourism | $5,599,000,000 | |
| RaceTrac Petroleum Inc | Convenience Store | $5,548,280,000 | |
| Signet Jewelers | Specialty Retail | $5,494,000,000 | |
| The Kroger Co. | Convenience Store | $5,444,660,000 | |
| Host Hotels and Resort | Hospitality, Travel and Tourism | $5,430,000,000 | |
| Domino's | Restaurant | $5,335,000,000 | |
| Airgas | Industrial Distribution | $5,300,000,000 | |
| BIG LOTS | Discount Stores | $5,200,439,000 | |
| PNS Stores Inc. (dba Big Lots) | Discount Stores | $5,200,439,000 | |
| Energy Future Holdings | Energy | $5,200,000,000 | |
| Michael's Stores | Specialty Retail | $5,197,000,000 | |
| Ace Hardware | Home Improvement Chains | $5,125,000,000 | |
| Humana Pharmacy Solutions | Healthcare | $5,100,000,000 | |
| Jack in the Box | Restaurant | $5,058,000,000 | |
| Prime Therapeutics | Healthcare | $5,000,000,000 | |
| Etihad Airways | Airline | $4,900,000,000 | |
| Fred Meyer | Grocery Stores | $4,897,000,000 | Kroger |
| Norwegian Cruise Line Holdings | Hospitality, Travel and Tourism | $4,870,000,000 | |
| Williams-Sonoma | Specialty Retail | $4,850,000,000 | |
| Neiman Marcus | Department Stores | $4,771,000,000 | |
| Modern Motion Industries | Industrial Distribution | $4,770,000,000 | |
| Harris Teeter Inc. | Grocery Stores | $4,710,000,000 | |
| Academy Sports and Outdoors | Specialty Retail | $4,700,000,000 | |
| Academy, Ltd. (dba Academy Sports and Outdoors) | Specialty Retail | $4,700,000,000 | |
| Ulta Salon, Cosmetics and Fragrance | Specialty Retail | $4,614,000,000 | |

| | | | |
|---|---|---|---|
| Ashley Furniture Industries | Furnishings | $4,600,000,000 | |
| Diplomat Pharmacy | Healthcare | $4,600,000,000 | |
| Sonic | Restaurant | $4,520,000,000 | |
| Newton Buying Company of CA (dba Marshalls) | Discount Stores | $4,510,000,000 | |
| T.J. Maxx | Discount Stores | $4,510,000,000 | |
| Burlington Coat Factory | Apparel/Fashion | $4,500,000,000 | |
| KFC | Restaurant | $4,500,000,000 | |
| MRC Global Corp. | Industrial Distribution | $4,500,000,000 | |
| Travel Centers of America LLC | Convenience Store | $4,463,940,000 | |
| Homegoods, Inc. | Discount Stores | $4,404,000,000 | |
| Applebee's Neighborhood Bar and Grill | Restaurant | $4,400,000,000 | |
| Hyatt | Hospitality, Travel and Tourism | $4,400,000,000 | |
| Fastenal | Industrial Distribution | $4,390,500,000 | |
| Alon USA Energy, Inc. | Oil and Gas | $4,340,000,000 | ALON USA LP |
| Military | Convenience Store | $4,138,836,000 | |
| Petco | Specialty Retail | $4,100,000,000 | |
| Advance Auto Parts | Specialty Retail | $4,080,000,000 | |
| Starter Bros. Holdings | Grocery Stores | $4,038,000,000 | |
| Barnes and Noble Inc. | Specialty Retail | $4,028,000,000 | |
| Belk | Department Stores | $4,000,000,000 | |
| Forever 21 Inc. | Apparel/Fashion | $4,000,000,000 | |
| DeMoulas Super Markets, Inc. (dba Market Basket) | Grocery Stores | $4,000,000,000 | |
| Four Seasons Hotels and Resorts | Hospitality, Travel and Tourism | $4,000,000,000 | |
| Kwik Trip Inc. | Convenience Store | $3,900,520,000 | |
| Olive Garden | Restaurant | $3,900,000,000 | |
| Caesars Entertainment Corporation | Hospitality, Travel and Tourism | $3,877,000,000 | |
| Save Mart Supermarkets | Grocery Stores | $3,871,000,000 | |
| Chipotle | Restaurant | $3,800,000,000 | |
| Roundy's Supermarkets, Inc. | Grocery Stores | $3,800,000,000 | |
| Air New Zealand Limited | Airline | $3,794,567,400 | |
| Carl's Junior/Hardees | Restaurant | $3,761,000,000 | |
| Just Energy Group | Energy | $3,760,000,000 | |
| Lexmark | Business Supplies/Equipment | $3,710,000,000 | |
| Arby's | Restaurant | $3,700,000,000 | |
| Buffalo Wild Wings | Restaurant | $3,700,000,000 | |
| Little Caesars Pizza | Restaurant | $3,700,000,000 | |
| Jetstar Airways | Airline | $3,636,000,000 | |
| Dairy Queen | Restaurant | $3,600,000,000 | |
| Sprouts Farmers Market | Grocery Stores | $3,590,000,000 | |
| CITGO Petrolium Corp. | Convenience Store | $3,566,784,000 | |
| American Eagle Outfitters, Inc. | Apparel/Fashion | $3,521,000,000 | |
| Abercrombie and Fitch | Apparel/Fashion | $3,518,000,000 | |
| Holiday Cos Inc. | Convenience Store | $3,512,600,000 | |
| Chili's Bar and Grill | Restaurant | $3,500,000,000 | |
| FirstEnergy Solutions | Energy | $3,500,000,000 | |
| Mary Kay Inc. | Specialty Retail | $3,500,000,000 | |
| U-HAL | Rental & Leasing Services | $3,421,767,000 | Amerco |
| Landry's Restaurant Inc. | Restaurant | $3,420,000,000 | |
| Price Chopper | Grocery Stores | $3,400,000,000 | |
| Wayfair | Furnishings | $3,380,000,000 | |
| Men's Wearhouse Inc. | Discount Stores | $3,378,000,000 | |
| Restaurant Brands International | Restaurant | $3,341,000,000 | |

| | | | |
|---|---|---|---|
| Universal Parks and Resorts | Hospitality, Travel and Tourism | $3,340,000,000 | |
| Holiday Companies (Holiday Stationstores) | Convenience Store | $3,300,000,000 | |
| AMC | Entertainment | $3,235,826,000 | |
| National Railroad Passenger Corp. (dba Amtrak) | Hospitality, Travel and Tourism | $3,200,000,000 | |
| Raley's | Grocery Stores | $3,200,000,000 | |
| Carter's | Apparel/Fashion | $3,199,184,000 | |
| Regal Entertainment Group | Entertainment | $3,197,100,000 | |
| Brinker International Inc. | Restaurant | $3,166,659,000 | |
| Saks, Inc. | Department Stores | $3,147,000,000 | |
| HMSHost Corporation | Hospitality, Travel and Tourism | $3,100,000,000 | |
| IHOP | Restaurant | $3,100,000,000 | |
| Mercury Insurance Group | Auto Insurance | $3,090,000,000 | |
| NRG Energy (Pennywise Power, Reliant Energy Retail Services, Everything Energy LLC) | Energy | $3,050,000,000 | Everything Energy LLC |
| Genesco Inc. | Apparel/Fashion | $3,020,000,000 | |
| Apple Leisure Group | Hospitality, Travel and Tourism | $3,000,000,000 | |
| Cigna Corp. | Healthcare | $3,000,000,000 | |
| NOW Inc. | Industrial Distribution | $3,000,000,000 | |
| Service Corporation International | Death Care | $2,986,000,000 | |
| Sixt Rent-A-Car | Rental & Leasing Services | $2,967,917,610 | |
| Viking Office Products | Business Supplies/Equipment | $2,938,896,000 | Office Depot |
| Cinemark USA, Inc. | Entertainment | $2,918,765,000 | |
| Budget Rent-A-Car | Rental & Leasing Services | $2,900,000,000 | Avis Budget Group |
| Papa John's Pizza | Restaurant | $2,900,000,000 | |
| MSC Industrial Supply Co. | Industrial Distribution | $2,863,000,000 | |
| Bon-Ton | Department Stores | $2,834,000,000 | |
| Do It Best Corp. | Home Improvement Chains | $2,810,000,000 | |
| Pilot Flying J | Convenience Store | $2,731,300,000 | |
| DSW | Apparel/Fashion | $2,700,000,000 | |
| Winsupply | Industrial Distribution | $2,700,000,000 | |
| Newegg, Inc. | Specialty Retail | $2,650,000,000 | |
| Newegg, Inc. | Consumer Electronics | $2,650,000,000 | |
| Manheim, Inc. | Automotive Retail | $2,600,000,000 | |
| Panera Bread | Restaurant | $2,600,000,000 | JAB Holding Company |
| Applied Industrial Technologies | Industrial Distribution | $2,593,746,000 | |
| 84 Lumber | Home Improvement Chains | $2,500,000,000 | |
| Brookshire Grocery Company | Grocery Stores | $2,500,000,000 | |
| Dick's Sporting Goods | Specialty Retail | $2,500,000,000 | |
| Chico's FAS, Inc. | Apparel/Fashion | $2,476,000,000 | |
| J. Crew Group, Inc. | Apparel/Fashion | $2,426,000,000 | |
| Hawaiian Airlines | Airline | $2,410,000,000 | |
| Micro Center | Consumer Electronics | $2,400,000,000 | |
| Thorntons Inc. | Convenience Store | $2,400,000,000 | |
| Recreational Equipment Inc. (REI) | Specialty Retail | $2,380,000,000 | |
| Harbor Freight Tools | Home Improvement Chains | $2,355,000,000 | |
| WGL Holdings | Energy | $2,324,000,000 | |
| Spirit Airlines | Airline | $2,320,000,000 | |
| PCM Inc. | Business Supplies/Equipment | $2,250,000,000 | |
| Kum and Go LLC | Convenience Store | $2,221,440,000 | |
| Express LLC | Apparel/Fashion | $2,192,000,000 | |
| Restoration Hardware | Furnishings | $2,135,000,000 | |
| Herman Miller | Business Supplies/Equipment | $2,100,000,000 | |

| | | | |
|---|---|---|---|
| Mattress Firm | Furnishings | $2,100,000,000 | |
| PharMerica | Healthcare | $2,100,000,000 | |
| RTG Furniture Corp. (Rooms To Go) | Furnishings | $2,100,000,000 | |
| True Value | Home Improvement Chains | $2,073,000,000 | |
| Western Refining Inc. | Convenience Store | $2,029,820,000 | |
| FedEx Office | Business Supplies/Equipment | $2,000,000,000 | |
| Fry's Electronics | Consumer Electronics | $2,000,000,000 | |
| Zappos | Apparel/Fashion | $2,000,000,000 | Amazon |
| Panda Express | Restaurant | $2,000,000,000 | |
| Uline | Industrial Distribution | $2,000,000,000 | |
| H H Gregg | Consumer Electronics | $1,960,000,000 | |
| Pier 1 Imports | Furnishings | $1,828,000,000 | |
| ALDO Group Inc. | Apparel/Fashion | $1,800,000,000 | |
| Darden Restaurants Inc. | Restaurant | $1,790,000,000 | |
| Children's Place Retail Stores, Inc. | Apparel/Fashion | $1,725,000,000 | |
| InterContinental Hotels Group | Hospitality, Travel and Tourism | $1,715,000,000 | |
| Wurth – Americas | Industrial Distribution | $1,700,000,000 | |
| COPEC Inc. | Convenience Store | $1,670,500,000 | |
| WB Mason | Business Supplies/Equipment | $1,620,000,000 | |
| Tesoro Petrolium Corps. | Convenience Store | $1,604,200,000 | |
| Interline Brands | Industrial Distribution | $1,600,000,000 | |
| Qantas | Airline | $1,600,000,000 | |
| Giant Eagle | Convenience Store | $1,571,960,000 | |
| Victoria Secret Stores | Apparel/Fashion | $1,540,000,000 | |
| Maurices Incorporated | Apparel/Fashion | $1,539,054,000 | Ascena Retail Group |
| La-Z-Boy Furniture Galleries | Furnishings | $1,520,000,000 | |
| Euromarket Designs, Inc. (dba Crate and Barrell) | Furnishings | $1,515,000,000 | Otto Group |
| P.C. Richard and Son | Consumer Electronics | $1,500,000,000 | |
| Beall's, Inc. | Apparel/Fashion | $1,442,000,000 | |
| Wendy's Company | Restaurant | $1,440,000,000 | |
| Coburn's Inc. | Grocery Stores | $1,400,000,000 | |
| United Supermarkets, LLC | Grocery Stores | $1,400,000,000 | |
| Woseley Industrial Group | Industrial Distribution | $1,400,000,000 | |
| Ambit Energy | Energy | $1,370,000,000 | |
| Stein Mart Inc. | Discount Stores | $1,360,000,000 | |
| Raymour & Flanigan | Furnishings | $1,305,000,000 | |
| Select Comfort | Furnishings | $1,300,000,000 | |
| CKE Restaurants | Restaurant | $1,280,000,000 | |
| Oakley, Inc. | Specialty Retail | $1,278,000,000 | Luxottica |
| Gymboree Corporation | Apparel/Fashion | $1,247,000,000 | |
| Lord and Taylor Acquisitions, Inc. | Department Stores | $1,230,400,000 | Hudson's Bay Company |
| Buckle, Inc. | Apparel/Fashion | $1,150,000,000 | |
| Lane Bryant | Apparel/Fashion | $1,130,300,000 | Ascena Retail Group |
| Bob's Furniture Discounts | Furnishings | $1,100,000,000 | |
| Boscov's Inc. | Department Stores | $1,100,000,000 | |
| IGS Energy | Energy | $1,100,000,000 | |
| Kaman Industrial Technologies | Industrial Distribution | $1,100,000,000 | |
| Bloomingdales | Department Stores | $1,072,000,000 | |
| Auto Trader Group | Internet Based Services | $1,025,000,000 | |
| La Quinta Inns | Hospitality, Travel and Tourism | $1,010,000,000 | |
| Barney's New York | Department Stores | $1,000,000,000 | |
| F.W. Webb | Industrial Distribution | $1,000,000,000 | |

| | | | |
|---|---|---|---|
| National Convenience Stores Inc. | Convenience Store | $1,000,000,000 | |
| Quill Corporation | Business Supplies/Equipment | $1,000,000,000 | Staples Inc. |
| Orbitz | Hospitality, Travel and Tourism | $932,000,000 | |
| New York and Company | Apparel/Fashion | $929,000,000 | |
| American Multi-Cinema, Inc. | Entertainment | $926,100,000 | |
| Choice Hotels International | Hospitality, Travel and Tourism | $924,600,000 | |
| Greyhound Lines Inc. | Hospitality, Travel and Tourism | $894,000,000 | |
| Callaway Golf Company | Specialty Retail | $871,000,000 | |
| Diamond Foods, LLC | Consumer Packaged Goods | $864,200,000 | Snyder's-Lance, Inc. |
| Dunkin' Donuts | | $828,900,000 | |
| Havertys | Furnishings | $812,600,000 | |
| E-Z Mart Stores Inc. | Convenience Store | $786,000,000 | |
| Bath and Body Works | Specialty Retail | $770,000,000 | |
| Sunglass Hut Trading | Specialty Retail | $762,900,000 | Luxottica |
| Ethan Allen | Furnishings | $736,400,000 | |
| Global Industrial | Industrial Distribution | $715,600,000 | Systemax |
| Art Van | Furnishings | $700,000,000 | |
| Badcock Home Furniture & More | Furnishings | $692,260,000 | |
| Safe Auto Insurance Company | Auto Insurance | $678,000,000 | |
| American Furniture Warehouse | Furnishings | $652,000,000 | |
| Von Maur | Department Stores | $634,000,000 | |
| Empire Today | Home Improvement Chains | $613,000,000 | |
| Tween Brands, Inc. | Apparel/Fashion | $602,000,000 | |
| Red Wing Brands of America, Inc. | Specialty Retail | $599,271,000 | |
| Marcus Theatres | Entertainment | $543,860,000 | |
| American Signature, Inc. | Home & Office Products | $535,000,000 | |
| Drury Inn / Drury Hotels | Hospitality, Travel and Tourism | $514,000,000 | |
| Infinite Energy | Energy | $500,000,000 | |
| Oriental Trading | Gift, Novelty & Souvenir Stores | $500,000,000 | Berkshire Hathaway |
| Blue Nile LLC | Jewelry & Watch Stores | $480,000,000 | |
| Red Roof Inns | Hospitality, Travel and Tourism | $475,000,000 | |
| Martin's Super Markets | Grocery Stores | $457,000,000 | |
| Bassett Furniture | Furnishings | $452,530,000 | |
| Murphy USA | Convenience Store | $432,120,000 | |
| Wet Seal | Apparel/Fashion | $427,800,000 | |
| Trans World Entertainment Corp | Specialty Retail | $353,500,000 | |
| Mathis Brothers | Furnishings | $352,000,000 | |
| Soma Intimates | Apparel/Fashion | $345,000,000 | Chico's FAS |
| Advantage Rent-A-Car | Rental & Leasing Services | $325,000,000 | |
| Buc-ee's Ltd | Convenience Store | $275,000,000 | |
| Slumberland | Furnishings | $263,000,000 | |
| General Nutrition Center | Specialty Retail | $254,000,000 | |
| Ricker Oil Company, Inc. | Convenience Store | $251,505,215 | |
| RoomStore | Furnishings | $250,000,000 | |
| Fox Rent-A-Car | Rental & Leasing Services | $240,000,000 | |
| Everi Holdings (formerly Global Cash Access Inc.) | Financial Services and Manufacturi | $213,253,000 | |
| Sierra Trading Post | Discount Stores | $200,000,000 | TJX Companies |
| Zipcar, Inc. | Rental & Leasing Services | $186,101,000 | Avis Budget Group |
| Group 1 Automotive | Automotive Retail | $167,300,000 | |
| Cracker Barrel | Restaurant | $157,000,000 | |
| Mark Travel Corporation | Hospitality, Travel and Tourism | $146,000,000 | |
| U-Save Auto Rental System | Rental & Leasing Services | $123,000,000 | |

| | | | |
|---|---|---|---|
| ACE Rent A Car | Rental & Leasing Services | $100,000,000 | |
| Payless Car Rental | Rental & Leasing Services | $80,000,000 | Avis Budget Group |
| David's Bridal | Apparel/Fashion | $56,804,000 | |
| Blain's Farm and Fleet | Specialty Retail | $30,000,000 | |
| Swarovski US. Holding Limited | Specialty Retail | $25,765,000 | |
| North American Power | Energy | $24,000,000 | |
| Mills Auto Enterprises, Inc. | Automotive Retail | $23,452,149 | |
| CPL Retail Energy | Energy | $21,200,000 | |
| Concord Buying Group | Apparel/Fashion | $20,000,000 | |
| Cost Plus Inc. | Furnishings | $17,700,000 | Bed Bath and Beyond |
| Henri Bendel | Apparel/Fashion | $16,000,000 | L Brands |
| Neptune Society, Inc. | Death Care | $15,068,673 | |
| Schoolkidz.com | Specialty Retail | $11,900,000 | |
| ITC Service, Inc. | Information Technology | $10,000,000 | |
| HST Lessee SLT | Hospitality, Travel and Tourism | $836,661 | |
| Outlet Division Store Co. | Specialty Retail | $435,761 | |
| Jack Griffith's Gas-Up, LLC | Convenience Store | $434,448 | |
| Bestway Limousine | Hospitality, Travel and Tourism | | |
| Big Diamond LLC (Subsidary of CST Brands, Inc.) | Beer, Wine, and Liquor Stores | | CST Brands, Inc. |
| Brainerd Lively Auto | | | |
| CheapCaribbean.com, Inc. | Hospitality, Travel and Tourism | | Apple Leasure Group |
| Closeout Distribution | Discount Stores | | |
| CST Diamond Holdings | Specialty Retail | | CST Brands |
| Dagostino's | Grocery Stores | | |
| Emerald Foods Inc. | Restaurant | | Wendy's Franchisee |
| Everything Energy LLC | Energy | | NRG Energy |
| Figi's Inc. | Specialty Retail | | |
| G6 Hospitality | Hospitality, Travel and Tourism | | |
| GHC Specialty Brands | Commercial and Industrial Machinery and Equipment | | |
| Harbor Linen | Textile Products | | |
| Harmon Stores | Discount Stores | | Bed Bath and Beyond |
| Imperial Supplies LLC | Hardware Distribution | | |
| Jetro Holdings Inc. | Consumer Packaged Goods | | |
| K Partners Hospitality Group | Hospitality, Travel and Tourism | | |
| Lenscrafters International | Specialty Retail | | Luxottica |
| Linens Holding Co | Furnishings | | Bed Bath and Beyond |
| Little Pub Holdings | Restaurant | | |
| Meadowbrook LLC | Specialty Retail | | |
| MLT Inc. | Hospitality, Travel and Tourism | | |
| Motel 6 | Hospitality, Travel and Tourism | | G6 Hospitality |
| Reliant Energy Retail Services | Energy | | NRG Energy |
| Rice Palace, Inc. | Restaurant | | |
| Rite Aid Corp. | | | |
| Shaw's Gulf, LLC | Convenience Store | | |
| Shop Rite, Inc. | Grocery Stores | | Wakefern Food Corporation |
| Tavern Hospitality Group Holdings | Restaurant | | |
| TXU Energy Retail Company, LLC | Energy | | Energy Future Holdings |
| US Retailers LLC (dba Pennywise Power) | Energy | | NRG Energy |
| Catherines Inc. | Apparel/Fashion | | Ascena Retail Group |
| Charming Shoppes Outlet Stores | Apparel/Fashion | | Ascena Retail Group |
| J.M. Hollister, LLC | Apparel/Fashion | | Abercrombie and Fitch |
| Willmar Motors, LLC | Automotive Retail | | |

Kel, Inc. Apparel/Fashion

Message

**From**: █████████████████████████
**Sent**: 2/21/2018 9:54:38 AM
**To**: Tom Goldstein ████████████████████
**Subject**: General Counsel Contacts
**Attachments**: General Counsel Contacts - AMEX.xlsx

Spreadsheet attached.

█████

GOT00289712



| General Counsel Contacts | | | | |
| Company | Name | Address | Phone | Email |



| General Counsel Contacts | | | | |
|---|---|---|---|---|
| Company | Name | Address | Phone | Email |

*General Counsel Contacts*

| Company | Name | Address | Phone | Email |
|---------|------|---------|-------|-------|



| *General Counsel Contacts* | | | | |
| Company | Name | Address | Phone | Email |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |