# EXHIBIT C

**To:** ███████████████████ Tom Goldstein ███████████████████
**From:** ███████████████████
**Sent:** Tue 4/24/2018 6:00:52 PM (UTC-07:00)
**Subject:** General Counsel & Backgrounders doc
General Counsel Contacts - 3b-10b Revenue - MAP.xlsx
Backgrounders.docx

Hey ████
Here is the finished background check.
>
>



| General Counsel Contacts | *Check ▮ email | | | |
|---|---|---|---|---|
| Company | Name | Address | Phone | Email |

**Southwest (Arizona, Nevada, California)**

**Texas**

**Southeast (Florida, Georgia, North Carolina)**

**Northeast (New Jersey, New York, Pennsylvania)**

**Ontario**

**Midwest (MN, IL, WI, OH)**





**Local (MD and VA)**

**Mid-Southwest (TN and KY)**

**Northwest (WA)**

**Scattered Locations**











**General Counsel:**

GOT00083061.0002



**General Counsel:**

GOT00083061.0002



GOT00083061.0002



GOT00083061.0002



**General Counsel:**

GOT00083061.0002



GOT00083061.0002



GOT00083061.0002



**General Counsel:**

GOT00083061.0002



GOT00083061.0002



**General Counsel:**

GOT00083061.0002



GOT00083061.0002



**General Counsel:**

GOT00083061.0002



GOT00083061.0002



**General Counsel:**



GOT00083061.0002



**General Counsel:**

GOT00083061.0002



GOT00083061.0002



GOT00083061.0002



**General Counsel:** ███████

GOT00083061.0002



GOT00083061.0002



**General Counsel:**

GOT00083061.0002



**General Counsel:**





GOT00083061.0002



**General Counsel:**

GOT00083061.0002



GOT00083061.0002



GOT00083061.0002



**General Counsel:**



GOT00083061.0002



**General Counsel:**

GOT00083061.0002



**General Counsel:**

GOT00083061.0002



GOT00083061.0002



**General Counsel:**

GOT00083061.0002



**General Counsel:**



GOT00083061.0002

**General Counsel:** 

**General Counsel:**

GOT00083061.0002



GOT00083061.0002



**General Counsel:**

GOT00083061.0002



GOT00083061.0002



**General Counsel:**

GOT00083061.0002



**General Counsel:** ████████████

Unable to find any information online.



GOT00083061.0002



**General Counsel:**

GOT00083061.0002



GOT00083061.0002



**SVP of U.S. Operations:**

*\*Was unable to find any executive who was general counsel.*





**General Counsel:**



GOT00083061.0002



**General Counsel:**



GOT00083061.0002



**General Counsel:**



GOT00083061.0002



**General Counsel:**

GOT00083061.0002

**General Counsel:** 



**General Counsel:**

GOT00083061.0002



**General Counsel:**

**General Counsel:**



GOT00083061.0002



**General Counsel:**



**General Counsel:**



GOT00083061.0002



GOT00083061.0002



GOT00083061.0002



GOT00083061.0002





GOT00083061.0002



GOT00083061.0002





GOT00083061.0002





GOT00083061.0002



GOT00083061.0002



GOT00083061.0002



GOT00083061.0002