# EXHIBIT D

**To:**
**From:**
**Sent:** Fri 6/22/2018 11:46:51 AM (UTC-07:00)
**Subject:** Re: Getting started with ▮!

Hello ▮

Thank you for sending that info. Is there a trial price? I've used some platforms before that just didn't work so it's hard to justify a $5000 annual bill for a product that I haven't tried.

Thanks,
▮

Sent from my iPhone

On Jun 22, 2018, at 11:21, ▮ wrote:

> Hi ▮
>
> Thanks so much for getting back to me! Yes, our platform integrates with Twitter.
>
> I wanted to send along our demo videos so you can see how helpful our platform will be for what you're working on. I've also attached a capabilities deck to this email.
>
> You can view and sign up for our basic subscription here after creating a free account or logging in to your existing account. For easier reference, our pricing is as follows:
>
> - **Basic subscription**: $5,000 paid annually which includes unlimited access to searching in the database, alerts, media lists, coverage reports, coverage comparisons, and 200 pitch emails per month. You also have access to email exports with contact info and media list imports.
>
> If you have any questions after taking a look feel free to connect with me or, check out our FAQs, which will help you understand our journalist database, media monitoring and reporting capabilities more.
>
> Thanks!
> ▮
>
> ▮
>
> [pdf attachment]

On Fri, Jun 22, 2018 at 1:16 PM, ▮ wrote:

> Hello ▮
> Please see answers below, and let me know if you have any other questions.
>
> I mainly use ▮ (using LinkedIn profiles) for email addresses. It works 90% of the time. Looking to track down the other contacts on our list - mainly using Twitter handles. Does ▮ do that? Just want to make sure I'm in the right place.
>
> Thank you,
> ▮

Hi ▇

Thanks for requesting a ▇ demo! I'd love to connect you with the accurate information but it would be great to know what you're looking for out of a tool like ▇ ! If you have a moment, please let us know the following:

- How did you hear about us?

Quick Google search

- What is the name of the company for which you are inquiring?

Goldstein & Russell

- What does your company do?

Law Firm

- What sort of journalists are you hoping to connect with (Local, National, International)?

Journalists / Bloggers / Reporters currently covering the ▇ case

- Are you working on any projects we should know about?
- Are there any particular publications you're looking for?

Looking to obtain contact information for certain bloggers via Twitter handles. Is this possible with ▇ ▇ ?

- What PR/social media tools are you currently using?

A variety

- How many people are on your PR/social team?

I'm coming from the research department.

Looking forward to hearing from you.

Thanks,
▇

--
▇
Inside Sales Coordinator, ▇
▇

--
▇

Inside Sales Coordinator, ███

TEA00000004

| Comprehensive List | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Media Source | Author | Contact info | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |

Attorney Work Product / Attorney Client Privilege

| Comprehensive List | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Media Source | Author | Contact info | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |

| Comprehensive List | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Media Source | Author | Contact info | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |

| Comprehensive List | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Media Source | Author | Contact info | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |

| Comprehensive List | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Media Source | Author | Contact info | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |

| Comprehensive List | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Media Source | Author | Contact info | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |

| Comprehensive List | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Media Source | Author | Contact info | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |
| | | | | | | | | | | |

| Comprehensive List | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Media Source | Author | Contact info | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |

| Comprehensive List | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Media Source | Author | Contact info | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |

| Comprehensive List | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Media Source | Author | Contact info | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |
| | | | | | | | | | | |

| Media Source | Author | Contact info | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

Comprehensive List

| Friendly / Hostile List | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Media Source | Author | Email | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |

| Friendly / Hostile List | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Media Source | Author | Email | Publishing company | Date | News / Opinion | Friendly / Hostile | Link | Quotes | Other notes | About the Author |
| | | | | | | | | | | |

