**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No. 25-cr-00006-LKG |
| | ) |
| THOMAS C. GOLDSTEIN, | ) Dated: March 25, 2025 |
| | ) |
| Defendant. | ) |
| | ) |

## <u>ORDER</u>

On February 27, 2025, the Defendant filed a motion appealing the amended order setting, among other things, a condition of release that requires computer and internet monitoring (the "Monitoring Condition") (ECF No. 62). ECF No. 80. On March 11, 2025, the Defendant filed an emergency motion to compel production of certain grand jury testimony. ECF No. 89. These motions are fully briefed. ECF Nos. 80, 83, 87, 89, 91, 93, 96, 100 and 102. The Court held a hearing on these matters on March 25, 2025. ECF No. 105.

In light of the foregoing, and for the reasons stated during the March 25, 2025, hearing, the Court:

1. **DENIES** the Defendant's motion (ECF No. 80);

2. **SUSTAINS** the Court's Monitoring Condition (ECF No. 62); and

3. **DENIES** the Defendant's emergency motion to compel production of certain grand jury testimony (ECF No. 89).

A memorandum opinion consistent with this Order shall issue.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge