# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | ) | Dated: March 25, 2025 |
| Defendant. | ) | |

## PRE-TRIAL SCHEDULING ORDER

On March 25, 2025, the parties participated in a hearing regarding, among other things, the schedule for trial and pre-trial proceedings in the above-captioned criminal matter. ECF No. 105. The Court, with the assistance of the parties, enters the following schedule for pre-trial proceedings and trial:

| | |
|---|---|
| Pretrial motions. | **May 16, 2025** |
| Responses to pretrial motions. | **June 18, 2025** |
| Reply briefs. | **July 2, 2025** |
| Hearing on pretrial motions. | **TBD** |
| Motions *in limine*. | **October 24, 2025** |
| Responses to motions *in limine*. | **November 14, 2025** |
| Reply briefs. | **November 21, 2025** |
| Hearing on motions *in limine*. | **December 12, 2025, at 10:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Proposed voir dire; proposed jury instructions; and a proposed jury verdict form. In preparing proposed voir dire, proposed jury instructions, and a proposed jury verdict form, | |

| | |
|---|---|
| counsel shall meet and confer and, to the fullest extent possible, make a joint submission. Counsel shall identify any matters of disagreement through supplemental filings. | **December 22, 2025** |
| Final pretrial status conference. | **January 9, 2026, at 2:00 p.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Jury selection. | **January 12, 2026, at 9:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |
| Jury trial. | **January 13, 2026, at 9:30 a.m. in Courtroom 4B of the U.S. District Court for the District of Maryland, 6500 Cherrywood Lane, Greenbelt, MD 20770.** |

The Court will not modify the pre-trial schedule absent good cause shown. And so, if any party wishes to modify the pre-trial schedule, that party shall **FILE** a motion with the Court explaining the basis for any requested modification.

In addition, the Court strongly encourages the Government to produce any *Jencks* material no later than two weeks before trial is scheduled to commence.

The government is **DIRECTED** to monitor the speedy trial date and to **FILE** any motions to exclude time from speedy trial computations, as necessary.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge