# EXHIBIT D

**From:** ██████████████████████████████████████████████████████

**To:** ████████████████████

**Sent:** 10/14/2020 9:48:43 PM

**Subject:** RE: TG Income/Loans

I guess that is the first time we could have been aware of the foreign account.

████████████████████  ██████████████

*Partner,*
*Tax*

████████████████████████  ███████████████

Website | Facebook | LinkedIn | Twitter | Instagram
Click Here to upload files through Sharefile

**From:** ████████████████
**Sent:** Wednesday, October 14, 2020 5:45 PM
**To:** ████████
**Subject:** RE: TG Income/Loans

I show deposits in September of 2018 to the WF checking account that included that and it was coded to distributions.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ← → | New | Save | Delete | Create a Copy / Memorize | Reverse | Print | Attach File | Show List | Send GJEs |
| Find | | | | | | | | |

DATE `09/30/2018`   ENTRY NO. `Sept-credit`   ☐ ADJUSTING ENTRY

| ACCOUNT | DEBIT | CREDIT | MEMO |
|---|---|---|---|
| 2150 · Citibank Line of Credit | | 23,250.00 | Line of credit |
| Rental income | | 1,816.17 | Rent from Scotusblog |
| 4010 · Legal Fee Income | | 160,000.00 | ████████████ |
| 4010 · Legal Fee Income | | 65,647.50 | |
| 4010 · Legal Fee Income | | 3,408.00 | Deposit in store |
| 3000 · Distribution | | 999,967.48 | 860,391.35 euros transferred fr |
| 1001 · Wells Fargo | 1,254,089.15 | | Wells Fargo September depos |

Here it is on the bank statement as a deposit:

| | | | | |
|---|---|---|---|---|
| 9/26 | // | ████████████ | Goldstein and Russell | 999,967.48 |
| | P.C. Ownfunds Transfer | | | |

1



Website | Facebook | LinkedIn | Twitter | Instagram

**From:** █████████████
**Sent:** Wednesday, October 14, 2020 5:42 PM
**To:** █████████████
**Subject:** FW: TG Income/Loans

█████ did send me an email regarding this. I was dealing with my house flood and they never mentioned it again so it was forgotten.

Can you see how the $999,967.48 transfer on 9/26/18 from Montenegro was recorded?

Thanks

Website | Facebook | LinkedIn | Twitter | Instagram
Click Here to upload files through Sharefile

**From:** █████████████
**Sent:** Saturday, December 1, 2018 10:57 AM
**To:** █████████████
**Subject:** RE: TG Income/Loans

Makes sense but I will need more details later.

thanks

Website | Facebook | LinkedIn | Twitter | Instagram | Map

**From:** █████████████ █████@g█████████████
**Sent:** Saturday, December 01, 2018 10:56 AM
**To:** █████████████
**Subject:** TG Income/Loans

Hi █████

2

PROD-USA-0136553

You may be aware of some/all of this, but we just wanted to make clear the nature of some 2018 transactions for Tom. On 9/26/18 the firm Wells Fargo account received $999,967.48 from the G&R account in Montenegro. That money came into the Montenegro account as a loan to Tom.

Tom brought back $960k in late October from Hong Kong and deposited in his personal Wells Fargo account. That was a loan.

He got $500k in income from Malaysia that went to someone else overseas (as loan repayment) and never came into any of our bank accounts. So it needs to be recorded it as income even though there isn't a record of it happening.

Does that all make sense?

Thanks,



PROD-USA-0136554

**Universal Capital Bank**
**PJ CENTRALA BANKE**

Str.1
Datum : 20.10.20

*Tekući račun*      **Promet za partiju** ▓▓▓▓▓▓▓▓▓      978 EUR

| Ime | : | THOMAS CHE |
|---|---|---|
| Prezime | : | GOLDSTEIN |
| JMBG | : | ▓▓▓▓▓▓▓ |
| Adresa | : | NEW JERSEY NEW JERSEY |

Limit : 0.00
Pocetno stanje: 0.00
U periodu:  19.09.2016 **do** 20.10.2020

| Kod | Datum Valute | Datum Knjiž. | Opis | Priliv | Odliv | Stanje | Datum | Vrijeme | Grp | Rad |
|---|---|---|---|---|---|---|---|---|---|---|
| 1001 | 19.09.16 | 19.09.16 | 0 NEW JERSEY NEW JERSEY | | 0.00 | 0.00 | 19.09.16 | 08:23 | 0 | 93 |
| 98007 | 13.10.16 | 13.10.16 | ▓▓▓▓▓▓▓ | 180,000.00 | | 180,000.00 | 13.10.16 | 13:06 | 0 | 71 |
| 98001 | 20.10.16 | 20.10.16 | THOMAS CHE GOLDSTEIN | | 92,449.22 | 87,550.78 | 20.10.16 | 09:21 | 0 | 111 |
| 98001 | 20.10.16 | 20.10.16 | THOMAS CHE GOLDSTEIN | | 510.94 | 87,039.84 | 20.10.16 | 09:25 | 0 | 111 |
| 98001 | 24.10.16 | 24.10.16 | PRENOS SA TEKUCEG THOMAS CHE GOLDSTEIN | | 77,301.12 | 9,738.72 | 24.10.16 | 13:38 | 0 | 50 |
| 98001 | 24.10.16 | 24.10.16 | PRENOS THOMAS CHE GOLDSTEIN | | 429.44 | 9,309.28 | 24.10.16 | 13:39 | 0 | 50 |
| 98001 | 24.10.16 | 24.10.16 | PRENOS SA TEKUCEG THOMAS CHE GOLDSTEIN | | -77,301.12 | 86,610.40 | 24.10.16 | 14:00 | 0 | 50 |
| 98001 | 24.10.16 | 24.10.16 | PRENOS THOMAS CHE GOLDSTEIN | | -429.44 | 87,039.84 | 24.10.16 | 14:00 | 0 | 50 |
| 98001 | 24.10.16 | 24.10.16 | PRENOS THOMAS CHE GOLDSTEIN | | 79,253.16 | 7,786.68 | 24.10.16 | 14:10 | 0 | 50 |
| 98001 | 24.10.16 | 24.10.16 | PRENOS THOMAS CHE GOLDSTEIN | | 429.44 | 7,357.24 | 24.10.16 | 14:12 | 0 | 50 |
| 98007 | 26.10.16 | 26.10.16 | ▓▓▓▓▓▓▓ | 746,872.70 | | 754,229.94 | 26.10.16 | 10:46 | 0 | 71 |
| 98001 | 26.10.16 | 26.10.16 | THOMAS CHE GOLDSTEIN | | 3,449.25 | 750,780.69 | 26.10.16 | 13:15 | 0 | 71 |
| 98001 | 26.10.16 | 26.10.16 | THOMAS CHE GOLDSTEIN | | 700,193.16 | 50,587.53 | 26.10.16 | 13:16 | 0 | 71 |
| 10701 | 31.10.16 | 31.10.16 | Naknada za odrzavanje rac.Nerezidenta | | 10.00 | 50,577.53 | 31.10.16 | 11:53 | 0 | 94 |
| 10701 | 07.11.16 | 07.11.16 | Naknada: E-mail notifikacija | | 0.50 | 50,577.03 | 07.11.16 | 09:43 | 0 | 102 |

Confidential

4

GR0020068
Domestic account PERSONAL

**Universal Capital Bank**
**PJ CENTRALA BANKE**

Str.2
Datum : 20.10.20

*Tekući račun*          **Promet za partiju**          ███████████          978 EUR

| | |
|---|---|
| **Ime** : | THOMAS CHE |
| **Prezime** : | GOLDSTEIN |
| **JMBG** : | ███████ |
| **Adresa** : | NEW JERSEY NEW JERSEY |

**Limit :**          0.00
**Pocetno stanje:** 0.00
**U periodu:**          19.09.2016 **do** 20.10.2020

| Kod | Datum Valute | Datum Knjiž. | Opis | Priliv | Odliv | Stanje | Datum | Vrijeme | Grp | Rad |
|---|---|---|---|---|---|---|---|---|---|---|
| 200011 | 21.11.16 | 25.11.16 | Platne kartice YORK ██████ | | 4,645.05 | 45,931.98 | 25.11.16 | 12:31 | 0 | 888 |
| 200011 | 26.11.16 | 28.11.16 | Platne kartice BEVERLY HILLS | | 5,374.70 | 40,557.28 | 28.11.16 | 15:13 | 0 | 888 |
| 200011 | 28.11.16 | 01.12.16 | Platne kartice | | 4,953.09 | 35,604.19 | 01.12.16 | 14:08 | 0 | 888 |
| 200011 | 30.11.16 | 05.12.16 | Platne kartice BEVERLY HILLS | | 6,614.04 | 28,990.15 | 05.12.16 | 13:46 | 0 | 888 |
| 10701 | 30.11.16 | 30.11.16 | Naknada: E-mail notifikacija | | 0.50 | 28,989.65 | 30.11.16 | 13:46 | 0 | 86 |
| 10701 | 30.11.16 | 30.11.16 | Naknada za odrzavanje rac.Nerezidenta | | 10.00 | 28,979.65 | 01.12.16 | 09:03 | 0 | 94 |
| 200011 | 30.11.16 | 02.12.16 | Platne kartice | | 8,112.13 | 20,867.52 | 02.12.16 | 15:00 | 0 | 888 |
| 10701 | 31.12.16 | 31.12.16 | Naknada: E-mail notifikacija | | 0.50 | 20,867.02 | 31.12.16 | 13:20 | 0 | 86 |
| 10701 | 31.12.16 | 31.12.16 | Naknada za odrzavanje rac.Nerezidenta | | 10.00 | 20,857.02 | 05.01.17 | 10:44 | 0 | 94 |
| 10701 | 31.01.17 | 31.01.17 | Naknada za odrzavanje rac. nerezidenta | | 10.00 | 20,847.02 | 03.02.17 | 11:50 | 0 | 94 |
| 10701 | 31.01.17 | 31.01.17 | Naknada: E-mail notifikacija | | 0.50 | 20,846.52 | 31.01.17 | 15:17 | 0 | 86 |
| 10701 | 28.02.17 | 28.02.17 | Naknada: E-mail notifikacija | | 0.50 | 20,846.02 | 28.02.17 | 14:36 | 0 | 102 |
| 10701 | 28.02.17 | 28.02.17 | Naknada za odrzavanje racuna | | 10.00 | 20,836.02 | 28.02.17 | 15:17 | 0 | 94 |
| 98001 | 23.03.17 | 23.03.17 | ███████████ | | 9,392.06 | 11,443.96 | 23.03.17 | 10:25 | 0 | 115 |
| 10701 | 31.03.17 | 31.03.17 | Naknada za odrzavanje racuna za 04 mj. | | 10.00 | 11,433.96 | 31.03.17 | 15:02 | 0 | 94 |

Confidential

GR0020069
Domestic account PERSONAL

**Universal Capital Bank**
**PJ CENTRALA BANKE**

Str.3
Datum : 20.10.20

*Tekući račun*    **Promet za partiju** ████████████    978 EUR

| | |
|---|---|
| Ime : | THOMAS CHE |
| Prezime : | GOLDSTEIN |
| JMBG : | ████████ |
| Adresa : | NEW JERSEY NEW JERSEY |

Limit : 0.00
Pocetno stanje: 0.00
U periodu: 19.09.2016 **do** 20.10.2020

| Kod | Datum Valute | Datum Knjiž. | Opis | Priliv | Odliv | Stanje | Datum | Vrijeme | Grp | Rad |
|---|---|---|---|---|---|---|---|---|---|---|
| 10701 | 31.03.17 | 31.03.17 | Naknada: E-mail notifikacija | | 0.50 | 11,433.46 | 31.03.17 | 12:13 | 0 | 102 |
| 98001 | 20.04.17 | 20.04.17 | ████████ | | 10,000.00 | 1,433.46 | 20.04.17 | 09:03 | 0 | 111 |
| 10701 | 28.04.17 | 28.04.17 | Naknada: E-mail notifikacija | | 0.50 | 1,432.96 | 28.04.17 | 15:49 | 0 | 86 |
| 10701 | 30.04.17 | 30.04.17 | Naknada za odrzavanje racuna za 05 mj. | | 10.00 | 1,422.96 | 04.05.17 | 08:52 | 0 | 94 |
| 10701 | 31.05.17 | 31.05.17 | Naknada za odrzavanje racuna za 05 mj. | | 10.00 | 1,412.96 | 01.06.17 | 14:50 | 0 | 94 |
| 10701 | 31.05.17 | 31.05.17 | Naknada: E-mail notifikacija | | 0.50 | 1,412.46 | 31.05.17 | 15:18 | 0 | 86 |
| 10701 | 30.06.17 | 30.06.17 | Naknada za odrzavanje racuna za 06 mj. | | 10.00 | 1,402.46 | 30.06.17 | 12:56 | 0 | 94 |
| 10701 | 30.06.17 | 30.06.17 | Naknada: E-mail notifikacija | | 0.50 | 1,401.96 | 30.06.17 | 13:58 | 0 | 102 |
| 10701 | 31.07.17 | 31.07.17 | Naknada za odrzavanje racuna za 07 mj. | | 10.00 | 1,391.96 | 31.07.17 | 14:18 | 0 | 94 |
| 10701 | 31.07.17 | 31.07.17 | Naknada: E-mail notifikacija | | 0.50 | 1,391.46 | 31.07.17 | 14:27 | 0 | 102 |
| 98007 | 10.08.17 | 10.08.17 | THOMAS CHE GOLDSTEIN | 16,000.00 | | 17,391.46 | 10.08.17 | 14:17 | 0 | 117 |
| 98001 | 10.08.17 | 10.08.17 | ████████ | | 16,000.00 | 1,391.46 | 10.08.17 | 14:19 | 0 | 117 |
| 200011 | 24.08.17 | 24.08.17 | Platne kartice-naknada :Reizdavanje kartice ████████ | | 2.00 | 1,389.46 | 24.08.17 | 12:29 | 0 | 888 |
| 10701 | 04.09.17 | 04.09.17 | Naknada: E-mail notifikacija | | 0.50 | 1,388.96 | 04.09.17 | 09:02 | 0 | 102 |
| 10701 | 29.09.17 | 29.09.17 | Naknada: E-mail notifikacija | | 0.50 | 1,388.46 | 29.09.17 | 15:50 | 0 | 102 |

Confidential

GR0020070
Domestic account PERSONAL

Universal Capital Bank
PJ CENTRALA BANKE

Str.4
Datum : 20.10.20

*Tekući račun*        **Promet za partiju** ▨                    978 EUR

Ime       :   THOMAS CHE
Prezime :   GOLDSTEIN
JMBG    :   ▨
Adresa  :   NEW JERSEY NEW JERSEY

Limit :            0.00
Pocetno stanje: 0.00
U periodu:     19.09.2016 **do** 20.10.2020

| Kod | Datum Valute | Datum Knjiž. | Opis | Priliv | Odliv | Stanje | Datum | Vrijeme | Grp | Rad |
|---|---|---|---|---|---|---|---|---|---|---|
| 10701 | 31.10.17 | 31.10.17 | Naknada: E-mail notifikacija | | 0.50 | 1,387.96 | 31.10.17 | 15:27 | 0 | 102 |
| 10701 | 30.11.17 | 30.11.17 | Naknada: E-mail notifikacija | | 0.50 | 1,387.46 | 30.11.17 | 14:45 | 0 | 102 |
| 10701 | 29.12.17 | 29.12.17 | Naknada: E-mail notifikacija | | 0.50 | 1,386.96 | 29.12.17 | 13:33 | 0 | 102 |
| 9181 | 17.01.18 | 17.01.18 | ▨ | | 33.04 | 1,353.92 | 17.01.18 | 13:54 | 1 | 94 |
| 10701 | 31.01.18 | 31.01.18 | Naknada: E-mail notifikacija | | 0.50 | 1,353.42 | 31.01.18 | 16:33 | 0 | 102 |
| 10701 | 28.02.18 | 28.02.18 | Naknada: E-mail notifikacija | | 0.50 | 1,352.92 | 28.02.18 | 16:10 | 0 | 102 |
| 10701 | 30.03.18 | 30.03.18 | Naknada: E-mail notifikacija | | 0.50 | 1,352.42 | 30.03.18 | 15:35 | 0 | 102 |
| 10701 | 30.04.18 | 30.04.18 | Naknada: E-mail notifikacija | | 0.50 | 1,351.92 | 30.04.18 | 15:44 | 0 | 102 |
| 10701 | 31.05.18 | 31.05.18 | Naknada: E-mail notifikacija | | 0.50 | 1,351.42 | 01.06.18 | 08:36 | 0 | 102 |
| 10701 | 29.06.18 | 29.06.18 | Naknada: E-mail notifikacija | | 0.50 | 1,350.92 | 29.06.18 | 15:36 | 0 | 102 |
| 10701 | 31.07.18 | 31.07.18 | Naknada: E-mail notifikacija | | 0.50 | 1,350.42 | 01.08.18 | 09:18 | 0 | 102 |
| 10701 | 31.08.18 | 31.08.18 | Naknada: E-mail notifikacija | | 0.50 | 1,349.92 | 31.08.18 | 14:30 | 0 | 124 |
| 108099 | 25.09.18 | 25.09.18 | 'Universal Capital Ba, Stanka Dragojevica bb, Podgorica, ▨ 163 | 862,142.19 | | 863,492.11 | 25.09.18 | 16:47 | 1 | 115 |
| 70201 | 26.09.18 | 26.09.18 | Podgorica, GOLDSTEIN AND RUSSE 121 | | 862,142.19 | 1,349.92 | 26.09.18 | 12:19 | 0 | 126 |
| 10701 | 28.09.18 | 28.09.18 | Naknada: E-mail notifikacija | | 0.50 | 1,349.42 | 28.09.18 | 15:31 | 0 | 102 |

Confidential

7

GR0020071
Domestic account PERSONAL

Universal Capital Bank
**PJ CENTRALA BANKE**

Str.5

Datum : 20.10.20

*Tekući račun*          **Promet za partiju**  ███████████████          978 EUR

| Ime | : | THOMAS CHE |
|---|---|---|
| Prezime | : | GOLDSTEIN |
| JMBG | : | █████████ |
| Adresa | : | NEW JERSEY NEW JERSEY |

Limit : 0.00
Pocetno stanje: 0.00
U periodu:   19.09.2016  **do**  20.10.2020

| Kod | Datum Valute | Datum Knjiž. | Opis | Priliv | Odliv | Stanje | Datum | Vrijeme | Grp | Rad |
|---|---|---|---|---|---|---|---|---|---|---|
| 10701 | 31.10.18 | 31.10.18 | Naknada: E-mail notifikacija | | 0.50 | 1,348.92 | 31.10.18 | 15:16 | 0 | 102 |
| 10701 | 30.11.18 | 30.11.18 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,346.92 | 30.11.18 | 15:15 | 0 | 102 |
| 200011 | 22.01.19 | 22.01.19 | Platne kartice-naknada :Reizdavanje kart ice ██████████ | | 2.00 | 1,344.92 | 22.01.19 | 12:29 | 0 | 888 |
| 9181 | 22.01.19 | 22.01.19 | ████████ | | 30.90 | 1,314.02 | 22.01.19 | 09:30 | 9 | 94 |
| 10701 | 31.01.19 | 01.02.19 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,312.02 | 01.02.19 | 13:35 | 0 | 102 |
| 10701 | 28.02.19 | 28.02.19 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,310.02 | 01.03.19 | 12:21 | 0 | 102 |
| 10701 | 29.03.19 | 29.03.19 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,308.02 | 01.04.19 | 15:36 | 0 | 102 |
| 10701 | 30.04.19 | 30.04.19 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,306.02 | 06.05.19 | 14:21 | 0 | 102 |
| 10701 | 31.05.19 | 31.05.19 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,304.02 | 03.06.19 | 11:23 | 0 | 102 |
| 10701 | 30.06.19 | 30.06.19 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,302.02 | 01.07.19 | 14:05 | 0 | 102 |
| 10701 | 31.07.19 | 31.07.19 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,300.02 | 02.08.19 | 08:47 | 0 | 102 |
| 10701 | 31.08.19 | 31.08.19 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,298.02 | 02.09.19 | 10:13 | 0 | 102 |
| 10701 | 30.09.19 | 30.09.19 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,296.02 | 01.10.19 | 12:21 | 0 | 102 |
| 10701 | 31.10.19 | 01.11.19 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,294.02 | 01.11.19 | 13:43 | 0 | 102 |
| 10701 | 30.11.19 | 30.11.19 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,292.02 | 02.12.19 | 13:20 | 0 | 102 |

Confidential

GR0020072
Domestic account PERSONAL

**Universal Capital Bank**
**PJ CENTRALA BANKE**

Str.6

Datum : 20.10.20

*Tekući račun*        **Promet za partiju** ███████████        978 EUR

| | |
|---|---|
| **Ime** : | THOMAS CHE |
| **Prezime** : | GOLDSTEIN |
| **JMBG** : | ████████ |
| **Adresa** : | NEW JERSEY NEW JERSEY |

**Limit :**          0.00
**Pocetno stanje:** 0.00
**U periodu:**      19.09.2016 **do** 20.10.2020

| Kod | Datum Valute | Datum Knjiž. | Opis | Priliv | Odliv | Stanje | Datum | Vrijeme | Grp | Rad |
|---|---|---|---|---|---|---|---|---|---|---|
| 10701 | 31.12.19 | 31.12.19 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,290.02 | 03.01.20 | 13:00 | 0 | 102 |
| 10701 | 31.01.20 | 31.01.20 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,288.02 | 07.02.20 | 12:56 | 0 | 102 |
| 10701 | 29.02.20 | 29.02.20 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,286.02 | 02.03.20 | 08:59 | 0 | 102 |
| 10701 | 31.03.20 | 31.03.20 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,284.02 | 05.04.20 | 16:34 | 0 | 97 |
| 10701 | 30.04.20 | 30.04.20 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,282.02 | 30.04.20 | 15:43 | 0 | 137 |
| 10701 | 31.05.20 | 01.06.20 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,280.02 | 05.06.20 | 12:32 | 0 | 137 |
| 10701 | 30.06.20 | 30.06.20 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,278.02 | 30.06.20 | 14:45 | 0 | 102 |
| 10701 | 31.07.20 | 31.07.20 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,276.02 | 31.07.20 | 09:46 | 0 | 97 |
| 10701 | 31.08.20 | 31.08.20 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,274.02 | 31.08.20 | 09:11 | 0 | 97 |
| 10701 | 30.09.20 | 30.09.20 | Naknada:SMS notifikacija-nerezident | | 2.00 | 1,272.02 | 30.09.20 | 09:21 | 0 | 97 |
| **Ukupno u periodu:** | | | | **1,805,014.89** | **1,803,742.87** | **1,272.02** | | | | |

Confidential

GR0020073
Domestic account PERSONAL

Universal Capital Bank
PJ CENTRALA BANKE

Str.1
Datum : 20.10.20

*Devizna štednja*    **Promet za partiju**    ██████████    840  USD

IBAN: ██████████████
Ime : THOMAS CHE
Prezime : GOLDSTEIN
JMBG : ███████████
Adresa : NEW JERSEY NEW JERSEY

Pocetno stanje: 0.00
U periodu:    19.09.2016 do 20.10.2020

| Kod | Datum Valute | Datum Knjiž. | Opis | Priliv | Odliv | Stanje | Datum | Vrijeme | Grp | Rad |
|---|---|---|---|---|---|---|---|---|---|---|
| 3611 | 20.10.16 | 20.10.16 | Otvaranje nove valute na partiji devizne | | 0.00 | 0.00 | 20.10.16 | 09:18 | 0 | 111 |
| 3614 | 20.10.16 | 20.10.16 | Otvaranje nove valute na partiji devizne | | 0.00 | 0.00 | 20.10.16 | 09:18 | 0 | 111 |
| 98011 | 20.10.16 | 20.10.16 | THOMAS CHE GOLDSTEIN | 100,000.00 | | 100,000.00 | 20.10.16 | 09:21 | 0 | 111 |
| 19807 | 20.10.16 | 20.10.16 | 1980 - Devizni nalog ████ | | 50,000.00 | 50,000.00 | 20.10.16 | 09:48 | 0 | 89 |
| 19807 | 20.10.16 | 20.10.16 | 1980 - Devizni nalog ████ | | 50,000.00 | 0.00 | 20.10.16 | 09:58 | 0 | 89 |
| 98011 | 24.10.16 | 24.10.16 | PRENOS SA TEKUCEG THOMAS CHE GOLDSTEIN | 85,000.00 | | 85,000.00 | 24.10.16 | 13:38 | 0 | 50 |
| 98011 | 24.10.16 | 24.10.16 | PRENOS SA TEKUCEG THOMAS CHE GOLDSTEIN | -85,000.00 | | 0.00 | 24.10.16 | 14:00 | 0 | 50 |
| 98011 | 24.10.16 | 24.10.16 | PRENOS THOMAS CHE GOLDSTEIN | 85,000.00 | | 85,000.00 | 24.10.16 | 14:10 | 0 | 50 |
| 19807 | 24.10.16 | 24.10.16 | 1980 - Devizni nalog ████ | | 85,000.00 | 0.00 | 24.10.16 | 14:25 | 0 | 89 |
| 98011 | 26.10.16 | 26.10.16 | THOMAS CHE GOLDSTEIN | 750,000.00 | | 750,000.00 | 26.10.16 | 13:16 | 0 | 71 |
| 19807 | 26.10.16 | 26.10.16 | 1980 - Devizni nalog ████ | | 750,000.00 | 0.00 | 26.10.16 | 13:27 | 0 | 89 |
| 1002 | 28.03.17 | 28.03.17 | prebacivanje sa konta=████ | -935,000.00 | | -935,000.00 | 28.03.17 | 12:12 | 0 | 94 |
| 1002 | 28.03.17 | 28.03.17 | prebacivanje sa konta=████ | | -935,000.00 | 0.00 | 28.03.17 | 12:12 | 0 | 94 |
| 1002 | 28.03.17 | 28.03.17 | prebacivanje na novi konto=████ | | 935,000.00 | -935,000.00 | 28.03.17 | 12:12 | 0 | 94 |
| 1002 | 28.03.17 | 28.03.17 | prebacivanje na novi konto=████ | 935,000.00 | | 0.00 | 28.03.17 | 12:12 | 0 | 94 |

FOIA Confidential Treatment Requested
Rule 6(e) Material - Confidential Treatment Requested

10

GR0020145

GOT00001844

Universal Capital Bank
PJ CENTRALA BANKE

Str.2

Datum : 20.10.20

*Devizna štednja*    **Promet za partiju**    ███████████    840  USD

IBAN: ███████████████
Ime      :    THOMAS CHE
Prezime :    GOLDSTEIN
JMBG    :    ███████████
Adresa  :    NEW JERSEY NEW JERSEY

**Pocetno stanje:** 0.00
**U periodu:**    19.09.2016  **do** 20.10.2020

| Kod | Datum Datum Valute Knjiž. | Opis | Priliv | Odliv | Stanje | Datum | Vrijeme | Grp | Rad |
|---|---|---|---|---|---|---|---|---|---|
| 98011 | 10.01.18  10.01.18 | ███████████ | 2,000.00 | | 2,000.00 | 10.01.18 | 09:43 | 0 | 64 |
| **Ukupno u periodu:** | | | **937,000.00** | **935,000.00** | **2,000.00** | | | | |

FOIA Confidential Treatment Requested
Rule 6(e) Material - Confidential Treatment Requested

11

GR0020146

GOT00001844

OMB No. 1545-0115

2017

**Miscellaneous Income**

Form **1099-MISC**

Confidential

GR0010989

GOT_001_1_00001932

## Instructions for Recipient

**Recipient's taxpayer identification number.** For your protection, this form may show only the last four digits of your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN). However, the issuer has reported your complete identification number to the IRS.

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**FATCA filing requirement.** If the FATCA filing requirement box is checked, the payer is reporting on this Form 1099 to satisfy its chapter 4 account reporting requirement. You also may have a filing requirement. See the Instructions for Form 8938.

**Amounts shown may be subject to self-employment (SE) tax.** If your net income from self-employment is $400 or more, you must file a return and compute your SE tax on Schedule SE (Form 1040). See Pub. 334 for more information. If no income or social security and Medicare taxes were withheld and you are still receiving these payments, see Form 1040-ES (or Form 1040-ES(NR)). Individuals must report these amounts as explained in the box 7 instructions on this page. Corporations, fiduciaries, or partnerships must report the amounts on the proper line of their tax returns.

**Form 1099-MISC incorrect?** If this form is incorrect or has been issued in error, contact the payer. If you cannot get this form corrected, attach an explanation to your tax return and report your income correctly.

**Box 1.** Report rents from real estate on Schedule E (Form 1040). However, report rents on Schedule C (Form 1040) if you provided significant services to the tenant, sold real estate as a business, or rented personal property as a business.

**Box 2.** Report royalties from oil, gas, or mineral properties, copyrights, and patents on Schedule E (Form 1040). However, report payments for a working interest as explained in the box 7 instructions. For royalties on timber, coal, and iron ore, see Pub. 544.

**Box 3.** Generally, report this amount on the "Other income" line of Form 1040 (or Form 1040NR) and identify the payment. The amount shown may be payments received as the beneficiary of a deceased employee, prizes, awards, taxable damages, Indian gaming profits, or other taxable income. See Pub. 525. If it is trade or business income, report this amount on Schedule C or F (Form 1040).

**Box 4.** Shows backup withholding or withholding on Indian gaming profits. Generally, a payer must backup withhold if you did not furnish your taxpayer identification number. See Form W-9 and Pub. 505 for more information. Report this amount on your income tax return as tax withheld.

**Box 5.** An amount in this box means the fishing boat operator considers you self-employed. Report this amount on Schedule C (Form 1040). See Pub. 334.

**Box 6.** For individuals, report on Schedule C (Form 1040).

**Box 7.** Shows nonemployee compensation. If you are in the trade or business of catching fish, box 7 may show cash you received for the sale of fish. If the amount in this box is SE income, report it on Schedule C or F (Form 1040), and complete Schedule SE (Form 1040). You received this form instead of Form W-2 because the payer did not consider you an employee and did not withhold income tax or social security and Medicare tax. If you believe you are an employee and cannot get the payer to correct this form, report the amount from box 7 on Form 1040, line 7 (or Form 1040NR, line 8). You must also complete Form 8919 and attach it to your return. If you are not an employee but the amount in this box is not SE income (for example, it is income from a sporadic activity or a hobby), report it on Form 1040, line 21 (or Form 1040NR, line 21).

**Box 8.** Shows substitute payments in lieu of dividends or tax-exempt interest received by your broker on your behalf as a result of a loan of your securities. Report on the "Other income" line of Form 1040 (or Form 1040NR).

**Box 9.** If checked, $5,000 or more of sales of consumer products was paid to you on a buy-sell, deposit-commission, or other basis. A dollar amount does not have to be shown. Generally, report any income from your sale of these products on Schedule C (Form 1040).

**Box 10.** Report this amount on Schedule F (Form 1040).

**Box 13.** Shows your total compensation of excess golden parachute payments subject to a 20% excise tax. See the Form 1040 (or Form 1040NR) instructions for where to report.

**Box 14.** Shows gross proceeds paid to an attorney in connection with legal services. Report only the taxable part as income on your return.

**Box 15a.** May show current year deferrals as a nonemployee under a nonqualified deferred compensation (NQDC) plan that is subject to the requirements of section 409A, plus any earnings on current and prior year deferrals.

**Box 15b.** Shows income as a nonemployee under an NQDC plan that does not meet the requirements of section 409A. This amount is also included in box 7 as nonemployee compensation. Any amount included in box 15a that is currently taxable is also included in this box. This income is also subject to a substantial additional tax to be reported on Form 1040 (or Form 1040NR). See "Total Tax" in the Form 1040 (or Form 1040NR) instructions.

**Boxes 16–18.** Shows state or local income tax withheld from the payments.

**Future developments.** For the latest information about developments related to Form 1099-MISC and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/form1099misc*.

**1099-MISC / COPY B**

Confidential

GR0010990

GOT_001_1_00001932

13

**To:**
**From:**
**Sent:** Tue 7/12/2022 1:51:18 PM (UTC-07:00)
**Subject:** RE: 1099s from 2021

Ok, thanks for letting me know.



**From:**
**Sent:** Tuesday, July 12, 2022 3:50 PM
**To:**
**Subject:** RE: 1099s from 2021

Hi       I talked to       and he confirmed that as a corporation companies don't need to issue 1099s to G&R for services.  You might get a few by mistake but don't require them so we don't keep them.

**From:**
**Sent:** Tuesday, July 12, 2022 2:20 PM
**To:**
**Subject:** Re: 1099s from 2021

[External]

The latter. Thanks!

Get Outlook for iOS

**From:**
**Sent:** Tuesday, July 12, 2022 1:57:11 PM
**To:**
**Subject:** RE: 1099s from 2021

          did you need the vendors that G&R sent 1099s to or the companies that sent you 1099s?       sent the former.  I'm not sure we have the latter but I can ask my tax department.

**From:**
**Sent:** Tuesday, July 12, 2022 12:26 PM
**To:**
**Subject:** RE: 1099s from 2021

I'm using Mimecast to share large files with you. Please see the attached instructions.

Hi

See attached.

FOIA Confidential Treatment Requested
Rule 6(e) Material - Confidential Treatment Requested

14

GR0041631

GOA00025050

Thank you,

**From:** ████████ ████████████
**Sent:** Tuesday, July 12, 2022 11:58 AM
**To:** ████████████████████████████████
**Subject:** 1099s from 2021

[External]

Hi ████████,

Could you send me a list of all the companies/individuals we received 1099s from last year?

Thanks,



FOIA Confidential Treatment Requested
Rule 6(e) Material - Confidential Treatment Requested

GR0041632

GOA00025050



November 23, 2020


RE: Request for Taxpayer Identification – Federal Form W-9

Dear Sir/Madame,

We are currently updating our W9 files in accordance with the IRS regulations for all individuals or entities with whom we conduct business.

If an entity is a legal corporation, we are not required to file a 1099, however, we are required by law to have the enclosed W-9 form on file.  If the entity is not incorporated or a government agency, we are required to issue a form 1099 if payment(s) made are greater than six-hundred dollars ($600) for the calendar year.

Enclosed is a copy of Form W-9. Please complete Part 1 (print or type in black or blue ink) and return via email █████████████████

**If the W-9 requested is not provided, Federal Laws obligate us to subject your account to a 24% back-up withholding.  This information can also be found on the Internal Revenue Service website: www.irs.gov**

Thank you in advance for your cooperation.


Sincerely yours,


Accounts Payable

NSPLLC000752

**From:** ▮▮▮▮
**Sent:** Saturday, January 23, 2021 7:15 PM EST
**To:** ▮▮▮▮
**Subject:** RE: Didn't we send 1099's last year

No I looked at all of them – I emailed them for it.  I do owe them money so maybe they will send asap.  Keeping my fingers crossed.  Paid them a lot of money too!

**From:** ▮▮▮▮
**Sent:** Saturday, January 23, 2021 7:13 PM
**To:** ▮▮▮▮
**Subject:** RE: Didn't we send 1099's last year

None of their Invoices have their ID?

Goldstein & Russell, P.C.

Thank you
▮

**From:** ▮▮▮ ▮▮▮ ▮▮▮▮
**Sent:** Saturday, January 23, 2021 6:57 PM
**To:** ▮▮▮▮ ▮▮▮▮
**Subject:** RE: Didn't we send 1099's last year

Yes they should get one – I corrected the spreadsheet attached.

**From:** ▮▮ ▮▮▮
**Sent:** Saturday, January 23, 2021 6:48 PM
**To:** ▮▮ ▮▮▮
**Subject:** RE: Didn't we send 1099's last year

Nonresponsive

Thank you
▮

**From:** ▮▮▮▮ ▮▮▮▮
**Sent:** Saturday, January 23, 2021 6:44 PM
**To:** ▮▮ ▮▮▮▮ ▮▮▮▮
**Subject:** RE: Didn't we send 1099's last year

No we did not.

**From:** ▮▮▮▮
**Sent:** Saturday, January 23, 2021 6:41 PM

NSPLLC001237

**To:** ▮▮▮▮▮▮
**Subject:** Didn't we send 1099's last year

Nonresponsive

Thank you

NSPLLC001238



NSPLLC001239

NSPLLC000916



21

PROD-USA-0311328
PROD-USA-0311301



10/27/2022                          Page 17 of 69

PROD-USA-0313274
PROD-USA-0313258



03/23/2023                          Page 48 of 59

PROD-USA-0313538
PROD-USA-0313491