IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | **CRIMINAL NO. LKG-25-6** |
| v. | * | |
| | * | |
| **THOMAS C. GOLDSTEIN,** | * | |
| | * | |
| Defendant. | * | |

********

### ORDER GRANTING DEFENDANT'S CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL

Upon due consideration of Defendant Thomas C. Goldstein's Consent Motion to Modify Conditions of Release to Permit Travel, it is hereby **ORDERED** that Mr. Goldstein's Consent Motion is **GRANTED** and Mr. Goldstein is permitted access to his passport for the purpose of travelling to the United Kingdom. The conditions of travel are:

1. Mr. Goldstein will travel to Oxford, England for the purpose of attending his child's high school graduation from May 26, 2025 to May 29, 2025.

2. Mr. Goldstein will provide Pretrial Services with a detailed itinerary that includes flight and hotel information prior to his departure.

3. While traveling internationally, Mr. Goldstein will be subject to the third-party custody of his wife throughout the entirety of his trip.

4. While traveling internationally, Mr. Goldstein will submit to daily check-in calls (via FaceTime) with Pretrial Services in the presence of his third-party custodian. A time for the daily calls will be arranged between Mr. Goldstein, his wife, and Pretrial Services.

5. Mr. Goldstein will surrender his U.S. passport to the Court upon his return, no later than May 30, 2025, at 2:00 pm.

6. The third-party custodian obligation will be complete once Mr. Goldstein has returned to the United States and surrendered his U.S. passport.

Dated: May 10, 2025

_____

United States District Court for the District of Maryland