
Exhibit 1



































