**Poker Transactions Disclosure**                                                                                                        5/8/25

| Tax Year | Counterparty | Transaction Date | Credit | Debit | Type |
|---|---|---|---|---|---|
| 2016 | | 5/20/2016 | $ 200,000.00 | | Win |
| 2016 | | 8/24/2016 | $ 100,000.00 | | Win |
| 2016 | | 10/13/2016 | $ 198,201.60 | | Win |
| 2016 | | 10/26/2016 | $ 812,604.97 | | Win |
| 2016 | | 11/23/2016 | $ 9,000,000.00 | | Win |
| 2016 | | 12/6/2016 | $ 17,435,000.00 | | Win |
| 2016 | | 10/20/2016 | | $ 50,000.00 | Staking |
| 2016 | | 11/30/2016 | | $ 845,700.00 | Staking |
| 2016 | | 11/30/2016 | | $ 333,000.00 | Staking |
| 2016 | | 12/1/2016 | | $ 1,550,000.00 | Staking |
| 2016 | | 12/1/2016 | | $ 485,000.00 | Staking |
| 2016 | | 12/1/2016 | | $ 500,000.00 | Staking |
| 2016 | | 12/1/2016 | | $ 330,000.00 | Staking |
| 2016 | | 12/9/2016 | | $ 2,976,000.00 | Staking |
| 2016 | | 12/9/2016 | | $ 838,000.00 | Staking |
| 2016 | | 12/9/2016 | | $ 788,000.00 | Staking |
| 2016 | | 12/9/2016 | | $ 346,000.00 | Staking |
| 2016 | | 12/9/2016 | | $ 518,000.00 | Staking |
| 2016 | | 12/23/2016 | | $ 403,000.00 | Staking |
| 2016 | | 12/23/2016 | | $ 178,000.00 | Staking |
| 2019 | | 2/25/2019 | $ 250,000.00 | | Win |
| 2019 | | 4/3/2019 | $ 9,000.00 | | Win |
| 2019 | | 9/11/2019 | $ 100,000.00 | | Win |
| 2020 | | 7/20/2020 | $ 13,680.00 | | Win |
| 2020 | | 7/28/2020 | $ 9,500.00 | | Win |
| 2020 | | 9/22/2020 | $ 70,000.00 | | Win |