Message

| | |
|---|---|
| **Sent**: | 9/2/2021 10:18:23 PM |
| **To**: | Tom Goldstein |
| **Subject**: | RE: New payroll |

Start date?

**From:** Tom Goldstein
**Sent:** Friday, April 20, 2018 2:27 PM
**To:**
**Subject:** New payroll

Both FTEs at $26,000 / year.





FOIA Confidential Treatment Requested
Rule 6(e) Material - Confidential Treatment Requested

GR0044996

PROD-USA-0044963