Message

**From:** ███████████████████████
**Sent:** 4/20/2018 11:37:41 AM
**To:** ███████████████████████
**Subject:** RE: Payroll

Hi ███

You may want to wait on putting together payroll. Tom just let me know that we've hired two new employees. They both make $26k per year and start working today, so please prorate their pay for April accordingly. I will get in touch with them and have them fill out W4, but their names, DOBs and direct deposit info are below.



Thanks,

███

---

**From:** ███████████
**Sent:** Friday, April 20, 2018 12:53 PM
**To:** ████████████████████████
**Subject:** Payroll

Hi ███

Here's the payroll changes for the month. The first two are just reminders of things we've already discussed.

- Remove ██████████ He is taking a leave of absence and did not work at all in April
- No tax exemptions for █████████████ – also please withhold an extra 2k
- Bump up ████████ SmartBenefits to $150/month

Many Thanks,



FOIA Confidential Treatment Requested
Rule 6(e) Material - Confidential Treatment Requested