Message

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | 5/11/2018 4:44:10 PM |
| **To:** | Tom Goldstein ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Subject:** | General Counsel Contacts - 3b-10b Revenue - MAP.xlsx |
| **Attachments:** | General Counsel Contacts - 3b-10b Revenue - MAP.xlsx |