10/3/18, 10:12 AM - ██████ : Ok what's my occupation for the employee form? I put monthly payroll mode . What should I put in annual salary/ hourly wage ?

10/3/18, 10:12 AM - ████ : I'm also filling as non smoker.  I'm so serious about to quit

10/3/18, 10:13 AM - ████ : Am I full time or part time?

10/3/18, 10:15 AM - Tom Goldstein DC: Your occupation is translator. Monthly pay is correct. Part time. 30 hours per week. $30/hour. (So you will get some from the firm, and the rest from me directly; it's just to have enough to qualify for insurance.) Glad to hear about smoking.

10/3/18, 10:20 AM - ██████ Ok thanks

**CONFIDENTIAL**

000057



**CONFIDENTIAL**                                         000097

PROD-USA-0175253



**CONFIDENTIAL**

PROD-USA-0175254



**CONFIDENTIAL**

000099