| | |
|---|---|
| From: | ███████████████ |
| To: | ███████████████ |
| Sent: | 11/26/2018 7:55:56 PM |
| Subject: | Rescind Termination ████ |

Hi ████

We would like to rescind the termination of ████████████, which we sent prematurely today. She will remain an active employee and stay on the plan. Please let me know if you need anything further.

Best,
████████

Firm Manager
Goldstein & Russell P.C.