Message

**From:** ███████
**Sent:** 4/5/2019 2:35:58 PM
**To:** ███████
**Subject:** RE: Insurance info

All good, thanks! I've sent this in for processing.

**From:** ███████
**Sent:** Friday, April 5, 2019 4:15 PM
**To:** ███████
**Subject:** Re: Insurance info

Hi sorry . Just saw this email . The information is the same , nothing changed. But sending u a new form with basics. Thank u .

On Fri, Apr 5, 2019, 11:36 AM ███████ wrote:

> Hi ███
>
> Just wanted to follow up on this. We can't add you to the insurance without filling out the form. If you fill in your basic personal info and sign it (SSN, address, etc) I will take care of the rest.
>
> 

**From:** ███████
**Sent:** Wednesday, April 3, 2019 3:21 PM
**To:** ███████
**Subject:** Insurance info

Hi ███████

Tom has told me that we are going to put you back on the healthcare plan and that you are going to reimburse us for the monthly premium ($545/month). This means we will rehire back as an employee of the firm, though technically you will be on unpaid leave. Will all of your personal info be the same as when we hired you and you filled out the BMLL form, which is attached? If so, I will fill out a new form and get it to our insurer right away.

Please let me know if you have any questions.



FOIA Confidential Treatment Requested
Rule 6(e) Material - Confidential Treatment Requested

GR0046878

PROD-USA-0046844