![Gmail]

## Tom Goldstein harassment and threats

To: TGoldstein ▮▮▮▮▮, information ▮▮▮▮▮  Thu, Oct 31, 2019 at 1:45 PM

Hi predator Tom Goldstein. If one more time I'll hear threats ▮▮▮▮▮ I'll go to procecuter office to do domestic complain! And that situation at the burning man I'll restore that case if I need too. ▮▮▮ was a huge mistake ▮▮▮▮▮ U were lucky I dropped charges but this time no. ▮▮▮▮▮ So now don't blame me and dont even try to attacking me ! Dont even start harming other ppl , be responsible for your actions and what u did . Dont be a coward and blame young girls for all your losses. For lying me about me working at your firm labor department will taken care of that. So good luck.

**21 attachments**

CONFIDENTIAL      ▮▮▮▮▮000156

PROD-USA-0175312





CONFIDENTIAL

