# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Case No. 25-cr-00006-LKG |
| ) | |
| THOMAS C. GOLDSTEIN, ) | Dated: October 7, 2025 |
| ) | |
| Defendant. ) | |

## ORDER ON PRE-TRIAL MOTIONS

For the reasons stated during the hearing on the parties' pre-trial motions in the above-captioned criminal matter, held on October 7, 2025, the Court:

(1) **DENIES-as-MOOT** the Government's motion for a *Faretta* hearing (ECF No. 158);

(2) **DENIES** the Defendant's motion to suppress statements (ECF No. 119);

(3) **DENIES** the Defendant's motion to dismiss Counts 1, 5, 6 and 15 as barred by the statute of limitations (ECF No. 121); and

(4) **HOLDS-in-ABEYANCE** the Defendant's motion to invalidate certain orders suspending the statute of limitations (ECF No. 116), pending the evidentiary hearing on the motion.

A memorandum opinion consistent with this Order shall issue.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge