IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

United States of America
Plaintiff

vs.   *   Case No.: LKG 25-cr-00006-1

Thomas C. Goldstein
Defendant

******

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| Motion/Evidentiary Hearing Exhibits | Motion/Evidentiary Hearing Exhibits |
| All Government's exhibits returned: 11/6/2025 | All Defendant's exhibits returned: 11/6/2025 |

Received the above listed exhibits this date:

Counsel for Government:
X _/s/_

Counsel for Defendant(s):
X _/s/_

Date: November 6, 2025