IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 8:25-cr-00006-LKG |
| | : | |
| THOMAS C. GOLDSTEIN | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please enter the appearance of Gerard P. Martin and Lauren M. McLarney of Rosenberg Martin Greenberg, LLP as *additional* retained counsel for interested party John Doe, in the above-captioned case.

Dated: November 25, 2025

Respectfully submitted,

*/s/ Gerard P. Martin*
Gerard P. Martin (Fed. Bar #00691)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore, Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
gmartin@rosenbergmartin.com


*/s/ Lauren McLarney*
Lauren M. McLarney (Fed. Bar #20982)
Rosenberg Martin Greenberg, LLP
25 South Charles Street, 21st Floor
Baltimore Maryland 21201
Phone: (410) 727-6600
Fax: (410) 727-1115
lmclarney@rosenbergmartin.com

*Attorneys for Interested Party, John Doe*