# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Case No. 25-cr-00006-LKG |
| | ) |
| THOMAS C. GOLDSTEIN, | ) Dated: December 12, 2025 |
| | ) |
| Defendant. | ) |

## ORDER ON DEFENDANT'S MOTIONS TO DISMISS

For the reasons stated during the hearing on the parties' pre-trial motions in the above-captioned criminal matter held on December 12, 2025, the Court:

(1) **DENIES** the Defendant's motion to dismiss the Second Superseding Indictment for prosecutorial misconduct (ECF No. 234);

(2) **GRANTS** the Defendant's motion to dismiss allegations concerning employees (ECF No. 122); and

(3) **DISMISSES** the allegations concerning the four women employees related to the Government's tax evasion charges in Count 3 of the Second Superseding Indictment.

A memorandum opinion consistent with this Order shall issue.

**IT IS SO ORDERED.**

                                                                         s/ Lydia Kay Griggsby
                                                                         LYDIA KAY GRIGGSBY
                                                                         United States District Judge