# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | ) | Dated:  January 5, 2026 |
| Defendant. | ) | |

## SCHEDULING ORDER

The Court will hold the final pre-trial status conference in the above-captioned criminal matter **on January 9, 2026, at 2:00 PM**.  The parties shall be prepared to address the following motions during the status conference: (1) the Defendant's motion for leave to supplement expert disclosure (ECF No. 290) and (2) the Defendant's motion to exclude employee evidence (ECF No. 309).

The Court will also hold a hearing on the following *ex parte* motions **on January 9, 2026, at 3:30 PM**: (1) non-party John Doe's motion to proceed under pseudonym (ECF No. 260); (2) non-party John Doe's motion to quash the Government's subpoena (ECF No. 263); (3) non-party Attorney A's motion to proceed under pseudonym (ECF No. 280); (4) non-party Attorney A's motion to quash the Government's subpoena (ECF No. 283); (5) non-party John Doe 2's motion to proceed under pseudonym (ECF No. 292); and (6) non-party John Doe 2's motion to quash subpoena to testify at a hearing or trial in a criminal case (ECF Nos. 294 and 295).

Lastly, the Court will hold a hearing on the following *ex parte* motion **on January 9, 2026, at 4:30 PM**: (1) the Defendant's application for the issuance of a subpoena duces tecum pursuant to federal rule of criminal procedure 17(c) (ECF No. 308).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge