# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | ) ) | Dated:  January 12, 2026 |
| Defendant. | ) ) ) | |

## ORDER

On January 8, 2026, the Government filed a motion to dismiss Counts Two through Six and Fifteen of the Second Superseding Indictment.  ECF No. 337.  On January 11, 2026, the Defendant filed a response to the Government's motion to dismiss.  ECF No. 342.  On January 12, 2026, the Court held a hearing on the Government's motion to dismiss.  For the reasons stated during the hearing on the Government's motion to dismiss Counts Two through Six and Fifteen of the Second Superseding Indictment (ECF No. 337), the Court:

(1) **GRANTS** the Government's motion to dismiss Counts Two through Six and Fifteen of the Second Superseding Indictment (ECF No. 337) and

(2) **DISMISSES** Counts 2, 3, 4, 5, 6 and 15 of the Second Superseding Indictment (ECF No. 239).

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge