# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| | ) | |
| THOMAS C. GOLDSTEIN, | ) | Dated:  January 20, 2026 |
| | ) | |
| Defendant. | ) | |

## ORDER

On January 18, 2026, the Government filed a motion to clarify that certain evidence from 2022-2025 is admissible.  ECF No. 352.  On January 19, 2026, the Defendant filed a response in opposition to the Government's motion.  ECF No. 353.  On January 20, 2026, the Court held a hearing on the Government's motion to clarify that certain evidence from 2022-2025 is admissible (ECF No. 352).

For the reasons stated during the January 20, 2026, hearing, the Court **GRANTS-in-PART and DENIES-in-PART** the Government's motion to clarify that certain evidence from 2022-2025 is admissible (ECF No. 352).

IT IS SO ORDERED.

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge
