IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 8:25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | |
| Defendant. | |

**NON-PARTIES JEFFREY TOOBIN AND RUDY LEE'S MOTION TO QUASH**

Pursuant to Federal Rule of Criminal Procedure 17(c), non-party journalists Jeffrey Toobin and Rudy Lee respectfully move to quash the subpoenas compelling them to testify at the trial in this matter. The grounds for this motion are set forth in the accompanying memorandum of law. A proposed order is also attached.

Dated: January 27, 2026

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Chad R. Bowman*
Chad R. Bowman (D. Md. Bar No. 18305)
Maxwell S. Mishkin (D. Md. Bar No. 20650)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
bowmanchad@ballardspahr.com
mishkinm@ballardspahr.com

*Counsel for Jeffrey Toobin and Rudy Lee*