# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　v.<br><br>THOMAS C. GOLDSTEIN,<br><br>　　　　Defendant. | Case No. 8:25-cr-00006-LKG |

## ENTRY OF APPEARANCE

**To the Clerk of Court and All Parties of Record:**

Please enter my appearance as additional counsel for non-party journalists Jeffrey Toobin and Rudy Lee in the above-captioned matter.

Dated: January 28, 2026

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ Maxwell S. Mishkin*
Maxwell S. Mishkin (D. Md. Bar No. 20650)
1909 K Street NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
mishkinm@ballardspahr.com

*Counsel for Jeffrey Toobin and Rudy Lee*