MUNGER, TOLLES & OLSON LLP

601 MASSACHUSETTS AVENUE NW
SUITE 500E
WASHINGTON, D.C. 20001-5369
TELEPHONE (202) 220-1100

350 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-3426
TELEPHONE (213) 683-9100

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-3089
TELEPHONE (415) 512-4000

January 31, 2026

Writer's Direct Contact
(202)220-1130
(202)220-1130 FAX
Jonathan.Kravis@mto.com

**VIA ECF**

The Honorable Lydia K. Griggsby
United States District Court
District of Maryland
6500 Cherrywood Lane, Suite 400
Greenbelt, MD 20770

    Re:    *United States v. Thomas Goldstein*, Case No. LKG-25-006

Dear Judge Griggsby:

    The defense was recently made aware of a news article published by Law360 on January 29, 2026, that seriously mischaracterizes the testimony of Special Agent Quoc Tuan Nguyen. *See* Exhibit A. The article erroneously states that Special Agent Nguyen "said that Goldstein had backdated seemingly exculpatory emails he sent to himself and others, making them appear as though they were sent in 2016 and 2017." *Id.* This article fundamentally misstates the testimony of Special Agent Nguyen, who did not testify that Mr. Goldstein "backdated" any emails.

    To be clear—the defense has no reason to believe that the government was responsible for this mischaracterization of the testimony. Nevertheless, this erroneous reporting is obviously deeply injurious to Mr. Goldstein's reputation. The defense wishes to contact the news publication to make it aware of this error and request that the publication issue a retraction. In light of Local Rule 204(4), out of an abundance of caution, the defense seeks leave of Court to contact the publication for the narrow purpose of alerting the publication to the error and

MUNGER, TOLLES & OLSON LLP

January 31, 2026
Page 2

requesting a retraction.  The defense has offered to copy the government on the email to Law360.  The government has informed the defense that it takes no position on the defense's request.

                                                       Sincerely,

                                                       */s/ Jonathan I. Kravis*

                                                       Jonathan I. Kravis