# EXHIBIT A



10/16/18, 2:27 PM - Tom Goldstein DC: Looks like HK is very likely
10/16/18, 2:57 PM - Kristina: And for how long are u going there ?
10/16/18, 2:58 PM - Tom Goldstein DC: 3-4 days
10/16/18, 2:58 PM - Tom Goldstein DC: Have to go pick up $1-2m in cash I'm borrowing to pay taxes. Lol.
10/16/18, 3:01 PM - Kristina: Wow that's crazy . Is it real to bring to usa cash in this kind of value ? U better

**CONFIDENTIAL**

PROD-USA-0175237

**DX-0462.1 page 1 of 2**

tell me how to do it for my feature deal with my family.
10/16/18, 3:03 PM - Tom Goldstein DC: Yeah, it's legal.

[remainder of page redacted]

**CONFIDENTIAL**

PROD-USA-0175238

**DX-0462.1 page 2 of 2**