# EXHIBIT C

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 11 | Date Range: 9/12/2016 |

**Outline of Conversations**

 **71155414 - 2016-09-12** • 11 messages on 9/12/2016 • Tom Goldstein (+20 26 7475 94) • user71155414

 DEF PROD0000496

**DX-0737.1 page 1 of 3**

---

💬   **71155414 - 2016-09-12**

U    **user71155414**                                                                    9/12/2016, 12:00 AM



*Image: video_1@12-09-2016_00-00-48.mp4_thumb.jpg (1 KB)*

*Attachment: video_1@12-09-2016_00-00-48.mp4 (121 KB)*

U    **user71155414**                                                                    9/12/2016, 12:01 AM



*Image: photo_49@12-09-2016_00-01-17.jpg (277 KB)*

TG   **Tom Goldstein** ▮▮▮▮▮▮▮▮                                                          9/12/2016, 12:54 AM
Robl lost 4.5m HKD in the chairman games. Please take from my number.

TG   **Tom Goldstein** (+▮▮▮▮▮▮▮)                                                        9/12/2016, 1:23 AM
Actually please credit Andrew 6.19m HKD.

TG   **Tom Goldstein** (+▮▮▮▮▮▮)                                                         9/12/2016, 5:55 AM
HK now?

TG   **Tom Goldstein** (+▮▮▮▮▮▮)                                                         9/12/2016, 5:55 AM
How did PP do?

U    **user71155414**                                                                    9/12/2016, 6:02 AM



*Image: photo_50@12-09-2016_06-02-25.jpg (135 KB)*

| TG | **Tom Goldstein** (+⬛⬛⬛⬛⬛) | 9/12/2016, 6:03 AM |
|---|---|---|
| | Sure. Everyone knows that guy now. | |

| TG | **Tom Goldstein** (+⬛⬛⬛⬛⬛) | 9/12/2016, 8:35 AM |
|---|---|---|
| | Taking off for LA | |

| U | **user71155414** | 9/12/2016, 9:55 AM |
|---|---|---|
| | safe flight | |

| TG | **Tom Goldstein** (+⬛⬛⬛⬛⬛) | 9/12/2016, 9:44 PM |
|---|---|---|
| | Ty. All good? | |

FOIA Confidential Treatment Requested

DEF PROD0000498

**DX-0737.1 page 3 of 3**



| | | | | |
|---|---|---|---|---|
| | A | B | C | D | E |
| 28 | 29-Mar-16 | MNL | (1787186.36) | 7.7636 | TG /CHAIRMAN POKER - 30M HKD * 46.25%= -13.875M |
| 29 | 11-May-16 | JEJU | (128800.00) | 7.7636 | TG JEJU POKER -1M HKD |
| 30 | 12-May-16 | JEJU | 117723.20 | 7.7636 | TG JEJU POKER +914K HKD |
| 31 | 13-May-16 | MNL | (122746.40) | 7.7636 | TG MNL POKER -953K HKD |
| 32 | 14-May-16 | MNL | (901600.00) | 7.7636 | TG MNL POKER -10 M * 70% |
| 33 | 14-May-16 | MNL | 74665.36 | 7.7636 | TG IN PP MNL POKER 1%*57.97M HKD |
| 34 | 1-Jun-16 | US | 82000.00 | | TG PAID 82K TO KROLL FOR PP |
| 35 | 6-Jun-16 | VEGAS | 500000.00 | | TG PAID 500K TO ROBL |
| 36 | 6-Jul-16 | MONTENEGRO | 249034.80 | 7.75795 | TG MAESTRAL POKER W 1.932m HKD |
| 37 | 6-Jul-16 | MONTENEGRO | (6567.00) | | TG GET 5K POUNDS FROM PP |
| 38 | 15-Jul-16 | VEGAS | 300000.00 | | TG HELP PP PAID 300K LAWYER FEES |
| 39 | 23-Jul-16 | VEGAS | (300000.00) | | TG GET 300K USD FROM ROBL |
| 40 | 7-Aug-16 | PLANE | (95430.92) | 7.7543 | TG POKER -740K HKD |
| 41 | 8-Aug-16 | JEJU | (128960.70) | 7.7543 | TG JEJU POKER -1M HKD |
| 42 | 8-Aug-16 | MNL | (85960.41) | 7.7555 | TG MNL PESO POKER -4M PESO = -666.66K HKD |
| 43 | 8-Sep-16 | MNL | (128900.00) | 7.7555 | TG MNL POKER -1M HKD |
| 44 | 9-Sep-16 | MNL | (1252337.05) | 7.7555 | TG MNL POKER -9.7125 M HKD (-30M) |
| 45 | 9-Sep-16 | MNL | 3205789.44 | 7.7555 | TG MNL POKER +24.8625 M HKD (+66.3M*37.5%) |
| 46 | 11-Sep-16 | MNL | (61504.74) | 7.7555 | TG MNL POKER -477K HKD ( SMALL GAME) |
| 47 | 11-Sep-16 | MNL | 3428212.24 | 7.7555 | TG MNL POKER +26.5875 M HKD (+70.9M*37.5%) |
| 52 | | | 2949000.46 | | |

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **71155414 - 2016-10-22**

U    user71155414                                                    10/22/2016, 7:27 AM



*Image: photo_69@22-10-2016_07-27-10.jpg (172 KB)*

U    user71155414                                                    10/22/2016, 7:27 AM
     yo

TG   Tom Goldstein (+█████████)                                      10/22/2016, 10:42 AM
     Tyty

TG   Tom Goldstein (+█████████)                                      10/22/2016, 10:42 AM
     Please send US $800k

**DX-0737.3 page 1 of 1**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **71155414 - 2016-11-24**

| | | |
|---|---|---|
| TG | **Tom Goldstein** ⬛ ) <br> Fuck. TD. 😳😳😳 | 11/24/2016, 3:01 AM |
| U | **user71155414** <br> ? | 11/24/2016, 3:02 AM |
| TG | **Tom Goldstein** (+⬛ ) <br> Current session -300 | 11/24/2016, 3:02 AM |
| TG | **Tom Goldstein** (+⬛ ) <br> I play Gores Sat and Sun | 11/24/2016, 3:02 AM |
| TG | **Tom Goldstein** (+⬛ ) <br> PP has 70%. 50/50 with me. | 11/24/2016, 3:02 AM |
| U | **user71155414** <br> hv u text him ? | 11/24/2016, 3:03 AM |
| TG | **Tom Goldstein** (+⬛ ) <br> PP? Yes, all discussed with him. Lots of texts. | 11/24/2016, 3:03 AM |
| U | **user71155414** <br> go go go TG | 11/24/2016, 3:03 AM |
| TG | **Tom Goldstein** (+⬛ ) <br> Tyty | 11/24/2016, 3:03 AM |
| U | **user71155414** <br> win more for big Christmas present | 11/24/2016, 3:04 AM |
| U | **user71155414** <br> 😈😈😈 | 11/24/2016, 3:04 AM |
| TG | **Tom Goldstein** ⬛ ) <br> Lolol ya | 11/24/2016, 3:04 AM |
| U | **user71155414** <br> 50m | 11/24/2016, 3:04 AM |
| U | **user71155414** <br> more | 11/24/2016, 3:04 AM |
| TG | **Tom Goldstein** (+⬛ ) <br> Haha ok | 11/24/2016, 3:04 AM |
| TG | **Tom Goldstein** (+⬛ ) <br> Moving to LA. He wants to play lots. | 11/24/2016, 3:04 AM |
| U | **user71155414** <br> ok | 11/24/2016, 3:05 AM |

FOIA Confidential Treatment Requested

DEF PROD0000457

**DX-0737.4 page 1 of 1**

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 53 | Date Range: 11/21/2016 |

**Outline of Conversations**

 **71155414 - 2016-11-21** · 53 messages on 11/21/2016 · Tom Goldstein (+⬛⬛⬛⬛⬛⬛) · user71155414

**DX-0737.5 page 1 of 5**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **71155414 - 2016-11-21**

**TG**  Tom Goldstein ▮▮▮▮▮ )                                          11/21/2016, 9:54 AM
Game over. +18.

**U**  user71155414                                                       11/21/2016, 9:56 AM
thats means today +5.5?

**U**  user71155414                                                       11/21/2016, 9:56 AM
yesterday +13.5

**U**  user71155414                                                       11/21/2016, 9:57 AM
total +18 ?

**TG**  Tom Goldstein (+▮ ▮▮▮▮ )                                       11/21/2016, 9:57 AM
Ya

**U**  user71155414                                                       11/21/2016, 9:58 AM
so + 18 x 75% ?

**U**  user71155414                                                       11/21/2016, 9:58 AM
we hv 75% on it ?

**TG**  Tom Goldstein (+▮▮▮▮ )                                         11/21/2016, 9:59 AM
You have 60% of 66%, around. So little less than half.

**U**  user71155414                                                       11/21/2016, 10:00 AM
i dint get what u means

**TG**  Tom Goldstein (+▮▮▮▮ )                                         11/21/2016, 10:00 AM
Our deal covers 2/3. Then Saba has 60% of that.

**TG**  Tom Goldstein (▮▮▮▮ )                                          11/21/2016, 10:01 AM
Had 1/3 by investors.

**U**  user71155414                                                       11/21/2016, 10:06 AM
so is
our % =+ 18 x 75% = + 13.5

**U**  user71155414                                                       11/21/2016, 10:07 AM
pp % = + 13.5 x 64.44%
TG% = +13.5 x 35.56%

**U**  user71155414                                                       11/21/2016, 10:08 AM
am i right ?

**U**  user71155414                                                       11/21/2016, 10:11 AM
😂😂😂😂😂

**U**  user71155414                                                       11/21/2016, 10:11 AM
👍👍👍👍👍

FOIA Confidential Treatment Requested                          DEF PROD0000421

**TG**  Tom Goldstein (+■■■■■■■■■)                          11/21/2016, 10:15 AM
No. Starts 18 x .66.

**U**  user71155414                                         11/21/2016, 10:19 AM



Image: photo_73@21-11-2016_10-19-06.jpg (109 KB)

**U**  user71155414                                         11/21/2016, 10:19 AM
u told me u sell 25% !

**TG**  Tom Goldstein (+■■■■■■■■■)                          11/21/2016, 10:20 AM
Look above -- had 1/3 by investors.

**TG**  Tom Goldstein (+■■■■■■■■■)                          11/21/2016, 10:21 AM
I will figure out. Did with PP.

**U**  user71155414                                         11/21/2016, 10:21 AM
okok

**TG**  Tom Goldstein (+■■■■■■■■■)                          11/21/2016, 10:21 AM
Yes I think 25%. Think I'm wrong.

**TG**  Tom Goldstein (+■■■■■■■■■)                          11/21/2016, 10:21 AM
Sooooo tired.

**U**  user71155414                                         11/21/2016, 10:22 AM
ya ! we should hv 75%

**TG**  Tom Goldstein ■■■■■■■■■                            11/21/2016, 10:22 AM
Think so. So tired.

**U**  user71155414                                         11/21/2016, 10:22 AM
thn my numver is correct

**U**  user71155414                                         11/21/2016, 10:22 AM
👍👍👍

U    **user71155414**            11/21/2016, 10:22 AM
go rest 1st

U    **user71155414**            11/21/2016, 10:22 AM
yes my bro ! well done and congrats

U    **user71155414**            11/21/2016, 10:23 AM
😈😈😈

TG    **Tom Goldstein (+** ▮▮▮ **)**        11/21/2016, 10:23 AM
Tyty

TG    **Tom Goldstein (** ▮▮▮ **)**        11/21/2016, 11:15 AM
What are the final numbers for London?

U    **user71155414**            11/21/2016, 11:15 AM
still playing i think

TG    **Tom Goldstein (** ▮▮▮ **)**        11/21/2016, 11:16 AM
Latest news?

U    **user71155414**            11/21/2016, 11:25 AM
tom hv 100m more

U    **user71155414**            11/21/2016, 11:25 AM
credit

U    **user71155414**            11/21/2016, 11:26 AM
td lose 250m this morning

TG    **Tom Goldstein (+** ▮▮▮ **)**        11/21/2016, 12:05 PM
Fuuuuuck. So total -350?

U    **user71155414**            11/21/2016, 12:06 PM
- 359 for my information

TG    **Tom Goldstein** ▮▮▮ **)**        11/21/2016, 12:06 PM
Oh no

U    **user71155414**            11/21/2016, 12:07 PM
just act like u dont know , pp tilting nw

TG    **Tom Goldstein (+** ▮▮▮ **)**        11/21/2016, 12:07 PM
Ok.

TG    **Tom Goldstein (+** ▮▮▮ **)**        11/21/2016, 12:07 PM
OMG

U    **user71155414**            11/21/2016, 5:39 PM
pp told me
+18 * 75% *60%
pp% = +8.1
TG % = + 5.4
investor = + 5.5

           DEF PROD0000423

| | | |
|---|---|---|
| U | **user71155414**<br>so mine number u agree | 11/21/2016, 7:27 PM |
| TG | **Tom Goldstein** (+█████████)<br>Don't know yet | 11/21/2016, 7:28 PM |
| U | **user71155414**<br>ok | 11/21/2016, 7:30 PM |
| TG | **Tom Goldstein** (+█████████)<br>London still playing? | 11/21/2016, 8:01 PM |
| U | **user71155414**<br>ya | 11/21/2016, 8:02 PM |
| TG | **Tom Goldstein** (+█████████)<br>Update? | 11/21/2016, 8:02 PM |
| U | **user71155414**<br>+112for this session atm | 11/21/2016, 8:04 PM |
| TG | **Tom Goldstein** (+█████████)<br>Soooo crazy | 11/21/2016, 8:04 PM |

DEF PROD0000424

**DX-0737.5 page 5 of 5**

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 12/7/2016 |

**Outline of Conversations**

 **71155414 - 2016-12-07** · 7 messages on 12/7/2016 · Tom Goldstein (+⬛⬛⬛⬛) · user71155414

            DEF PROD0000227

**DX-0737.6 page 1 of 2**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **71155414 - 2016-12-07**

U    **user71155414**                                          12/7/2016, 6:30 AM
+ 8.5 * 65% = + 5.525

+ 5.525* 50% = + 2.7625 ( pp 😬

U    **user71155414**                                          12/7/2016, 6:31 AM
so u owe pp
8.5 + 2.7625 = 10.8625

U    **user71155414**                                          12/7/2016, 6:31 AM
gv u 600k for u

U    **user71155414**                                          12/7/2016, 6:32 AM
so 10.8625 - 0 .6 = 10.6625

U    **user71155414**                                          12/7/2016, 6:33 AM
and pls help pp gv TD 500k

U    **user71155414**                                          12/7/2016, 11:05 AM
is my number all correct ?

TG   **Tom Goldstein** ███ ███████ )                            12/7/2016, 3:13 PM
Don't know. Will check.

FOIA Confidential Treatment Requested                                    DEF PROD0000228

**DX-0737.6 page 2 of 2**



| | A | B | C | D | E |
|---|---|---|---|---|---|
| 37 | 6-Jul-16 | MONTENGRO | (6567.00) | | TG GET 5K POUNDS FROM PP |
| 38 | 15-Jul-16 | VEGAS | 300000.00 | | TG HELP PP PAID 300K LAWYER FEES |
| 39 | 23-Jul-16 | VEGAS | (300000.00) | | TG GET 300K USD FROM ROBL |
| 40 | 7-Aug-16 | PLANE | (95430.92) | 7.7543 | TG POKER -740K HKD |
| 41 | 8-Aug-16 | JEJU | (128960.70) | 7.7543 | TG JEJU POKER -1M HKD |
| 42 | 8-Aug-16 | MNL | (85960.41) | 7.7555 | TG MNL PESO POKER -4M PESO = -666.66K HKD |
| 43 | 8-Sep-16 | MNL | (128900.00) | 7.7555 | TG MNL POKER -1M HKD |
| 44 | 9-Sep-16 | MNL | (1341796.14) | 7.7555 | TG MNL POKER -10.4063 M HKD (-30M) |
| 45 | 9-Sep-16 | MNL | 3205789.44 | 7.7555 | TG MNL POKER +24.8625 M HKD (+66.3M*37.5%) |
| 46 | 11-Sep-16 | MNL | (61504.74) | 7.7555 | TG MNL POKER -477K HKD ( SMALL GAME) |
| 47 | 11-Sep-16 | MNL | 3428212.24 | 7.7555 | TG MNL POKER +26.5875 M HKD (+70.9M*37.5%) |
| 48 | 14-Sep-16 | HK | (580233.38) | 7.7555 | TG HELP ROBL PAID 4.5M HKD OF 7.5% LOSE |
| 49 | 14-Sep-16 | HK | (217909.87) | 7.7555 | TG OWE ROBL 1.69M HKD |
| 50 | 13-Oct-16 | MOTENEGRO | (200000.00) | 1.088299 | BANK IN 180K EU TO TG MO ACC/ |
| 51 | 18-Oct-16 | MONACO | (32649.00) | 1.088299 | IN PP ONE DROP 3% *1M |
| 52 | 18-Oct-16 | MONACO | (220772.53) | 1.088299 | IN ST MONACO TRIPS 10% -2.0286M*10%=-202.86KEU |
| 53 | | | | | |
| 54 | | | | | |
| 55 | | | | | |
| 56 | | | 1607976.58 | | |
| 57 | | | | | |

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 20 | Date Range: 12/17/2016 |

### Outline of Conversations

 **71155414 - 2016-12-17** · 20 messages on 12/17/2016 · Tom Goldstein (+███████) · user71155414

**DX-0737.8 page 1 of 3**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **71155414 - 2016-12-17**

| | | |
|---|---|---|
| U | **user71155414**<br>yo | 12/17/2016, 4:21 AM |
| U | **user71155414**<br>u coming bk hk yet ? | 12/17/2016, 4:21 AM |
| TG | **Tom Goldstein** (+█████████)<br>LA | 12/17/2016, 4:26 AM |
| U | **user71155414**<br>send us the exac number | 12/17/2016, 4:26 AM |
| U | **user71155414**<br>to deal with tango | 12/17/2016, 4:26 AM |
| U | **user71155414**<br>pp ask | 12/17/2016, 4:26 AM |
| TG | **Tom Goldstein** (+███████)<br>Ok | 12/17/2016, 4:27 AM |
| U | **user71155414**<br>secret | 12/17/2016, 4:27 AM |
| TG | **Tom Goldstein** (+████████)<br>Ya | 12/17/2016, 4:34 AM |
| U | **user71155414**<br>secret chat ! | 12/17/2016, 4:35 AM |
| U | **user71155414**<br>? | 12/17/2016, 11:52 AM |
| U | **user71155414**<br>u in LA yet ? | 12/17/2016, 11:52 AM |
| TG | **Tom Goldstein** (+████████)<br>Ya | 12/17/2016, 1:26 PM |

| | | |
|---|---|---|
| U | **user71155414**<br>TG %= +24.3 × 70% = +17.01<br>pp % =+24.3 × 30% = +7.29<br><br>pp + 7.29<br>Tg + 17.01 - 4.95 - 7.5 = + 4.56<br><br>total collect tango + 7.29 + 4.56 = 11.85 | 12/17/2016, 7:28 PM |
| U | **user71155414**<br>TG 80m * 70% = 56<br>pp 80m * 30% = 24 | 12/17/2016, 7:29 PM |
| U | **user71155414** | 12/17/2016, 7:31 PM |

FOIA Confidential Treatment Requested       DEF PROD0000905

**DX-0737.8 page 2 of 3**

TG = + 4.56 + 56 = + 60.56
pp = + 7.29 + 24 = + 31.29

total collect tango 91.85

| U | user71155414 | 12/17/2016, 7:31 PM |
| | u check | |

| U | user71155414 | 12/17/2016, 7:31 PM |
| | is my number correct ? | |

| TG | Tom Goldstein (+█ ████████ | 12/17/2016, 7:32 PM |
| | Is correct | |

| U | user71155414 | 12/17/2016, 7:33 PM |
| | ok | |

FOIA Confidential Treatment Requested

DEF PROD0000906

**DX-0737.8 page 3 of 3**

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 56 | Date Range: 2/5/2017 |

### Outline of Conversations

 **71155414 - 2017-02-05** · 56 messages on 2/5/2017 · Tom Goldstein (+███████) · user71155414

**Messages in chronological order** (times are shown in GMT +00:00)

---

| 💬 | **71155414 - 2017-02-05** |
|---|---|

| **TG** | **Tom Goldstein** (+█████████) | 2/5/2017, 3:59 PM |
|---|---|---|
| | Where is chairman? | |

| **TG** | **Tom Goldstein** (+█████████) | 2/5/2017, 4:00 PM |
|---|---|---|
| | I'm am coming to HK. PP knows. | |

| **U** | **user71155414** | 2/5/2017, 4:16 PM |
|---|---|---|
| | when u coming | |

| **TG** | **Tom Goldstein** (+████████) | 2/5/2017, 4:16 PM |
|---|---|---|
| | Wednesday | |

| **U** | **user71155414** | 2/5/2017, 4:17 PM |
|---|---|---|
| | Wednesday | |

| **U** | **user71155414** | 2/5/2017, 4:17 PM |
|---|---|---|
| | we leave hk | |

| **TG** | **Tom Goldstein** ████████) | 2/5/2017, 4:17 PM |
|---|---|---|
| | Where to? | |

| **U** | **user71155414** | 2/5/2017, 4:18 PM |
|---|---|---|
| | u know we havent received any from tango yet | |

| **U** | **user71155414** | 2/5/2017, 4:18 PM |
|---|---|---|
| | .... | |

| **TG** | **Tom Goldstein** (+████████) | 2/5/2017, 4:18 PM |
|---|---|---|
| | What?? | |

| **U** | **user71155414** | 2/5/2017, 4:18 PM |
|---|---|---|
| | still waiting conformation from fg | |

| **U** | **user71155414** | 2/5/2017, 4:19 PM |
|---|---|---|
| | tango told us collect from fg | |

| **U** | **user71155414** | 2/5/2017, 4:19 PM |
|---|---|---|
| | and fg say need talk to tango 1st | |

| **U** | **user71155414** | 2/5/2017, 4:19 PM |
|---|---|---|
| | .... | |

| **U** | **user71155414** | 2/5/2017, 4:19 PM |
|---|---|---|
| | fk | |

| **TG** | **Tom Goldstein** ████████ | 2/5/2017, 4:19 PM |
|---|---|---|
| | 😰 | |

| **TG** | **Tom Goldstein** ████████ | 2/5/2017, 4:19 PM |
|---|---|---|
| | Where going on Wednesday? | |

DEF PROD0000452

**DX-0737.9 page 2 of 5**

| | | | |
|---|---|---|---|
| U | **user71155414**<br>Malaysia | | 2/5/2017, 4:20 PM |
| U | **user71155414**<br>for meetings | | 2/5/2017, 4:20 PM |
| TG | **Tom Goldstein** (+█████████)<br>How long? | | 2/5/2017, 4:20 PM |
| TG | **Tom Goldstein** ███ █████████<br>Chairman in HK? | | 2/5/2017, 4:20 PM |
| U | **user71155414**<br>no | | 2/5/2017, 4:20 PM |
| U | **user71155414**<br>in london i think | | 2/5/2017, 4:21 PM |
| U | **user71155414**<br>just lose 300m to casino from london | | 2/5/2017, 4:21 PM |
| TG | **Tom Goldstein** ███ █████████<br>😩 | | 2/5/2017, 4:21 PM |
| TG | **Tom Goldstein** ███ █████████<br>When are you back from Malaysia? | | 2/5/2017, 4:22 PM |
| U | **user71155414**<br>11th | | 2/5/2017, 4:23 PM |
| TG | **Tom Goldstein** █████████<br>Ok. I will still be in HK. Until 15th. | | 2/5/2017, 4:23 PM |
| U | **user71155414**<br>yes | | 2/5/2017, 4:23 PM |
| U | **user71155414**<br>15th we go mnl | | 2/5/2017, 4:23 PM |
| U | **user71155414**<br>tourney | | 2/5/2017, 4:23 PM |
| TG | **Tom Goldstein** ███ █████████)<br>Who goes? | | 2/5/2017, 4:24 PM |
| U | **user71155414**<br>everyone go | | 2/5/2017, 4:24 PM |
| U | **user71155414**<br>big event | | 2/5/2017, 4:24 PM |
| U | **user71155414**<br>1m buy in | | 2/5/2017, 4:24 PM |

FOIA Confidential Treatment Requested

DEF PROD0000453

**DX-0737.9 page 3 of 5**

TG  **Tom Goldstein** ███ ███████ )                    2/5/2017, 4:24 PM
    Chair and other fish?

U   **user71155414**                                   2/5/2017, 4:25 PM
    i thinks yes

TG  **Tom Goldstein** ███ ███████                      2/5/2017, 4:25 PM
    How long in HK?

U   **user71155414**                                   2/5/2017, 4:33 PM
    hk ?

U   **user71155414**                                   2/5/2017, 4:33 PM
    what u means ?

TG  **Tom Goldstein** ███ ███████ )                    2/5/2017, 4:33 PM
    Sorry, MNL

U   **user71155414**                                   2/5/2017, 4:33 PM
    till 22th

TG  **Tom Goldstein** ███ ███████ )                    2/5/2017, 4:33 PM
    Cool

U   **user71155414**                                   2/5/2017, 4:34 PM
    u come hk for find fish play cash game ?

U   **user71155414**                                   2/5/2017, 4:35 PM
    or just for hang out

TG  **Tom Goldstein** ███ ███████ )                    2/5/2017, 4:35 PM
    Cash game

U   **user71155414**                                   2/5/2017, 4:35 PM
    what kind of cash game

TG  **Tom Goldstein** ███ ███████                      2/5/2017, 4:35 PM
    Short handed or HU

U   **user71155414**                                   2/5/2017, 4:35 PM
    event pp also no games

TG  **Tom Goldstein** ███ ███████                      2/5/2017, 4:36 PM
    Working with TD to learn short deck

U   **user71155414**                                   2/5/2017, 4:36 PM
    oh ok

U   **user71155414**                                   2/5/2017, 4:36 PM
    sounds good

TG  **Tom Goldstein** ███ ███████                      2/5/2017, 4:36 PM
    PP no games?

FOIA Confidential Treatment Requested                              DEF PROD0000454

**DX-0737.9 page 4 of 5**

U    **user71155414**                                                      2/5/2017, 4:39 PM
yes

U    **user71155414**                                                        2/5/2017, 4:39 PM
we stay at rooms everyday

TG    **Tom Goldstein** ▮ ▮▮▮▮▮                                        2/5/2017, 4:40 PM
☹

FOIA Confidential Treatment Requested              DEF PROD0000455

**DX-0737.9 page 5 of 5**

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 3/12/2017 |

### Outline of Conversations

 **71155414 - 2017-03-12** · 7 messages on 3/12/2017 · Tom Goldstein ▇▇▇▇▇▇ · user71155414

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **71155414 - 2017-03-12**

| TG | **Tom Goldstein ▇ ▇ )** | 3/12/2017, 4:55 PM |
| | News bro? | |

| U | **user71155414** | 3/12/2017, 5:06 PM |
| | taipei nw | |

| TG | **Tom Goldstein (+▇ )** | 3/12/2017, 5:08 PM |
| | How are things? | |

| U | **user71155414** | 3/12/2017, 5:19 PM |
| | fg just confirmed the tango number but not yet pay | |

| U | **user71155414** | 3/12/2017, 5:19 PM |
| | 😫😫 | |

| U | **user71155414** | 3/12/2017, 5:19 PM |
| | i Chase them every two day | |

| TG | **Tom Goldstein (+▇ )** | 3/12/2017, 5:19 PM |
| | wtf???? | |

FOIA Confidential Treatment Requested

DEF PROD0000943

**DX-0737.10 page 2 of 2**

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 23 | Date Range: 8/3/2017 |

**Outline of Conversations**

 **71155414 - 2017-08-03** · 23 messages on 8/3/2017 · Tom Goldstein (+█████████) · user71155414

**DX-0737.11 page 1 of 4**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **71155414 - 2017-08-03**

| U | **user71155414**<br>Bro | 8/3/2017, 4:23 PM |

| U | **user71155414**<br>Need ur help | 8/3/2017, 4:23 PM |

| U | **user71155414**<br>U there ? | 8/3/2017, 4:24 PM |

| TG | **Tom Goldstein** (+⬛⬛⬛⬛)<br>Ok. Here. | 8/3/2017, 4:24 PM |

| U | **user71155414**<br>Do u remember ur basket ball horse | 8/3/2017, 4:25 PM |

| TG | **Tom Goldstein** (+⬛⬛⬛⬛)<br>The v good in NBA? | 8/3/2017, 4:25 PM |

| U | **user71155414**<br>-4k to pp<br>11k to td | 8/3/2017, 4:25 PM |

| U | **user71155414**<br>E.u | 8/3/2017, 4:25 PM |

| U | **user71155414**<br>Am I right ? | 8/3/2017, 4:25 PM |

| TG | **Tom Goldstein** (+⬛⬛⬛⬛)<br>I think I lost everything | 8/3/2017, 4:26 PM |

| U | **user71155414**<br>.... | 8/3/2017, 4:26 PM |

| U | **user71155414**<br>Serious bro | 8/3/2017, 4:26 PM |

| TG | **Tom Goldstein** (+⬛⬛⬛⬛)<br>I lost 11 or more. Can say 15 me and 0 PP. | 8/3/2017, 4:27 PM |

| TG | **Tom Goldstein** (+⬛⬛⬛⬛)<br>Don't remember exactly | 8/3/2017, 4:27 PM |

| U | **user71155414**<br>I remember but just wanna confirm td number | 8/3/2017, 4:27 PM |

| TG | **Tom Goldstein** (+⬛⬛⬛⬛)<br>Then es | 8/3/2017, 4:28 PM |

| TG | **Tom Goldstein** ⬛⬛⬛⬛)<br>Yes | 8/3/2017, 4:28 PM |

**DX-0737.11 page 2 of 4**

U   **user71155414**                                                    8/3/2017, 4:28 PM
Ok

U   **user71155414**                                                    8/3/2017, 5:01 PM



Image: photo_83@03-08-2017_17-01-28.jpg (106 KB)

U   **user71155414**                                                    8/3/2017, 5:01 PM
Am I missing anything?

U   **user71155414**                                                    8/3/2017, 5:02 PM
Ah ur extra exspense in mo

TG   **Tom Goldstein (+█          )**                                   8/3/2017, 5:02 PM
Yes. Will look.

U   **user71155414**                                                    8/3/2017, 5:12 PM



Image: photo_84@03-08-2017_17-12-47.jpg (81 KB)

FOIA Confidential Treatment Requested

DEF PROD0000368

**DX-0737.11 page 3 of 4**

FOIA Confidential Treatment Requested

DEF PROD0000369

**DX-0737.11 page 4 of 4**



| Date | Place | TG&P USD | RATE | ISSUE |
|------|-------|----------|------|-------|
| 7/6/2017 | MO | 420103.00 | 7.76 | TG NO POKER+326 HKD |
| 8/6/2017 | MO | (14588.60) | | TG BASKETBAL -15K EU PP+4 TD +11 |
| 13/7/2017 | MO | (2577319.59) | 7.76 | TG BIG GAME -50M*40%=-20M |
| 14/7/2017 | MO | (115979.38) | 7.76 | TG SMALL GAME -900KHKD |
| 15/7/2017 | MO | 132860.82 | 7.76 | TG SMALL GAME +1.031 M HKD |
| 16/7/2017 | MO | (103093.00) | 7.76 | TG SMALL GAME -800 K HKD |
| 16/7/2017 | MO | 12113.40 | 7.76 | TG SMALL GAME +94 K HKD |
| 22/7/2017 | MO | -50257.7 | 7.76 | TG SMALL GAME -390 K HKD |
| 25/7/2017 | LONDON | (27706.20) | 7.76 | TG SMALL GAME -215 K HKD |
| 26/7/2017 | LONDON | 1159.79 | 7.76 | TG SMALL GAME +9 K HKD |
| 27/7/2017 | LONDON | (257.73) | 7.76 | TG SMALL GAME -2 K HKD |
| 28/7/2017 | LONDON | 105154.60 | 7.76 | TG SMALL GAME +816 K HKD |
| 28/7/2017 | MO | (5925.00) | | TG GET CASH FROM PP 15K EU |
| 1/8/2017 | MO | (17775.00) | | TG GV CASH TO ARASH FROMBERNARD 5K EU |

(2241510.58)

FOIA Confidential Treatment Requested

DEF PROD0000370

DX-0737.12 page 1 of 1

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 14 | Date Range: 4/12/2017 |

**Outline of Conversations**

 **71155414 - 2017-04-12** • 14 messages on 4/12/2017 • Tom Goldstein (+⬛⬛⬛⬛⬛⬛) • user71155414

**Messages in chronological order** (times are shown in GMT +00:00)

---

| 💬 | **71155414 - 2017-04-12** |
|---|---|

| U | **user71155414** | 4/12/2017, 12:00 AM |
|---|---|---|
|  | the 600k over of pp number u did pass td ? | |

| TG | **Tom Goldstein** (+█████████) | 4/12/2017, 12:00 AM |
|---|---|---|
|  | Gave almost all | |

| TG | **Tom Goldstein** (+█████████) | 4/12/2017, 12:01 AM |
|---|---|---|
|  | Rest arranged with him | |

| U | **user71155414** | 4/12/2017, 12:01 AM |
|---|---|---|
|  | ok | |

| U | **user71155414** | 4/12/2017, 12:01 AM |
|---|---|---|
|  | thn u and pp even steven  for nw | |

| TG | **Tom Goldstein** █████ █████) | 4/12/2017, 12:01 AM |
|---|---|---|
|  | Ya 100% | |

| U | **user71155414** | 4/12/2017, 12:02 AM |
|---|---|---|
|  | so how ur training in short deck ? | |

| TG | **Tom Goldstein** (+█████████) | 4/12/2017, 12:02 AM |
|---|---|---|
|  | Going to learn short deck | |

| TG | **Tom Goldstein** (+█████████) | 4/12/2017, 12:02 AM |
|---|---|---|
|  | Lol | |

| TG | **Tom Goldstein** (+█████████) | 4/12/2017, 12:02 AM |
|---|---|---|
|  | More in 2 weeks | |

| TG | **Tom Goldstein** (+█████████) | 4/12/2017, 12:02 AM |
|---|---|---|
|  | TD supposed to be v good now | |

| U | **user71155414** | 4/12/2017, 12:02 AM |
|---|---|---|
|  | how ur full deck running well ? | |

| TG | **Tom Goldstein** (+█████████) | 4/12/2017, 12:03 AM |
|---|---|---|
|  | Better. Bad for a while. But better now. | |

| U | **user71155414** | 4/12/2017, 12:03 AM |
|---|---|---|
|  | ok good | |

DEF PROD0001091

**DX-0737.13 page 2 of 2**

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 2/24/2017 |

**Outline of Conversations**

 **71155414 - 2017-02-24** · 7 messages on 2/24/2017 · Tom Goldstein (+███████) · user71155414

FOIA Confidential Treatment Requested

DEF PROD0000870

**DX-0737.14 page 1 of 2**

**Messages in chronological order** (times are shown in GMT +00:00)

---

| 💬 | **71155414 - 2017-02-24** | |
|---|---|---|
| U | **user71155414**<br>yo | 2/24/2017, 5:41 PM |
| TG | **Tom Goldstein** (+█ ▓▓▓▓▓ )<br>Hey | 2/24/2017, 5:46 PM |
| U | **user71155414**<br>pp saids the balance of u and him pass to td | 2/24/2017, 5:47 PM |
| TG | **Tom Goldstein** (+█ ▓▓▓▓▓ )<br>Yes | 2/24/2017, 5:47 PM |
| U | **user71155414**<br>i will send u the exact number once i bk to his home | 2/24/2017, 5:48 PM |
| U | **user71155414**<br>nw in hotel laptop not with me | 2/24/2017, 5:48 PM |
| TG | **Tom Goldstein** (+█ ▓▓▓▓▓ )<br>K | 2/24/2017, 5:48 PM |