# EXHIBIT A

**Messages in chronological order** (times are shown in GMT +00:00)

### 71155414 - 2016-11-24

**TG** — Tom Goldstein (+███████)  
Fuck. TD. 😳😳😳  
11/24/2016, 3:01 AM

**U** — user71155414  
?  
11/24/2016, 3:02 AM

**TG** — Tom Goldstein (+███████)  
Current session -300  
11/24/2016, 3:02 AM

**TG** — Tom Goldstein (+███████)  
I play Gores Sat and Sun  
11/24/2016, 3:02 AM

**TG** — Tom Goldstein (+███████)  
PP has 70%. 50/50 with me.  
11/24/2016, 3:02 AM

**U** — user71155414  
hv u text him ?  
11/24/2016, 3:03 AM

**TG** — Tom Goldstein (+███████)  
PP? Yes, all discussed with him. Lots of texts.  
11/24/2016, 3:03 AM

**U** — user71155414  
go go go TG  
11/24/2016, 3:03 AM

**TG** — Tom Goldstein (+███████)  
Tyty  
11/24/2016, 3:03 AM

**U** — user71155414  
win more for big Christmas present  
11/24/2016, 3:04 AM

**U** — user71155414  
😈😈😈  
11/24/2016, 3:04 AM

**TG** — Tom Goldstein ███████  
Lolol ya  
11/24/2016, 3:04 AM

**U** — user71155414  
50m  
11/24/2016, 3:04 AM

**U** — user71155414  
more  
11/24/2016, 3:04 AM

**TG** — Tom Goldstein (+███████)  
Haha ok  
11/24/2016, 3:04 AM

**TG** — Tom Goldstein (+███████)  
Moving to LA. He wants to play lots.  
11/24/2016, 3:04 AM

**U** — user71155414  
ok  
11/24/2016, 3:05 AM

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 20 | Date Range: 12/17/2016 |

**Outline of Conversations**

 71155414 - 2016-12-17 • 20 messages on 12/17/2016 • Tom Goldstein (+█████████) • user71155414

FOIA Confidential Treatment Requested                                          DEF PROD0000904

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **71155414 - 2016-12-17**

| | | |
|---|---|---|
| U | **user71155414**<br>yo | 12/17/2016, 4:21 AM |
| U | **user71155414**<br>u coming bk hk yet ? | 12/17/2016, 4:21 AM |
| TG | **Tom Goldstein (+**█████**)**<br>LA | 12/17/2016, 4:26 AM |
| U | **user71155414**<br>send us the exac number | 12/17/2016, 4:26 AM |
| U | **user71155414**<br>to deal with tango | 12/17/2016, 4:26 AM |
| U | **user71155414**<br>pp ask | 12/17/2016, 4:26 AM |
| TG | **Tom Goldstein (+**█████**)**<br>Ok | 12/17/2016, 4:27 AM |
| U | **user71155414**<br>secret | 12/17/2016, 4:27 AM |
| TG | **Tom Goldstein (+**█████**)**<br>Ya | 12/17/2016, 4:34 AM |
| U | **user71155414**<br>secret chat ! | 12/17/2016, 4:35 AM |
| U | **user71155414**<br>? | 12/17/2016, 11:52 AM |
| U | **user71155414**<br>u in LA yet ? | 12/17/2016, 11:52 AM |
| TG | **Tom Goldstein (+**█████**)**<br>Ya | 12/17/2016, 1:26 PM |
| U | **user71155414**<br>TG %= +24.3 × 70% = +17.01<br>pp % =+24.3 × 30% = +7.29<br><br>pp + 7.29<br>Tg + 17.01 - 4.95 - 7.5 = + 4.56<br><br>total collect tango + 7.29 + 4.56 = 11.85 | 12/17/2016, 7:28 PM |
| U | **user71155414**<br>TG 80m * 70% = 56<br>pp 80m * 30% = 24 | 12/17/2016, 7:29 PM |
| U | **user71155414** | 12/17/2016, 7:31 PM |

TG = + 4.56 + 56 = + 60.56
pp = + 7.29 + 24 = + 31.29

total collect tango 91.85

| | | | |
|---|---|---|---|
| U | user71155414<br>u check | | 12/17/2016, 7:31 PM |
| U | user71155414<br>is my number correct ? | | 12/17/2016, 7:31 PM |
| TG | Tom Goldstein (+█ ██████)<br>Is correct | | 12/17/2016, 7:32 PM |
| U | user71155414<br>ok | | 12/17/2016, 7:33 PM |

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 56 | Date Range: 2/5/2017 |

## Outline of Conversations

   **71155414 - 2017-02-05** • 56 messages on 2/5/2017 • Tom Goldstein (+█████████) • user71155414

**Messages in chronological order** (times are shown in GMT +00:00)

### 71155414 - 2017-02-05

| | | |
|---|---|---|
| TG | **Tom Goldstein** (+▮▮)<br>Where is chairman? | 2/5/2017, 3:59 PM |
| TG | **Tom Goldstein** (+▮▮)<br>I'm am coming to HK. PP knows. | 2/5/2017, 4:00 PM |
| U | user71155414<br>when u coming | 2/5/2017, 4:16 PM |
| TG | **Tom Goldstein** (+▮▮)<br>Wednesday | 2/5/2017, 4:16 PM |
| U | user71155414<br>Wednesday | 2/5/2017, 4:17 PM |
| U | user71155414<br>we leave hk | 2/5/2017, 4:17 PM |
| TG | **Tom Goldstein** ▮▮<br>Where to? | 2/5/2017, 4:17 PM |
| U | user71155414<br>u know we havent received any from tango yet | 2/5/2017, 4:18 PM |
| U | user71155414<br>.... | 2/5/2017, 4:18 PM |
| TG | **Tom Goldstein** (+▮▮)<br>What?? | 2/5/2017, 4:18 PM |
| U | user71155414<br>still waiting conformation from fg | 2/5/2017, 4:18 PM |
| U | user71155414<br>tango told us collect from fg | 2/5/2017, 4:19 PM |
| U | user71155414<br>and fg say need talk to tango 1st | 2/5/2017, 4:19 PM |
| U | user71155414<br>.... | 2/5/2017, 4:19 PM |
| U | user71155414<br>fk | 2/5/2017, 4:19 PM |
| TG | **Tom Goldstein** ▮▮<br>😔 | 2/5/2017, 4:19 PM |
| TG | **Tom Goldstein** ▮▮<br>Where going on Wednesday? | 2/5/2017, 4:19 PM |

| | | | |
|---|---|---|---|
| U | user71155414<br>Malaysia | | 2/5/2017, 4:20 PM |
| U | user71155414<br>for meetings | | 2/5/2017, 4:20 PM |
| TG | Tom Goldstein (+▮▮)<br>How long? | | 2/5/2017, 4:20 PM |
| TG | Tom Goldstein ▮▮<br>Chairman in HK? | | 2/5/2017, 4:20 PM |
| U | user71155414<br>no | | 2/5/2017, 4:20 PM |
| U | user71155414<br>in london i think | | 2/5/2017, 4:21 PM |
| U | user71155414<br>just lose 300m to casino from london | | 2/5/2017, 4:21 PM |
| TG | Tom Goldstein ▮▮<br>😞 | | 2/5/2017, 4:21 PM |
| TG | Tom Goldstein ▮▮<br>When are you back from Malaysia? | | 2/5/2017, 4:22 PM |
| U | user71155414<br>11th | | 2/5/2017, 4:23 PM |
| TG | Tom Goldstein ▮▮<br>Ok. I will still be in HK. Until 15th. | | 2/5/2017, 4:23 PM |
| U | user71155414<br>yes | | 2/5/2017, 4:23 PM |
| U | user71155414<br>15th we go mnl | | 2/5/2017, 4:23 PM |
| U | user71155414<br>tourney | | 2/5/2017, 4:23 PM |
| TG | Tom Goldstein ▮▮)<br>Who goes? | | 2/5/2017, 4:24 PM |
| U | user71155414<br>everyone go | | 2/5/2017, 4:24 PM |
| U | user71155414<br>big event | | 2/5/2017, 4:24 PM |
| U | user71155414<br>1m buy in | | 2/5/2017, 4:24 PM |

| | | | |
|---|---|---|---|
| TG | **Tom Goldstein** ▮▮▮▮ )<br>Chair and other fish? | | 2/5/2017, 4:24 PM |
| U | **user71155414**<br>i thinks yes | | 2/5/2017, 4:25 PM |
| TG | **Tom Goldstein** ▮▮▮▮ )<br>How long in HK? | | 2/5/2017, 4:25 PM |
| U | **user71155414**<br>hk ? | | 2/5/2017, 4:33 PM |
| U | **user71155414**<br>what u means ? | | 2/5/2017, 4:33 PM |
| TG | **Tom Goldstein** ▮▮▮▮ )<br>Sorry, MNL | | 2/5/2017, 4:33 PM |
| U | **user71155414**<br>till 22th | | 2/5/2017, 4:33 PM |
| TG | **Tom Goldstein** ▮▮▮▮ )<br>Cool | | 2/5/2017, 4:33 PM |
| U | **user71155414**<br>u come hk for find fish play cash game ? | | 2/5/2017, 4:34 PM |
| U | **user71155414**<br>or just for hang out | | 2/5/2017, 4:35 PM |
| TG | **Tom Goldstein** ▮▮▮▮ )<br>Cash game | | 2/5/2017, 4:35 PM |
| U | **user71155414**<br>what kind of cash game | | 2/5/2017, 4:35 PM |
| TG | **Tom Goldstein** ▮▮▮▮<br>Short handed or HU | | 2/5/2017, 4:35 PM |
| U | **user71155414**<br>event pp also no games | | 2/5/2017, 4:35 PM |
| TG | **Tom Goldstein** ▮▮▮▮<br>Working with TD to learn short deck | | 2/5/2017, 4:36 PM |
| U | **user71155414**<br>oh ok | | 2/5/2017, 4:36 PM |
| U | **user71155414**<br>sounds good | | 2/5/2017, 4:36 PM |
| TG | **Tom Goldstein** ▮▮▮▮<br>PP no games? | | 2/5/2017, 4:36 PM |

FOIA Confidential Treatment Requested

DEF PROD0000454

| | | |
|---|---|---|
| U | **user71155414** <br> yes | 2/5/2017, 4:39 PM |
| U | **user71155414** <br> we stay at rooms everyday | 2/5/2017, 4:39 PM |
| TG | **Tom Goldstein** ▇ ▇ <br> ☹️ | 2/5/2017, 4:40 PM |

# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 14 | Date Range: 4/12/2017 |

## Outline of Conversations

 **71155414 - 2017-04-12** • 14 messages on 4/12/2017 • Tom Goldstein (+███████) • user71155414

**71155414 - 2017-04-12**

| | | |
|---|---|---|
| U | **user71155414**<br>the 600k over of pp number u did pass td ? | 4/12/2017, 12:00 AM |
| TG | **Tom Goldstein (+▮▮▮▮▮)**<br>Gave almost all | 4/12/2017, 12:00 AM |
| TG | **Tom Goldstein (+▮▮▮▮▮)**<br>Rest arranged with him | 4/12/2017, 12:01 AM |
| U | **user71155414**<br>ok | 4/12/2017, 12:01 AM |
| U | **user71155414**<br>thn u and pp even steven for nw | 4/12/2017, 12:01 AM |
| TG | **Tom Goldstein ▮▮▮▮▮**<br>Ya 100% | 4/12/2017, 12:01 AM |
| U | **user71155414**<br>so how ur training in short deck ? | 4/12/2017, 12:02 AM |
| TG | **Tom Goldstein (+▮▮▮▮▮)**<br>Going to learn short deck | 4/12/2017, 12:02 AM |
| TG | **Tom Goldstein (+▮▮▮▮▮)**<br>Lol | 4/12/2017, 12:02 AM |
| TG | **Tom Goldstein (+▮▮▮▮▮)**<br>More in 2 weeks | 4/12/2017, 12:02 AM |
| TG | **Tom Goldstein (+▮▮▮▮▮)**<br>TD supposed to be v good now | 4/12/2017, 12:02 AM |
| U | **user71155414**<br>how ur full deck running well ? | 4/12/2017, 12:02 AM |
| TG | **Tom Goldstein (+▮▮▮▮▮)**<br>Better. Bad for a while. But better now. | 4/12/2017, 12:03 AM |
| U | **user71155414**<br>ok good | 4/12/2017, 12:03 AM |

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 10/11/2018 |

**Outline of Conversations**



**89308144 - 2018-10-11** • 8 messages on 10/11/2018 • Tom Goldstein (+█████████) • user89308144

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **89308144 - 2018-10-11**

TG **Tom Goldstein** (+███████)                           10/11/2018, 7:39 PM



TG **Tom Goldstein** (+███████)                           10/11/2018, 7:45 PM
Do you happen to know whether the remainder of the loan will be ok with Richard? Apologies for the bother. Just got another communication from the IRS.

U **user89308144**                                         10/11/2018, 7:47 PM
We are all losing a lot . I will see what can be done on Monday .

U **user89308144**                                         10/11/2018, 7:47 PM
Will another million be enough ?

U **user89308144**                                         10/11/2018, 7:47 PM
TD lost huge past week

TG **Tom Goldstein** (+███████)                           10/11/2018, 8:14 PM
I'm so sorry. The $1m you already lent to me is of course very kind. Doing another $1m is extremely generous too. If it's possible, I'm obviously incredibly grateful. My situation will be the same in terms of what I owe. So I likely would come back towards the end of the year just in case the circumstances are better for you. But of course, I'm grateful for whatever is possible for you and ask for nothing else. Many thanks.