IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG-25-6 |
| | * | |
| THOMAS C. GOLDSTEIN, | * | |
| | * | |
| Defendant. | * | |
| | * | |

******

## GOVERNMENT'S PROPOSED VERDICT FORM

The parties have agreed to submit separate proposals for the verdict form in this case in light of fundamental disagreements about the form. The government respectfully submits the attached verdict form, which is appropriate and straightforward given the charges and evidence, and in light of the jury instructions the government proposed.

The government objects to defendant Thomas Goldstein's special verdict form. In the Fourth Circuit, there is "a presumption against special verdicts in criminal cases." *See United States v. Gutierrez*, 963 F.3d 320, 338 (4th Cir. 2020) (quoting *United States v. Udeozor*, 515 F.3d 260, 271 (4th Cir. 2008)). Special verdict forms are also disfavored in other federal circuits. *See United States v. Blackwell*, 459 F.3d 739, 766 (6th Cir. 2006); *United States v. Sababu*, 891 F.2d 1308, 1325 (7th Cir. 1989). The government submits that any disagreements on the law (for example, as to whether specific unanimity is required) can and should be resolved through the jury instructions themselves, and not by creating and unnecessarily complex and confusing verdict form. *See Sababu*, 891 F.2d at 1326 (referencing how unanimity was handled in the instructions in affirming denial of special verdict form on unanimity).

The government reserves the right to cite additional legal authority in support of its proposed verdict form—and in opposition to Goldstein's—at the charge conference.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | KELLY O. HAYES<br>United States Attorney |
| Dated: February 16, 2026 | */s/ Hayter L. Whitman*<br>Hayter L. Whitman<br>Trial Attorney<br>Department of Justice, Criminal Division |
|  | Sean Beaty<br>Senior Litigation Counsel<br>Emerson Gordon-Marvin<br>Trial Attorney<br>Department of Justice, Criminal Division |
|  | Adeyemi Adenrele<br>Assistant United States Attorney<br>District of Maryland |
|  | *Attorneys for the United States of America* |

**[PROPOSED] VERDICT FORM**

(1) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count One of the Indictment of Tax Evasion for calendar year 2016?

   ____ Guilty         ____ Not Guilty

(2) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Two of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2017?

   ____ Guilty         ____ Not Guilty

(3) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Three of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1120-S, for calendar year 2017?

   ____ Guilty         ____ Not Guilty

(4) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Four of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2018?

   ____ Guilty         ____ Not Guilty

(5) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Five of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1120-S, for calendar year 2018?

   ____ Guilty         ____ Not Guilty

(6) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Six of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2019?

   ____ Guilty         ____ Not Guilty

(7) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Seven of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1120-S, for calendar year 2019?

   ____ Guilty         ____ Not Guilty

(8) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Eight of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2020?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(9) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Nine of the Indictment of aiding and assisting in the preparation of a false tax return, IRS Form 1040, for calendar year 2021?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(10) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Ten of the Indictment of willful failure to timely pay taxes for calendar year 2017?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(11) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Eleven of the Indictment of willful failure to timely pay taxes for calendar year 2019?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(12) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Twelve of the Indictment of willful failure to timely pay taxes for calendar year 2020?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(13) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Thirteen of the Indictment of willful failure to timely pay taxes for calendar year 2021?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(14) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Fourteen of the Indictment of making a false statement to a mortgage lending business, First Savings Mortgage Corporation, on or about February 24, 2021?

\_\_\_\_ Guilty          \_\_\_\_ Not Guilty

(15) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Fifteen of the Indictment of making a false statement to a mortgage lending business, First Savings Mortgage Corporation, on or about March 1, 2021?

\_\_\_\_ Guilty            \_\_\_\_ Not Guilty

(16) How do you find the defendant, THOMAS C. GOLDSTEIN, as to the charge in Count Sixteen of the Indictment of making a false statement to a mortgage lending business, NFM Lending, on or about September 29, 2021?

\_\_\_\_ Guilty            \_\_\_\_ Not Guilty

THE FOREGOING CONSTITUTES THE UNANIMOUS VERDICT OF THE JURY.

_____              _____
Date                                      Foreperson