CASE NUMBER: LKG 25-0006
CASE NAME: USA v. THOMAS GOLDSTEIN

FEB 27 2026

We are requesting the following items:

testimony from Maxwell Howell
testimony from Darran Anthony
testimony from Thomas Goldstein
Government exhibits showing IP addresses showing location of mortgage application signature
flight itinerary from Feb-March 2021 and any related texts

JUROR NUMBER: ▮▮▮

DATE: 2/19/26
TIME: 3:20 pm

Jury Note (Rev. 2/2009)

February 19, 2026

The Court is in receipt of the Jury's note sent at 3:20 pm on February 19, 2026.

All trial exhibits will be provided to the Jury.

The exhibit numbers for the trial exhibits requested by the Jury are as follows:

<div style="text-align:center">

GX-8 (first FSM application)

GX-8.1 (first FSM application) at 8, 19, 21

GX-9 (second FSM application)

GX-9.1 (second FSM application) at 16-17

GX-10 (NFM application) at 15, 71, 96, 116, 122

GX-10.1 (NFM application)

GX-10.2 (NFM application)

GX-781 (Verizon IP record)

GX-886 (flight records) at 550, 852

</div>

February 24, 2026

The Court is in receipt of the Jury's note, dated February 19, 2026.

On Thursday, you asked the Court for three witness transcripts. As a general matter, your recollection of the testimony as you heard it during trial is the evidence you should consider in your deliberations. In this instance, the parties have agreed to provide excerpts of the requested witness transcripts.

The witness transcripts attached are:

- Maxwell Howell
- Darran Anthony
- Thomas Goldstein

CSO Washington
1521 hours

CASE NUMBER: LKG 25-0006
CASE NAME: USA v. THOMAS GOLDSTEIN

We are requesting 6x 1096, 1097, 1098 and the DocMagic exhibits relating to IP addresses.

JUROR NUMBER: ███

DATE: 2/24/26
TIME: 9:46 am

Jury Note (Rev. 2/2009)

February 24, 2026

The Court is in receipt of the Jury's note dated February 24, 2026. All trial exhibits have been provided to the Jury.

The exhibit numbers for the DocMagic trial exhibits are as follows:

    GX 8.1 (First FSM Application, excerpted) pages 8, 19, 21
    GX 9.1 (Second FSM Application, excerpted) pages 16-18

CSO Robinson
2-24-26  0950

CASE NUMBER: LKG 25-0006
CASE NAME: USA v. THOMAS GOLDSTEIN

We have made substantial progress in our deliberations today but need to end for the day at 5:00 pm. We will continue deliberating tomorrow morning.

JUROR NUMBER: ███

DATE: 2/24/26
TIME: 4:45 pm

Jury Note (Rev. 2/2009)

2/24/2026
4:45 pm

CSO Peter Mongelli
CSO

CASE NUMBER: LKG 25-0006
CASE NAME: USA v. THOMAS GOLDSTEIN

The jury has a clarifying question about the wording of Instruction No. 42 – specifically, the second sentence of the third/last paragraph, regarding the definition of "material." Does the instruction mean ① that a false statement must be essential to an accurate determination of the number amount of the tax liability, or ② that a false statement must be essential to ~~an~~ the ability to accurately determine the ~~amount~~ tax liability?

JUROR NUMBER: [redacted]

DATE: 2/25/28
TIME: 11:54 am

Jury Note (Rev. 2/2009)

February 25, 2026

The Court is in receipt of the Jury's note, dated February 25, 2026.

The Court refers the Jury to Jury Instruction No. 42, which is enclosed with the Court's response.

1155   2-25-26   O.T. Hmmm   C50

CASE NUMBER: LKG 25-0006
CASE NAME: USA v. THOMAS GOLDSTEIN

The jury has reached a unanimous verdict on all 16 counts and are ready to deliver the verdict

Several jurors have to leave by 5:00pm today

JUROR NUMBER: ██████

DATE: 2/25/26
TIME: 4:17pm

Jury Note (Rev. 2/2009)

CSO: PARKER
Time: 1145
Date: 2/25/2026

CASE NUMBER: LKG 25-0006
CASE NAME: USA v. THOMAS GOLDSTEIN

One of the jurors has to pick up their child from Ft. Washington and has to leave by 5:00pm.

JUROR NUMBER: ███

DATE: 02/25/26
TIME: 4:29pm

Jury Note (Rev. 2/2009)

CSO: _Fackett_
Time: _1630_
Date: _2/25/2026_

CASE NUMBER: LKG 25-0006
CASE NAME: USA v. THOMAS GOLDSTEIN

The jury is ready to render a verdict.

JUROR NUMBER: ███

DATE: 2/26/26
TIME: 12:00 pm

Jury Note (Rev. 2/2009)



CSO: Carr
Time: 12:0v
Date: 2/26/2026