FILED_____ ENTERED
_____ LOGGED_____ RECEIVED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FEB 27 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY HC                    DEPUTY

UNITED STATES OF AMERICA          *

            v.                    *          Civil No.: LKG 25-0006

THOMAS GOLDSTEIN                  *
            Defendants            *          Defendants
                              ******

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.


**GOVERNMENT'S EXHIBITS**                    **DEFENDANTS' EXHIBITS**

_____                    _____
_____                    _____
_____                    _____
_____                    _____

All Government's exhibits                    All Defendants' exhibits
returned: _____                    returned: _____


Received the above listed exhibits this date:


Counsel for Government:                       Counsel for Defendants:
X _____                    X _____

___HAYTER LANAR WHITMAN___                    ___Sarah Weiner_____

_____                    _____


Date: February 19, 2026


U.S. District Court (Rev. 8/2022) - Stipulation Regarding Return of Exhibits