AO 199A (Rev. 12/2011) Modified/Supplemental Order Setting Conditions of Release                                    Page   1   of   1   Pages

# UNITED STATES DISTRICT COURT
## for the
## District of Maryland

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. LKG-25-0006 |
| Thomas Goldstein | ) |
| *Defendant* | ) |

FILED _____ ENTERED
LOGGED _____ RECEIVED

FEB 27 2026

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY HC          DEPUTY

## MODIFIED/SUPPLEMENTAL ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to the following condition(s), in addition to or in lieu of those previously set in the Court's earlier order, ECF No.  6  , dated  01/27/2025  :

**HOME CONFINEMENT**
You are restricted to a 24-hour-a-day lock down at your residence except for medical necessities, attorney visits, court appearances, or other activities specifically approved by the court. You will be monitored by the form of location monitoring technology indicated below for a period, and you must follow the rules and regulations of the location monitoring program. You must pay the costs of the program as directed by the probation officer.
   ☒ Location monitoring at the discretion of the probation officer.

- Defendant is to continue to attend Court order treatment.

All conditions previously imposed in ECF No. _6_ remain in full force and effect unless otherwise modified hereby.

Date:  February 26, 2026

*Judicial Officer's Signature*

Lydia K. Griggsby, United States District Judge
*Printed name and title*