IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal Case No. 25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | ) ) | Dated:  March 5, 2026 |
| Defendant. | ) ) ) | |

## SCHEDULING ORDER

On March 5, 2026, the Defendant filed a motion for extension of time to file post-trial motions.  ECF No. 466.  In that motion, the parties consented to an 8-day extension of deadlines for filing a motion under Fed. R. Crim. P. 29 and 33, the Government's response and the Defendant's reply.  *Id.* at 1–2.

In light of the foregoing, the Court: (1) **GRANTS** the Defendant's motion for extension of time (ECF No. 466); and (2) **DIRECTS** the parties to adhere to the following briefing schedule of the Defendant's post-trial motions and supplemental briefing:

| | |
|---|---|
| Defendant's supplemental briefing on the Government's *Brady* violation. | **March 6, 2026** |
| Defendant's motions under Rule 29 and Rule 33. | **March 19, 2026** |
| Government's response in opposition to motions under Rule 29 and 33. | **April 9, 2026** |
| Defendant's reply. | **April 30, 2026** |

IT IS SO ORDERED.

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge