IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| v. | * | **CRIMINAL NO. LKG-25-6** |
| | * | |
| **THOMAS C. GOLDSTEIN,** | * | |
| | * | |
| **Defendant.** | * | |
| | ******** | |

### DEFENDANT THOMAS C. GOLDSTEIN'S MOTION FOR AN ADDITIONAL EXTENSION OF TIME TO FILE POST-TRIAL MOTIONS

Pursuant to Federal Rule of Criminal Procedure 45(b) and Local Rule 105.9, the defense hereby moves for an extension of time within which to file any motion(s) under Federal Rules of Criminal Procedure 29 and/or 33.

On March 5, 2026, the defense moved for an 8-day extension of time within which to file any motion for a new trial under Rule 33, and a 7-day extension of time within which to file any motion for a judgment of acquittal under Rule 29—making any such brief(s) due on March 19, 2026. *See* ECF No. 466. The Court granted that motion by order dated March 5, 2026. *See* ECF No. 467.

Since that time, defense counsel has worked diligently to prepare its post-trial motion(s). However, due to the number of charges in the indictment and the volume of evidence presented at Mr. Goldstein's lengthy trial, the complexity and number of issues requiring research and briefing, and the press of other matters, defense counsel requires an additional four days to complete its post-trial briefing. Therefore, the defense respectfully submits that there is good cause for an additional extension of time, and respectfully requests an additional extension of

1

time within which to file to file any motions(s) under Federal Rules of Criminal Procedure 29 and/or 33, up to and including **March 23, 2026**.

The defense proposes the following amended briefing schedule, which adds another four days to the government's deadline to file any brief in opposition:

- **March 23, 2026**:  Deadline for the defense to file any motion(s) under Rules 29 and/or 33.

- **April 17, 2026**:  Deadline for the government to file any memoranda in opposition.

- **May 8, 2026**:  Deadline for the defense to file any reply memoranda.

The government has stated that it consents to the foregoing proposed schedule.

## **CONCLUSION**

For the reasons set forth herein, the Court should extend the time within which to file any motions(s) under Federal Rules of Criminal Procedure 29 and/or 33.

Dated: March 13, 2026　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ *Jonathan I. Kravis*
　　　　　　　　　　　　　　　　　　　　　　Jonathan I. Kravis (Bar No. 31556)
　　　　　　　　　　　　　　　　　　　　　　Stephany Reaves (Bar No. 19658)
　　　　　　　　　　　　　　　　　　　　　　Sarah E. Weiner (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　MUNGER, TOLLES & OLSON LLP
　　　　　　　　　　　　　　　　　　　　　　601 Massachusetts Avenue NW, Suite 500E
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　　(202) 220-1100
　　　　　　　　　　　　　　　　　　　　　　Jonathan.Kravis@mto.com
　　　　　　　　　　　　　　　　　　　　　　Stephany.Reaves@mto.com
　　　　　　　　　　　　　　　　　　　　　　Sarah.Weiner@mto.com

　　　　　　　　　　　　　　　　　　　　　　Adeel Mohammadi (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　MUNGER, TOLLES & OLSON LLP
　　　　　　　　　　　　　　　　　　　　　　350 S. Grand Avenue, 50th Floor
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　　(213) 683-9100
　　　　　　　　　　　　　　　　　　　　　　Adeel.Mohammadi@mto.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Thomas Goldstein*