# EXHIBIT C
# CONTEMPORANEOUS MESSAGES

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 11 | Date Range: 9/12/2016 |

### Outline of Conversations

 **71155414 - 2016-09-12** · 11 messages on 9/12/2016 · Tom Goldstein ) · user71155414

FOIA Confidential Treatment Requested

DEF PROD0000496

**DX-0737.1 page 1 of 3**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **71155414 - 2016-09-12**

U    **user71155414**                                                        9/12/2016, 12:00 AM



*Image: video_1@12-09-2016_00-00-48.mp4_thumb.jpg (1 KB)*

*Attachment: video_1@12-09-2016_00-00-48.mp4 (121 KB)*

U    **user71155414**                                                        9/12/2016, 12:01 AM



*Image: photo_49@12-09-2016_00-01-17.jpg (277 KB)*

TG    **Tom Goldstein** ▮▮▮▮▮▮▮▮▮                                            9/12/2016, 12:54 AM
Robl lost 4.5m HKD in the chairman games. Please take from my number.

TG    **Tom Goldstein** (+▮ ▮▮▮▮▮▮▮)                                        9/12/2016, 1:23 AM
Actually please credit Andrew 6.19m HKD.

TG    **Tom Goldstein** (+▮ ▮▮▮▮▮▮▮)                                        9/12/2016, 5:55 AM
HK now?

TG    **Tom Goldstein** (+▮ ▮▮▮▮▮▮▮)                                        9/12/2016, 5:55 AM
How did PP do?

U    **user71155414**                                                        9/12/2016, 6:02 AM

FOIA Confidential Treatment Requested                                    DEF PROD0000497

**DX-0737.1 page 2 of 3**



*Image: photo_50@12-09-2016_06-02-25.jpg (135 KB)*

**TG**    Tom Goldstein (+⬛⬛⬛⬛⬛)         9/12/2016, 6:03 AM
Sure. Everyone knows that guy now.

**TG**    Tom Goldstein (+⬛⬛⬛⬛⬛)         9/12/2016, 8:35 AM
Taking off for LA

**U**    user71155414         9/12/2016, 9:55 AM
safe flight

**TG**    Tom Goldstein (+⬛⬛⬛⬛⬛)         9/12/2016, 9:44 PM
Ty. All good?

FOIA Confidential Treatment Requested

DEF PROD0000498

**DX-0737.1 page 3 of 3**

C47 | 3428212.236

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 28 | 29-Mar-16 | MNL | (1787186.36) | 7.7636 | TG /CHAIRMAN POKER - 30M HKD * 46.25%= -13.875M |
| 29 | 11-May-16 | JEJU | (128800.00) | 7.7636 | TG JEJU POKER -1M HKD |
| 30 | 12-May-16 | JEJU | 117723.20 | 7.7636 | TG JEJU POKER +914K HKD |
| 31 | 13-May-16 | MNL | (122746.40) | 7.7636 | TG MNL POKER -953K HKD |
| 32 | 14-May-16 | MNL | (901600.00) | 7.7636 | TG MNL POKER -10 M * 70% |
| 33 | 14-May-16 | MNL | 74665.36 | 7.7636 | TG IN PP MNL POKER 1%*57.97M HKD |
| 34 | 1-Jun-16 | US | 82000.00 | | TG PAID 82K TO KROLL FOR PP |
| 35 | 6-Jun-16 | VEGAS | 500000.00 | | TG PAID 500K TO ROBL |
| 36 | 6-Jul-16 | MONTENEGRO | 249034.80 | 7.75795 | TG MAESTRAL POKER W 1.932m HKD |
| 37 | 6-Jul-16 | MONTENGRO | (6567.00) | | TG GET 5K POUNDS FROM PP |
| 38 | 15-Jul-16 | VEGAS | 300000.00 | | TG HELP PP PAID 300K LAWYER FEES |
| 39 | 23-Jul-16 | VEGAS | (300000.00) | | TG GET 300K USD FROM ROBL |
| 40 | 7-Aug-16 | PLANE | (95430.92) | 7.7543 | TG POKER -740K HKD |
| 41 | 8-Aug-16 | JEJU | (128960.70) | 7.7543 | TG JEJU POKER -1M HKD |
| 42 | 8-Aug-16 | MNL | (85960.41) | 7.7555 | TG MNL PESO POKER -4M PESO = -666.66K HKD |
| 43 | 8-Sep-16 | MNL | (128900.00) | 7.7555 | TG MNL POKER -1M HKD |
| 44 | 9-Sep-16 | MNL | (1252337.05) | 7.7555 | TG MNL POKER -9.7125 M HKD (-30M) |
| 45 | 9-Sep-16 | MNL | 3205789.44 | 7.7555 | TG MNL POKER +24.8625 M HKD (+66.3M*37.5%) |
| 46 | 11-Sep-16 | MNL | (61504.74) | 7.7555 | TG MNL POKER -477K HKD ( SMALL GAME) |
| 47 | 11-Sep-16 | MNL | 3428212.24 | 7.7555 | TG MNL POKER +26.5875 M HKD (+70.9M*37.5%) |
| 48 | | | | | |
| 49 | | | | | |
| 50 | | | | | |
| 51 | | | | | |
| 52 | | | 2949000.46 | | |
| 53 | | | | | |

Sheet1    Sheet2    Sheet3

FOIA Confidential Treatment Requested

DEF PROD0000501

DX-0737.2 page 1 of 1

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬  **71155414 - 2016-10-22**

U    **user71155414**    10/22/2016, 7:27 AM



*Image: photo_69@22-10-2016_07-27-10.jpg (172 KB)*

U    **user71155414**    10/22/2016, 7:27 AM

yo

TG   **Tom Goldstein (+**████████**)**    10/22/2016, 10:42 AM

Tyty

TG   **Tom Goldstein (+**████████**)**    10/22/2016, 10:42 AM

Please send US $800k

---

FOIA Confidential Treatment Requested

DEF PROD0000732

**DX-0737.3 page 1 of 1**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **71155414 - 2016-11-24**

| | | |
|---|---|---|
| TG | **Tom Goldstein** ▓▓▓▓▓ ) <br> Fuck. TD. 😳😳😳 | 11/24/2016, 3:01 AM |
| U | **user71155414** <br> ? | 11/24/2016, 3:02 AM |
| TG | **Tom Goldstein** (+▓▓▓▓ ) <br> Current session -300 | 11/24/2016, 3:02 AM |
| TG | **Tom Goldstein** (+▓▓▓▓ ) <br> I play Gores Sat and Sun | 11/24/2016, 3:02 AM |
| TG | **Tom Goldstein** (+▓▓▓▓ ) <br> PP has 70%. 50/50 with me. | 11/24/2016, 3:02 AM |
| U | **user71155414** <br> hv u text him ? | 11/24/2016, 3:03 AM |
| TG | **Tom Goldstein** (+▓▓▓▓ ) <br> PP? Yes, all discussed with him. Lots of texts. | 11/24/2016, 3:03 AM |
| U | **user71155414** <br> go go go TG | 11/24/2016, 3:03 AM |
| TG | **Tom Goldstein** (+▓▓▓▓ ) <br> Tyty | 11/24/2016, 3:03 AM |
| U | **user71155414** <br> win more for big Christmas present | 11/24/2016, 3:04 AM |
| U | **user71155414** <br> 😈😈😈 | 11/24/2016, 3:04 AM |
| TG | **Tom Goldstein** ▓▓▓▓ ) <br> Lolol ya | 11/24/2016, 3:04 AM |
| U | **user71155414** <br> 50m | 11/24/2016, 3:04 AM |
| U | **user71155414** <br> more | 11/24/2016, 3:04 AM |
| TG | **Tom Goldstein** (+▓▓▓▓ ) <br> Haha ok | 11/24/2016, 3:04 AM |
| TG | **Tom Goldstein** (+▓▓▓▓ ) <br> Moving to LA. He wants to play lots. | 11/24/2016, 3:04 AM |
| U | **user71155414** <br> ok | 11/24/2016, 3:05 AM |

FOIA Confidential Treatment Requested

DEF PROD0000457

**DX-0737.4 page 1 of 1**

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 53 | Date Range: 11/21/2016 |

## Outline of Conversations

 **71155414 - 2016-11-21** · 53 messages on 11/21/2016 · Tom Goldstein (+⬛⬛⬛⬛) · user71155414

FOIA Confidential Treatment Requested

DEF PROD0000420

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **71155414 - 2016-11-21**

| TG | **Tom Goldstein** ████████ ) <br> Game over. +18. | 11/21/2016, 9:54 AM |

| U | **user71155414** <br> thats means today +5.5? | 11/21/2016, 9:56 AM |

| U | **user71155414** <br> yesterday +13.5 | 11/21/2016, 9:56 AM |

| U | **user71155414** <br> total +18 ? | 11/21/2016, 9:57 AM |

| TG | **Tom Goldstein** (+█ ████ <br> Ya | 11/21/2016, 9:57 AM |

| U | **user71155414** <br> so + 18 x 75% ? | 11/21/2016, 9:58 AM |

| U | **user71155414** <br> we hv 75% on it ? | 11/21/2016, 9:58 AM |

| TG | **Tom Goldstein** (+████████ ) <br> You have 60% of 66%, around. So little less than half. | 11/21/2016, 9:59 AM |

| U | **user71155414** <br> i dint get what u means | 11/21/2016, 10:00 AM |

| TG | **Tom Goldstein** (+████████ ) <br> Our deal covers 2/3. Then Saba has 60% of that. | 11/21/2016, 10:00 AM |

| TG | **Tom Goldstein** (████████ ) <br> Had 1/3 by investors. | 11/21/2016, 10:01 AM |

| U | **user71155414** <br> so is <br> our % =+ 18 x 75% = + 13.5 | 11/21/2016, 10:06 AM |

| U | **user71155414** <br> pp % = + 13.5 x 64.44% <br> TG% = +13.5 x 35.56% | 11/21/2016, 10:07 AM |

| U | **user71155414** <br> am i right ? | 11/21/2016, 10:08 AM |

| U | **user71155414** <br> 👾👾👾👾👾 | 11/21/2016, 10:11 AM |

| U | **user71155414** <br> 👊👊👊👊👊 | 11/21/2016, 10:11 AM |

FOIA Confidential Treatment Requested

| TG | Tom Goldstein (+█████████)<br>No. Starts 18 x .66. | 11/21/2016, 10:15 AM |
|----|----|----|
| U | user71155414 | 11/21/2016, 10:19 AM |



Image: photo_73@21-11-2016_10-19-06.jpg (109 KB)

| U | user71155414<br>u told me u sell 25% ! | 11/21/2016, 10:19 AM |
|----|----|----|
| TG | Tom Goldstein (+█████████)<br>Look above -- had 1/3 by investors. | 11/21/2016, 10:20 AM |
| TG | Tom Goldstein (+█████████)<br>I will figure out. Did with PP. | 11/21/2016, 10:21 AM |
| U | user71155414<br>okok | 11/21/2016, 10:21 AM |
| TG | Tom Goldstein (+█████████)<br>Yes I think 25%. Think I'm wrong. | 11/21/2016, 10:21 AM |
| TG | Tom Goldstein (+█████████)<br>Sooooo tired. | 11/21/2016, 10:21 AM |
| U | user71155414<br>ya ! we should hv 75% | 11/21/2016, 10:22 AM |
| TG | Tom Goldstein █████████<br>Think so. So tired. | 11/21/2016, 10:22 AM |
| U | user71155414<br>thn my numver is correct | 11/21/2016, 10:22 AM |
| U | user71155414<br>👍👍👍 | 11/21/2016, 10:22 AM |

FOIA Confidential Treatment Requested

DEF PROD0000422

**DX-0737.5 page 3 of 5**

U      **user71155414**                                                      11/21/2016, 10:22 AM
go rest 1st

U      **user71155414**                                                      11/21/2016, 10:22 AM
yes my bro ! well done and congrats

U      **user71155414**                                                      11/21/2016, 10:23 AM
😼😼😼

TG    **Tom Goldstein (+**⬛️⬛️**)**                                   11/21/2016, 10:23 AM
Tyty

TG    **Tom Goldstein (**⬛️⬛️**)**                                     11/21/2016, 11:15 AM
What are the final numbers for London?

U      **user71155414**                                                      11/21/2016, 11:15 AM
still playing i think

TG    **Tom Goldstein (**⬛️⬛️**)**                                       11/21/2016, 11:16 AM
Latest news?

U      **user71155414**                                                      11/21/2016, 11:25 AM
tom hv 100m more

U      **user71155414**                                                      11/21/2016, 11:25 AM
credit

U      **user71155414**                                                      11/21/2016, 11:26 AM
td lose 250m this morning

TG    **Tom Goldstein (+**⬛️⬛️**)**                                   11/21/2016, 12:05 PM
Fuuuuuck. So total -350?

U      **user71155414**                                                      11/21/2016, 12:06 PM
- 359 for my information

TG    **Tom Goldstein**⬛️⬛️**)**                                   11/21/2016, 12:06 PM
Oh no

U      **user71155414**                                                      11/21/2016, 12:07 PM
just act like u dont know , pp tilting nw

TG    **Tom Goldstein (+**⬛️⬛️**)**                                   11/21/2016, 12:07 PM
Ok.

TG    **Tom Goldstein (+**⬛️⬛️**)**                                   11/21/2016, 12:07 PM
OMG

U      **user71155414**                                                       11/21/2016, 5:39 PM
pp told me
+18 * 75% *60%
pp% = +8.1
TG % = + 5.4
investor = + 5.5

FOIA Confidential Treatment Requested                        DEF PROD0000423

| U | user71155414 | 11/21/2016, 7:27 PM |
| | so mine number u agree | |

| TG | Tom Goldstein (+███████████) | 11/21/2016, 7:28 PM |
| | Don't know yet | |

| U | user71155414 | 11/21/2016, 7:30 PM |
| | ok | |

| TG | Tom Goldstein (+███████████) | 11/21/2016, 8:01 PM |
| | London still playing? | |

| U | user71155414 | 11/21/2016, 8:02 PM |
| | ya | |

| TG | Tom Goldstein (+███████████) | 11/21/2016, 8:02 PM |
| | Update? | |

| U | user71155414 | 11/21/2016, 8:04 PM |
| | +112for this session atm | |

| TG | Tom Goldstein (+███████████) | 11/21/2016, 8:04 PM |
| | Soooo crazy | |

FOIA Confidential Treatment Requested

DEF PROD0000424

**DX-0737.5 page 5 of 5**

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 12/7/2016 |

## Outline of Conversations

  **71155414 - 2016-12-07** • 7 messages on 12/7/2016 • Tom Goldstein (+███████) • user71155414

FOIA Confidential Treatment Requested

DEF PROD0000227

**DX-0737.6 page 1 of 2**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **71155414 - 2016-12-07**

| U | **user71155414** | 12/7/2016, 6:30 AM |
|---|---|---|

+ 8.5 * 65% = + 5.525

+ 5.525* 50% = + 2.7625 ( pp 😫

| U | **user71155414** | 12/7/2016, 6:31 AM |
|---|---|---|

so u owe pp
8.5 + 2.7625 = 10.8625

| U | **user71155414** | 12/7/2016, 6:31 AM |
|---|---|---|

gv u 600k for u

| U | **user71155414** | 12/7/2016, 6:32 AM |
|---|---|---|

so 10.8625 - 0 .6 = 10.6625

| U | **user71155414** | 12/7/2016, 6:33 AM |
|---|---|---|

and pls help pp gv TD 500k

| U | **user71155414** | 12/7/2016, 11:05 AM |
|---|---|---|

is my number all correct ?

| TG | **Tom Goldstein** ▮ ▮_____ ) | 12/7/2016, 3:13 PM |
|---|---|---|

Don't know. Will check.

---

FOIA Confidential Treatment Requested                    DEF PROD0000228

**DX-0737.6 page 2 of 2**



| | A | B | C | D | E |
|---|---|---|---|---|---|
| 37 | 6-Jul-16 | MONTENGRO | (6567.00) | | TG GET 5K POUNDS FROM PP |
| 38 | 15-Jul-16 | VEGAS | 300000.00 | | TG HELP PP PAID 300K LAWYER FEES |
| 39 | 23-Jul-16 | VEGAS | (300000.00) | | TG GET 300K USD FROM ROBL |
| 40 | 7-Aug-16 | PLANE | (95430.92) | 7.7543 | TG POKER -740K HKD |
| 41 | 8-Aug-16 | JEJU | (128960.70) | 7.7543 | TG JEJU POKER -1M HKD |
| 42 | 8-Aug-16 | MNL | (85960.41) | 7.7555 | TG MNL PESO POKER -4M PESO = -666.66K HKD |
| 43 | 8-Sep-16 | MNL | (128900.00) | 7.7555 | TG MNL POKER -1M HKD |
| 44 | 9-Sep-16 | MNL | (1341796.14) | 7.7555 | TG MNL POKER -10.4063 M HKD (-30M) |
| 45 | 9-Sep-16 | MNL | 3205789.44 | 7.7555 | TG MNL POKER +24.8625 M HKD (+66.3M*37.5%) |
| 46 | 11-Sep-16 | MNL | (61504.74) | 7.7555 | TG MNL POKER -477K HKD ( SMALL GAME) |
| 47 | 11-Sep-16 | MNL | 3428212.24 | 7.7555 | TG MNL POKER +26.5875 M HKD (+70.9M*37.5%) |
| 48 | 14-Sep-16 | HK | (580233.38) | 7.7555 | TG HELP ROBL PAID 4.5M HKD OF 7.5% LOSE |
| 49 | 14-Sep-16 | HK | (217909.87) | 7.7555 | TG OWE ROBL 1.69M HKD |
| 50 | 13-Oct-16 | MOTENEGRO | (200000.00) | 1.088299 | BANK IN 180K EU TO TG MO ACC/ |
| 51 | 18-Oct-16 | MONACO | (32649.00) | 1.088299 | IN PP ONE DROP 3% *1M |
| 52 | 18-Oct-16 | MONACO | (220772.53) | 1.088299 | IN ST MONACO TRIPS 10% -2.0286M*10%=-202.86KEU |
| 53 | | ] | | | |
| 54 | | | | | |
| 55 | | | | | |
| 56 | | | 1607976.58 | | |
| 57 | | | | | |

FOIA Confidential Treatment Requested

DEF PROD0000733

**DX-0737.7 page 1 of 1**

**Short Message Report**

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 20 | Date Range: 12/17/2016 |

**Outline of Conversations**

 **71155414 - 2016-12-17** · 20 messages on 12/17/2016 · Tom Goldstein (+ ▮▮▮▮▮▮ ) · user71155414

FOIA Confidential Treatment Requested                    DEF PROD0000904

**DX-0737.8 page 1 of 3**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **71155414 - 2016-12-17**

| U | **user71155414**<br>yo | 12/17/2016, 4:21 AM |
|---|---|---|
| U | **user71155414**<br>u coming bk hk yet ? | 12/17/2016, 4:21 AM |
| TG | **Tom Goldstein (+**███████**)**<br>LA | 12/17/2016, 4:26 AM |
| U | **user71155414**<br>send us the exac number | 12/17/2016, 4:26 AM |
| U | **user71155414**<br>to deal with tango | 12/17/2016, 4:26 AM |
| U | **user71155414**<br>pp ask | 12/17/2016, 4:26 AM |
| TG | **Tom Goldstein (+**███████**)**<br>Ok | 12/17/2016, 4:27 AM |
| U | **user71155414**<br>secret | 12/17/2016, 4:27 AM |
| TG | **Tom Goldstein (+**███████**)**<br>Ya | 12/17/2016, 4:34 AM |
| U | **user71155414**<br>secret chat ! | 12/17/2016, 4:35 AM |
| U | **user71155414**<br>? | 12/17/2016, 11:52 AM |
| U | **user71155414**<br>u in LA yet ? | 12/17/2016, 11:52 AM |
| TG | **Tom Goldstein (+**███████**)**<br>Ya | 12/17/2016, 1:26 PM |

| U | **user71155414** | 12/17/2016, 7:28 PM |
|---|---|---|

TG %= +24.3 × 70% = +17.01
pp % =+24.3 × 30% = +7.29

pp + 7.29
Tg + 17.01 - 4.95 - 7.5 = + 4.56

total collect tango + 7.29 + 4.56 = 11.85

| U | **user71155414** | 12/17/2016, 7:29 PM |
|---|---|---|

TG 80m * 70% = 56
pp 80m * 30% = 24

| U | **user71155414** | 12/17/2016, 7:31 PM |
|---|---|---|

FOIA Confidential Treatment Requested

DEF PROD0000905

TG = + 4.56 + 56 = + 60.56
pp = + 7.29 + 24 = + 31.29

total collect tango 91.85

| | | | |
|---|---|---|---|
| U | user71155414 | | 12/17/2016, 7:31 PM |
| | u check | | |
| U | user71155414 | | 12/17/2016, 7:31 PM |
| | is my number correct ? | | |
| TG | Tom Goldstein (+█ ████████ | | 12/17/2016, 7:32 PM |
| | Is correct | | |
| U | user71155414 | | 12/17/2016, 7:33 PM |
| | ok | | |

FOIA Confidential Treatment Requested

DEF PROD0000906

**DX-0737.8 page 3 of 3**

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 56 | Date Range: 2/5/2017 |

## Outline of Conversations

  **71155414 - 2017-02-05** • 56 messages on 2/5/2017 • Tom Goldstein (+███████) • user71155414

FOIA Confidential Treatment Requested

DEF PROD0000451

**DX-0737.9 page 1 of 5**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **71155414 - 2017-02-05**

| | | |
|---|---|---|
| TG | **Tom Goldstein** (+████████) <br> Where is chairman? | 2/5/2017, 3:59 PM |
| TG | **Tom Goldstein** (+████████) <br> I'm am coming to HK. PP knows. | 2/5/2017, 4:00 PM |
| U | **user71155414** <br> when u coming | 2/5/2017, 4:16 PM |
| TG | **Tom Goldstein** (+██████████) <br> Wednesday | 2/5/2017, 4:16 PM |
| U | **user71155414** <br> Wednesday | 2/5/2017, 4:17 PM |
| U | **user71155414** <br> we leave hk | 2/5/2017, 4:17 PM |
| TG | **Tom Goldstein** ████████) <br> Where to? | 2/5/2017, 4:17 PM |
| U | **user71155414** <br> u know we havent received any from tango yet | 2/5/2017, 4:18 PM |
| U | **user71155414** <br> .... | 2/5/2017, 4:18 PM |
| TG | **Tom Goldstein** (+██████████) <br> What?? | 2/5/2017, 4:18 PM |
| U | **user71155414** <br> still waiting conformation from fg | 2/5/2017, 4:18 PM |
| U | **user71155414** <br> tango told us collect from fg | 2/5/2017, 4:19 PM |
| U | **user71155414** <br> and fg say need talk to tango 1st | 2/5/2017, 4:19 PM |
| U | **user71155414** <br> .... | 2/5/2017, 4:19 PM |
| U | **user71155414** <br> fk | 2/5/2017, 4:19 PM |
| TG | **Tom Goldstein** ██████████ <br> 😔 | 2/5/2017, 4:19 PM |
| TG | **Tom Goldstein** ██████████ <br> Where going on Wednesday? | 2/5/2017, 4:19 PM |

---

FOIA Confidential Treatment Requested

DEF PROD0000452

**DX-0737.9 page 2 of 5**

| U | **user71155414**<br>Malaysia | 2/5/2017, 4:20 PM |
|---|---|---|
| U | **user71155414**<br>for meetings | 2/5/2017, 4:20 PM |
| TG | **Tom Goldstein** (+███████████<br>How long? | 2/5/2017, 4:20 PM |
| TG | **Tom Goldstein** ██████████<br>Chairman in HK? | 2/5/2017, 4:20 PM |
| U | **user71155414**<br>no | 2/5/2017, 4:20 PM |
| U | **user71155414**<br>in london i think | 2/5/2017, 4:21 PM |
| U | **user71155414**<br>just lose 300m to casino from london | 2/5/2017, 4:21 PM |
| TG | **Tom Goldstein** ████████████<br>😞 | 2/5/2017, 4:21 PM |
| TG | **Tom Goldstein** ██████████<br>When are you back from Malaysia? | 2/5/2017, 4:22 PM |
| U | **user71155414**<br>11th | 2/5/2017, 4:23 PM |
| TG | **Tom Goldstein** ██████████████<br>Ok. I will still be in HK. Until 15th. | 2/5/2017, 4:23 PM |
| U | **user71155414**<br>yes | 2/5/2017, 4:23 PM |
| U | **user71155414**<br>15th we go mnl | 2/5/2017, 4:23 PM |
| U | **user71155414**<br>tourney | 2/5/2017, 4:23 PM |
| TG | **Tom Goldstein** ████████████) <br>Who goes? | 2/5/2017, 4:24 PM |
| U | **user71155414**<br>everyone go | 2/5/2017, 4:24 PM |
| U | **user71155414**<br>big event | 2/5/2017, 4:24 PM |
| U | **user71155414**<br>1m buy in | 2/5/2017, 4:24 PM |

FOIA Confidential Treatment Requested

DEF PROD0000453

| | | |
|---|---|---|
| TG | **Tom Goldstein** ███ ████████ ) <br> Chair and other fish? | 2/5/2017, 4:24 PM |
| U | **user71155414** <br> i thinks yes | 2/5/2017, 4:25 PM |
| TG | **Tom Goldstein** ███ ████████ <br> How long in HK? | 2/5/2017, 4:25 PM |
| U | **user71155414** <br> hk ? | 2/5/2017, 4:33 PM |
| U | **user71155414** <br> what u means ? | 2/5/2017, 4:33 PM |
| TG | **Tom Goldstein** ███ ████████ ) <br> Sorry, MNL | 2/5/2017, 4:33 PM |
| U | **user71155414** <br> till 22th | 2/5/2017, 4:33 PM |
| TG | **Tom Goldstein** ███ ████████ ) <br> Cool | 2/5/2017, 4:33 PM |
| U | **user71155414** <br> u come hk for find fish play cash game ? | 2/5/2017, 4:34 PM |
| U | **user71155414** <br> or just for hang out | 2/5/2017, 4:35 PM |
| TG | **Tom Goldstein** ████████ ) <br> Cash game | 2/5/2017, 4:35 PM |
| U | **user71155414** <br> what kind of cash game | 2/5/2017, 4:35 PM |
| TG | **Tom Goldstein** ███ ████████ <br> Short handed or HU | 2/5/2017, 4:35 PM |
| U | **user71155414** <br> event pp also no games | 2/5/2017, 4:35 PM |
| TG | **Tom Goldstein** ███ ████████ <br> Working with TD to learn short deck | 2/5/2017, 4:36 PM |
| U | **user71155414** <br> oh ok | 2/5/2017, 4:36 PM |
| U | **user71155414** <br> sounds good | 2/5/2017, 4:36 PM |
| TG | **Tom Goldstein** ███ ████████ <br> PP no games? | 2/5/2017, 4:36 PM |

FOIA Confidential Treatment Requested

DEF PROD0000454

U    **user71155414**                                                  2/5/2017, 4:39 PM
     yes

U    **user71155414**                                                  2/5/2017, 4:39 PM
     we stay at rooms everyday

TG   Tom Goldstein ████ ██████████                                    2/5/2017, 4:40 PM
     ☹

FOIA Confidential Treatment Requested                           DEF PROD0000455

**DX-0737.9 page 5 of 5**

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 3/12/2017 |

## Outline of Conversations

 **71155414 - 2017-03-12** • 7 messages on 3/12/2017 • Tom Goldstein ▮▮▮▮▮▮▮▮ • user71155414

FOIA Confidential Treatment Requested

DEF PROD0000942

**DX-0737.10 page 1 of 2**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬  **71155414 - 2017-03-12**

TG  **Tom Goldstein** ▮▮ ▮▮▮▮ )                           3/12/2017, 4:55 PM
    News bro?

U   **user71155414**                                        3/12/2017, 5:06 PM
    taipei nw

TG  **Tom Goldstein** (+▮▮▮▮▮▮                             3/12/2017, 5:08 PM
    How are things?

U   **user71155414**                                        3/12/2017, 5:19 PM
    fg just confirmed the tango number but not yet pay

U   **user71155414**                                        3/12/2017, 5:19 PM
    😴😴

U   **user71155414**                                        3/12/2017, 5:19 PM
    i Chase them every two day

TG  **Tom Goldstein** (+▮▮▮▮▮▮ )                            3/12/2017, 5:19 PM
    wtf????

FOIA Confidential Treatment Requested                                    DEF PROD0000943

**DX-0737.10 page 2 of 2**

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 23 | Date Range: 8/3/2017 |

**Outline of Conversations**

 **71155414 - 2017-08-03** · 23 messages on 8/3/2017 · Tom Goldstein (+) · user71155414

FOIA Confidential Treatment Requested

DEF PROD0000366

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **71155414 - 2017-08-03**

| | | |
|---|---|---|
| U | **user71155414**<br>Bro | 8/3/2017, 4:23 PM |
| U | **user71155414**<br>Need ur help | 8/3/2017, 4:23 PM |
| U | **user71155414**<br>U there ? | 8/3/2017, 4:24 PM |
| TG | **Tom Goldstein (+** ████████ **)**<br>Ok. Here. | 8/3/2017, 4:24 PM |
| U | **user71155414**<br>Do u remember ur basket ball horse | 8/3/2017, 4:25 PM |
| TG | **Tom Goldstein (+**█ ████ **)**<br>The v good in NBA? | 8/3/2017, 4:25 PM |
| U | **user71155414**<br>-4k to pp<br>11k to td | 8/3/2017, 4:25 PM |
| U | **user71155414**<br>E.u | 8/3/2017, 4:25 PM |
| U | **user71155414**<br>Am I right ? | 8/3/2017, 4:25 PM |
| TG | **Tom Goldstein (+**█ ████ **)**<br>I think I lost everything | 8/3/2017, 4:26 PM |
| U | **user71155414**<br>.... | 8/3/2017, 4:26 PM |
| U | **user71155414**<br>Serious bro | 8/3/2017, 4:26 PM |
| TG | **Tom Goldstein (+** ████████ **)**<br>I lost 11 or more. Can say 15 me and 0 PP. | 8/3/2017, 4:27 PM |
| TG | **Tom Goldstein (+**█ ████ **)**<br>Don't remember exactly | 8/3/2017, 4:27 PM |
| U | **user71155414**<br>I remember but just wanna confirm td number | 8/3/2017, 4:27 PM |
| TG | **Tom Goldstein (+**█ ████ **)**<br>Then es | 8/3/2017, 4:28 PM |
| TG | **Tom Goldstein** ████████ **)**<br>Yes | 8/3/2017, 4:28 PM |

---

FOIA Confidential Treatment Requested

DEF PROD0000367

U  **user71155414**                                                      8/3/2017, 4:28 PM
Ok

U  **user71155414**                                                      8/3/2017, 5:01 PM



Image: photo_83@03-08-2017_17-01-28.jpg (106 KB)

U  **user71155414**                                                      8/3/2017, 5:01 PM
Am I missing anything?

U  **user71155414**                                                      8/3/2017, 5:02 PM
Ah ur extra exspense in mo

TG **Tom Goldstein (+▇▇▇▇▇▇)**                                            8/3/2017, 5:02 PM
Yes. Will look.

U  **user71155414**                                                      8/3/2017, 5:12 PM



Image: photo_84@03-08-2017_17-12-47.jpg (81 KB)

FOIA Confidential Treatment Requested                    DEF PROD0000368

**DX-0737.11 page 3 of 4**

FOIA Confidential Treatment Requested

DEF PROD0000369

**DX-0737.11 page 4 of 4**



| Date | Place | TG&P USD | RATE | ISSUE |
|---|---|---|---|---|
| 7/6/2017 | MO | 420103.00 | 7.76 | TG NO POKER+326 HKD |
| 8/6/2017 | MO | (14588.60) | | TG BASKETBAL -15K EU PP+4 TD +11 |
| 13/7/2017 | MO | (2577319.59) | 7.76 | TG BIG GAME -50M*40%=-20M |
| 14/7/2017 | MO | (115979.38) | 7.76 | TG SMALL GAME -900KHKD |
| 15/7/2017 | MO | 132860.82 | 7.76 | TG SMALL GAME +1.031 M HKD |
| 16/7/2017 | MO | (103093.00) | 7.76 | TG SMALL GAME -800 K HKD |
| 16/7/2017 | MO | 12113.40 | 7.76 | TG SMALL GAME +94 K HKD |
| 22/7/2017 | MO | -50257.7 | 7.76 | TG SMALL GAME -390 K HKD |
| 25/7/2017 | LONDON | (27706.20) | 7.76 | TG SMALL GAME -215 K HKD |
| 26/7/2017 | LONDON | 1159.79 | 7.76 | TG SMALL GAME +9 K HKD |
| 27/7/2017 | LONDON | (257.73) | 7.76 | TG SMALL GAME -2 K HKD |
| 28/7/2017 | LONDON | 105154.60 | 7.76 | TG SMALL GAME +816 K HKD |
| 28/7/2017 | MO | (5925.00) | | TG GET CASH FROM PP 15K EU |
| 1/8/2017 | MO | (17775.00) | | TG GV CASH TO ARASH FROMBERNARD 5K EU |

(2241510.58)

FOIA Confidential Treatment Requested

DEF PROD0000370

DX-0737.12 page 1 of 1

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 14 | Date Range: 4/12/2017 |

**Outline of Conversations**

 **71155414 - 2017-04-12** • 14 messages on 4/12/2017 • Tom Goldstein (+███████) • user71155414

FOIA Confidential Treatment Requested    DEF PROD0001090

**DX-0737.13 page 1 of 2**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬  **71155414 - 2017-04-12**

| U | **user71155414** | 4/12/2017, 12:00 AM |
| | the 600k over of pp number u did pass td ? | |

| TG | **Tom Goldstein** (+█ �█�█) | 4/12/2017, 12:00 AM |
| | Gave almost all | |

| TG | **Tom Goldstein** (+█ ▋) | 4/12/2017, 12:01 AM |
| | Rest arranged with him | |

| U | **user71155414** | 4/12/2017, 12:01 AM |
| | ok | |

| U | **user71155414** | 4/12/2017, 12:01 AM |
| | thn u and pp even steven  for nw | |

| TG | **Tom Goldstein** ▋ ▋) | 4/12/2017, 12:01 AM |
| | Ya 100% | |

| U | **user71155414** | 4/12/2017, 12:02 AM |
| | so how ur training in short deck ? | |

| TG | **Tom Goldstein** (+▋) | 4/12/2017, 12:02 AM |
| | Going to learn short deck | |

| TG | **Tom Goldstein** (+█ ▋) | 4/12/2017, 12:02 AM |
| | Lol | |

| TG | **Tom Goldstein** (+█ ▋) | 4/12/2017, 12:02 AM |
| | More in 2 weeks | |

| TG | **Tom Goldstein** (+█ ▋) | 4/12/2017, 12:02 AM |
| | TD supposed to be v good now | |

| U | **user71155414** | 4/12/2017, 12:02 AM |
| | how ur full deck running well ? | |

| TG | **Tom Goldstein** (+█ ▋) | 4/12/2017, 12:03 AM |
| | Better. Bad for a while. But better now. | |

| U | **user71155414** | 4/12/2017, 12:03 AM |
| | ok good | |

FOIA Confidential Treatment Requested

DEF PROD0001091

**DX-0737.13 page 2 of 2**

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 2/24/2017 |

**Outline of Conversations**

 **71155414 - 2017-02-24** • 7 messages on 2/24/2017 • Tom Goldstein (+20 26 7475 94) • user71155414

FOIA Confidential Treatment Requested

DEF PROD0000870

**DX-0737.14 page 1 of 2**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **71155414 - 2017-02-24**

| | | |
|---|---|---|
| U | **user71155414** | 2/24/2017, 5:41 PM |
| | yo | |
| TG | **Tom Goldstein** (+█ ███████ ) | 2/24/2017, 5:46 PM |
| | Hey | |
| U | **user71155414** | 2/24/2017, 5:47 PM |
| | pp saids the balance of u and him pass to td | |
| TG | **Tom Goldstein** (+ ██████████ ) | 2/24/2017, 5:47 PM |
| | Yes | |
| U | **user71155414** | 2/24/2017, 5:48 PM |
| | i will send u the exact number once i bk to his home | |
| U | **user71155414** | 2/24/2017, 5:48 PM |
| | nw in hotel laptop not with me | |
| TG | **Tom Goldstein** (+ █████████ ) | 2/24/2017, 5:48 PM |
| | K | |

FOIA Confidential Treatment Requested    DEF PROD0000871