## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **CRIMINAL NO. LKG-25-6** |
| **v.** | * | |
| | * | |
| **THOMAS C. GOLDSTEIN,** | * | |
| | * | |
| **Defendant.** | * | |

********

### [PROPOSED] ORDER GRANTING DEFENDANT THOMAS C. GOLDSTEIN'S RENEWED MOTION FOR JUDGMENT OF ACQUITTAL OR, IN THE ALTERNATIVE, FOR A NEW TRIAL

Upon due consideration of Defendant Thomas C. Goldstein's Renewed Motion for Judgment of Acquittal or, in the Alternative, For a New Trial, it is hereby **ORDERED** that Mr. Goldstein's Motion is **GRANTED**.


Dated: _____


_____
HON. LYDIA KAY GRIGGSBY
United States District Judge

1