**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. LKG-25-0006** |
| **THOMAS GOLDSTEIN,** | |
| **Defendant.** | |

### <u>GOVERNMENT'S MOTION FOR LEAVE TO EXCEED PAGE LIMITS</u>

The government respectfully requests leave to file a single, combined opposition to Dkt. 487 (defendant Thomas Goldstein's motion under Rules 29 and 33) that is 80 pages in length. There is good cause to grant the requested relief.

First, Goldstein requested (Dkt. 484) and the Court granted (Dkt. 486) leave to file a single, combined motion that was 80 pages in length. Ultimately, Goldstein's filing was 93 pages, of which 80 pages were substantive argument. Dkt. 487. Consistent with the Court's local rules, which establish the same limitations on page length for motions and oppositions (*see* Local Rule 105.3), the government should be permitted to file an opposition that is as long as Goldstein's motion. Relatedly, although the government vehemently disputes the validity of Goldstein's arguments for acquittal and/or a new trial, the government needs sufficient space to explain why the Court should reject the arguments. And, as was true for Goldstein's motion, the government's request seeks only 20 more pages than would be allowed if it were to file two separate 30-page oppositions. *See id.* ("Unless otherwise ordered by the Court, memoranda in support of a motion or in opposition thereto and trial briefs shall not exceed thirty (30) pages[.]").

Second, combining the government's arguments regarding Rules 29 and 33 into one opposition will streamline and simplify the Court's review of the parties' positions, especially

1

since Goldstein filed a single motion. Combining the arguments likewise will reduce the number of exhibits that need to be lodged with the Court, because certain documents and transcripts will be relevant both to the Rule 29 and Rule 33 arguments.

The government consulted with Goldstein's counsel about this request, and was informed that Goldstein does not oppose.

The government respectfully requests leave to file a single, combined opposition to Dkt. 487 (defendant Thomas Goldstein's motion under Rules 29 and 33) that is 80 pages in length.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | Kelly O. Hayes<br>United States Attorney |
| Dated: May 15, 2026 | /s/ _____<br>Hayter L. Whitman<br>Trial Attorney<br>Department of Justice—Criminal Division |
|  | Sean Beaty<br>Senior Litigation Counsel<br>Emerson Gordon-Marvin<br>Trial Attorney<br>Department of Justice—Criminal Division |
|  | Adeyemi Adenrele<br>Assistant United States Attorney<br>District of Maryland |