# ATTACHMENT A
# Peabody Award





**WINNER**    2012    SCOTUSblog.Com

# SCOTUSblog

SCOTUSblog

In many respects, SCOTUSblog is to the Supreme Court of the United States what ESPN.com is to the world of sports. It's the place to go for stats and chat, commentary and analysis. There's even something resembling play-by-play: Its "live blog" provides real-time coverage of orders and opinions, often ahead of the Court's own website. But unlike ESPN.com or even cable television's C-SPAN, SCOTUSblog is equally concerned with continuity and history. Visitors to the site can tap into archives that include case briefs, oral argument transcripts and audio, and the Court's ultimate decisions. The postings can be arcane: Where but on SCOTUSblog is a Supremes groupie likely to encounter punditry about the "all-stars" of "cert.-stage amicus activity"? But the site's staff also graciously provides a "Plain English" section where legalese is deciphered and cases and procedures are made understandable for average folks. For filling a gap in Supreme Court coverage created by traditional media outlets' staff cutbacks and, in fact, far exceeding it, SCOTUSblog receives a Peabody Award.



Amy Howe - SCOTUSBlog - 2012 Peabody Award Acceptance Speech
Peabody Awards

Document title: SCOTUSblog – The Peabody Awards
Capture URL: https://peabodyawards.com/award-profile/scotusblog/
Capture timestamp (UTC): Tue, 02 Jun 2026 19:38:06 GMT



Amy Howe - SCOTUSBlog - 2012 Peabody Award Acceptance Speech
Peabody Awards

## PRIMARY PRODUCTION CREDITS

Publisher: Tom Goldstein. Editor: Amy Howe. Reporting and Analysis: Lyle Denniston. Manager: Kali Borkoski. Deputy Manager: Max Mallory. Analysis of Banking and Intellectual Property Cases: Ronald Mann. Law Students Column: Stephen Wermiel. Statistics: Kedar Bhatia. Relist Watch: John Elwood

## Programming

See All
News & Events
What To Watch
Peabody Conversations
Podcast

## Awards

Order Statuettes
Submit Entry
Submit Entry: Interactive and Immersive Awards
Upcoming Ceremony
Past Ceremonies
Recent Winners
Past Winners
Search

## Our Story

Why Peabody Matters
Message from the Director
Board of Jurors
Board of Directors
Staff Members
Grady College of Journalism and Mass Communication

## Resources

Press
Peabody Awards Collection
RSS Feed
UGA Privacy Notice

## Connect

Donate
Newsletter
Contact Us
FAQ

## Find Us On Social

