| | Thomas Goldstein | | | |
|---|---|---|---|---|
| | Tax Years 2016-2021 | | | |
| Tax Year | Unreported Income | Tax on Unreported Income | Interest thru 6/16/2026 | Total |
| 2016 | $3,643,447.00 | $1,442,805.00 | $931,715.00 | $2,374,520.00 |
| 2017 | $425,000.00 | $173,349.00 | $100,629.00 | $273,978.00 |
| 2019 | $399,927.00 | $147,973.00 | $60,204.00 | $208,177.00 |
| 2021 | $500,000.00 | $185,000.00 | $61,752.00 | $246,752.00 |
| | | | | |
| | | Restitution 2016-2021 | | $3,103,427.00 |