**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **CRIMINAL NO. LKG-25-6** |
| **THOMAS C. GOLDSTEIN,** | |
| **Defendant.** | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Thomas C. Goldstein hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment entered in this case on July 28, 2026 (ECF No. 569), including any and all preceding orders and rulings subsumed within the judgment.  To the extent not covered by the prior sentence, Defendant Thomas C. Goldstein also hereby appeals to the United States Court of Appeals for the Fourth Circuit from this Court's preliminary forfeiture order entered on July 27, 2026 (ECF No. 566).

Dated: July 31, 2026

Jonathan I. Kravis (Bar No. 31556)
**LIU SHUR KRAVIS LLP**
607 14th Street NW, Suite 625
Washington, DC 20005
(202) 240-7100
jonathan.kravis@lskllp.com

Respectfully submitted,

*/s/  Elizabeth B. Prelogar*
Elizabeth B. Prelogar (*pro hac vice*)
Elias S. Kim (*pro hac vice*)
Jade Ford (*pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
(202) 842-7800
eprelogar@cooley.com