Sheet 1 - Amended Judgment in a Criminal Case with Supervised Release (Rev. 02/2025)                                    Judgment Page 1 of 7

USDC- GREENBELT
'26 JUL 31 PM12:18  BEU

# United States District Court

## District of Maryland

USDC- GREENBELT
'26 JUL 31 AM11:26

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
| | (For Offenses Committed on or After November 1, 1987) |
| v. | Case Number: LKG-8-25-CR-00006-001 |
| | Defendant's Attorney: Jonathan Kravis, Stephany |
| **THOMAS C. GOLDSTEIN** | Reaves Couper, Adeel Mohammadi, Sarah |
| | Weiner, Elizabeth Prelogar, Jade Ford, Elias Kim |
| | Assistant U.S. Attorney: Adeyemi Adenrele, Sean |
| | Beaty, Hayter Whitman, Sean Gordon-Marvin |
| | Date of Original Judgment: July 24, 2026 |
| | (or date of last amended judgment) |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) ___

☐ pleaded nolo contendere to count(s) _____, which was accepted by the court.

☒ **was found guilty on Counts 1ss, 8ss, 12ss, 13ss, 14ss, 16ss, 17ss, 18ss, 19ss, 20ss, 21ss and 22ss (1, 3 and 7 through 16) of the Second Superseding Indictment after a plea of not guilty.**

*(Count numbers in parentheses are renumbered as reflected on the Verdict Form entered at ECF No. 472.)*

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 26 U.S.C. § 7201 | Tax Evasion – 2016 Tax Year | March 2021 | 1ss (1) |
| 26 U.S.C. § 7206(2) | Aiding and Assisting the Preparation of False and Fraudulent Tax Returns – G&R Form 1120S for 2017 Tax Year | 9/15/2018 | 8ss (3) |

The defendant is adjudged guilty of the offenses listed above and sentenced as provided in pages 2 through <u>7</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by <u>U.S. v. Booker</u>, 543 U.S. 220 (2005).

☒ **The defendant has been found not guilty on Counts 7ss, 9ss, 10ss and 11ss (2, 4, 5 and 6) of the Second Superseding Indictment.**

☒ **Counts 1 through 22 of the original Indictment and Counts 1s through 22s of the Superseding Indictment are dismissed on the motion of the United States (Counts 2ss through 6ss and 15ss of the Second Superseding Indictment were previously dismissed by the Court at ECF No. 343).**

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 29, 2026
_____
Date of Imposition of Judgment

_____    July 30, 2026
Lydia K. Griggsby          Date
United States District Judge

Name of Court Reporter: Kimberly Bursner

Amended Judgment in a Criminal Case (Rev. 02/2025)

DEFENDANT:      **THOMAS C. GOLDSTEIN**

CASE NUMBER:      LKG-8-25-CR-00006-001

# ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 26 U.S.C. § 7206(2) | Aiding and Assisting the Preparation of False and Fraudulent Tax Returns – G&R Form 1120S for 2019 Tax Year | 09/15/2020 | 12ss (7) |
| 26 U.S.C. § 7206(2) | Aiding and Assisting the Preparation of False and Fraudulent Tax Returns – Goldstein Form 1040 for 2020 Tax Year | 10/15/2021 | 13ss (8) |
| 26 U.S.C. § 7206(2) | Aiding and Assisting the Preparation of False and Fraudulent Tax Returns – Goldstein Form 1040 for 2021 Tax Year | 10/15/2022 | 14ss (9) |
| 26 U.S.C. § 7203 | Willful Failure to Pay Taxes – 2017 Tax Year | 04/17/2018 | 16ss (10) |
| 26 U.S.C. § 7203 | Willful Failure to Pay Taxes – 2019 Tax Year | 07/15/2020 | 17ss (11) |
| 26 U.S.C. § 7203 | Willful Failure to Pay Taxes – 2020 Tax Year | 5/17/2021 | 18ss (12) |
| 26 U.S.C. § 7203 | Willful Failure to Pay Taxes – 2021 Tax Year | 4/18/2022 | 19ss (13) |
| 18 U.S.C. § 1014 | False Statement on Loan Application – First Savings Mortgage Application #1 | 02/24/2021 | 20ss (14) |
| 18 U.S.C. § 1014 | False Statement on Loan Application – First Savings Mortgage Application #2 | 03/01/2021 | 21ss (15) |
| 18 U.S.C. § 1014 | False Statement on Loan Application – NFM Lending | 9/29/2021 | 22ss (16) |

Sheet 2 - Amended Judgment in a Criminal Case with Supervised Release (Rev. 02/2025)                    Judgment Page 3 of  7

**DEFENDANT: Thomas C. Goldstein**                              CASE NUMBER: LKG-8-25-CR-00006-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a **TOTAL term of 72 months, consisting of 60 months on Count 1ss (1); 36 months as to each of Counts 8ss, 12ss, 13ss and 14ss (3, 7, 8 and 9); 12 months as to each of Counts 16ss, 17ss, 18ss and 19ss (10, 11, 12 and 13); and 72 months as to each of Counts 20ss, 21ss and 22ss (14, 15 and 16) of the Second Superseding Indictment, all terms to run concurrently**.

☒  **The court makes the following recommendations to the Bureau of Prisons:**
   ☒ **The Court recommends that the Bureau of Prisons place Mr. Goldstein at FCI Otisville Satellite Camp to be near his community ties in the New York/New Jersey area.**

☒  **The defendant is remanded to the custody of the United States Marshal.**

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____ a.m./p.m. on _____.
   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal.  If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

   ☐  before _____ a.m. on _____.

A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146.  If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147.  For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148.  Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
DEPUTY U.S. MARSHAL

Sheet 3 - Amended Judgment in a Criminal Case with Supervised Release (Rev. 02/2025)                    Judgment Page 4 of 7

**DEFENDANT: Thomas C. Goldstein**                                    CASE NUMBER: LKG-8-25-CR-00006-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years as to each of Counts 1ss, 8ss, 12ss, 13ss and 14ss (1, 3, 7, 8 and 9); 1 year as to each of Counts 16ss, 17ss, 18ss and 19ss (10, 11, 12 and 13); and 5 years as to each of Counts 20ss, 21ss and 22ss (14, 15 and 16) of the Second Superseding Indictment, all terms to run concurrently for a total term of 5 years**.

**The defendant shall comply with all of the following conditions:**

## A.    MANDATORY CONDITIONS

1)    You must not commit another federal, state or local crime.
2)    You must not unlawfully possess a controlled substance.
3)    You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
      ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4)    ☒ **You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution.** *(check if applicable)*
5)    You must cooperate in the collection of DNA as directed by the probation officer.
6)    ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7)    ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page

## B.    STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1)    You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2)    After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. You must follow the instructions of the probation officer related to the conditions of supervision.
3)    You must answer truthfully the questions asked by your probation officer.
4)    You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer beforehand. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
5)    You must allow the probation officer to visit you at any time at your home or elsewhere.
6)    You must notify the probation officer before you travel more than 150 miles from your approved residence.
7)    If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
8)    You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the Court.

Sheet 3.01 - Amended Judgment in a Criminal Case with Supervised Release (Rev. 02/2025)          Judgment Page 5 of 7

**DEFENDANT: Thomas C. Goldstein**                CASE NUMBER: LKG-8-25-CR-00006-001

## C.   SUPERVISED RELEASE
## ADDITIONAL CONDITIONS

☒ **SUBSTANCE ABUSE TESTING**

You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

☒ **MENTAL HEALTH TREATMENT**

You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

☒ **GAMBLING ADDICTION TREATMENT**

You must participate in a gambling addiction treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

☒ **COOPERATE WITH IRS**

Provide documentation to the IRS and/or pay taxes.

☒ **FINANCIAL DISCLOSURE**

You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.

☒ **RESTITUTION – MONEY**

Pay outstanding monetary restitution imposed by the Court in the amount of $3,103,427.00 at a rate of $500.00 a month to commence 30 days after release from imprisonment and paid to Clerk, U.S. District Court, 6500 Cherrywood Lane, Suite 200, Greenbelt, MD 20770, for disbursement to the victim(s).

☒ **SPECIAL ASSESSMENT**

Pay special assessment in the amount of $900.00.

**U.S. Probation Office Use Only**

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____ Date _____

Sheet 5 Part A - Amended Judgment in a Criminal Case with Supervised Release (Rev. 02/2025)                    Judgment Page 6 of 7

**DEFENDANT: Thomas C. Goldstein**                                      CASE NUMBER: LKG-8-25-CR-00006-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 5B.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $900.00 | $3,103,247.00 | $.00 | N/A | N/A |

☐ CVB Processing Fee $30.00

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Clerk, US District Court<br>6500 Cherrywood Lane<br>Greenbelt, MD 20770<br>For disbursment to victim(s) | | $3,103,247.00 | |

**TOTALS**            $ _____        $ _____ $3,103,247.00 _____

☐ Restitution amount ordered pursuant to plea agreement _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the   ☐   fine   ☐   restitution

☐ the interest requirement for the   ☐   fine   ☐   restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

**DEFENDANT: Thomas C. Goldstein**                    CASE NUMBER: LKG-8-25-CR-00006-001

# SCHEDULE OF PAYMENTS

Payment of the total fine and other criminal monetary penalties shall be due as follows:

USDC- GREENBELT
'26 JUL 31 AM 11:26

A   ☐   In full immediately; or

B   ☒   **A Special Assessment in the amount of $900.00 immediately, balance due (in accordance with C, D, or E); and**

C   ☐   Not later than _____; or

D   ☐   Installments to commence _____ day(s) after the date of this judgment.

E   ☒   **In <u>equal monthly</u> (*e.g. equal weekly, monthly, quarterly*) installments of $500.00 over a period of <u>three (3) year(s)</u> to commence thirty (30) days after the defendant's release from imprisonment.**

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Unless the court expressly orders otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Bureau of Prisons Inmate Financial Responsibility Program, are to be made to the Clerk of the Court.

☐   **NO RESTITUTION OR OTHER FINANCIAL PENALTY SHALL BE COLLECTED THROUGH THE INMATE FINANCIAL RESPONSIBILITY PROGRAM.**

If the entire amount of criminal monetary penalties is not paid prior to the commencement of supervision, the balance shall be paid:

☐   in equal monthly installments during the term of supervision; or

☐   on a nominal payment schedule of $_____ per month during the term of supervision.

The U.S. probation officer may recommend a modification of the payment schedule depending on the defendant's financial circumstances.

Special instructions regarding the payment of criminal monetary penalties:

☐   Joint and Several

| Case Number<br>Defendant and Co-Defendant<br>Names (*including defendant<br>number*) | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☒   The defendant shall forfeit the defendant's interest in the following property to the United States:

**An Order of Forfeiture will be entered and incorporated herein by reference in an amount to be determined.**

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.