**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>**Plaintiff,**<br>**v.**<br>**THOMAS C. GOLDSTEIN,**<br>**Defendant.** | **CRIMINAL NO. LKG-25-6** |

**AMENDED NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendant Thomas C. Goldstein hereby supplements the Notice of Appeal filed on July 31, 2026, and appeals to the United States Court of Appeals for the Fourth Circuit from the amended judgment entered in this case on July 31, 2026 (ECF No. 576), including any and all preceding orders and rulings subsumed within that amended judgment. This Amended Notice of Appeal supplements, and does not withdraw, supersede, narrow, or otherwise limit, the Notice of Appeal filed on July 31, 2026, which has been docketed by the United States Court of Appeals for the Fourth Circuit as Case Number 26-4392.

Dated: August 7, 2026

Respectfully submitted,

*/s/ Elizabeth B. Prelogar*

Elizabeth B. Prelogar (*pro hac vice*)
Elias S. Kim (*pro hac vice*)
Jade Ford (*pro hac vice*)
**COOLEY LLP**
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
(202) 842-7800
eprelogar@cooley.com

Jonathan I. Kravis (Bar No. 31556)
**LIU SHUR KRAVIS LLP**
607 14th Street NW, Suite 625
Washington, DC 20005
(202) 240-7100
jonathan.kravis@lskllp.com