**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. LKG-25-0006** |
| **THOMAS C. GOLDSTEIN,** | |
| **Defendant.** | |

[*GOVERNMENT'S PROPOSED*] **ORDER**

On July 27, 2026, the Court issued a Preliminary Order of Forfeiture, ECF No. 566. That Order did not set a precise amount for forfeiture. *Id.* at 2. On August 12, 2026, the parties filed a Joint Status Report regarding post-sentencing briefing and forfeiture. Considering the foregoing, the Court DIRECTS the parties to adhere to the following schedule for briefing on the amount of forfeiture:

| | |
|---|---|
| Government's Opening Brief | **August 28, 2026** |
| Defendant's Opposition Brief | **September 11, 2026** |
| Government's Reply Brief | **September 18, 2026** |
| Forfeiture Hearing | **Date to Be Determined** |

This Scheduling Order shall not be modified absent a showing of good cause.

**IT IS SO ORDERED.**

 

LYDIA KAY GRIGGSBY
United States District Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. LKG-25-0006** |
| **THOMAS C. GOLDSTEIN,** | |
| **Defendant.** | |

[*DEFENDANT'S PROPOSED*] **ORDER**

On July 24, 2026, the Court granted in part and denied in part the government's motion for forfeiture in the amount of $1,987,500. 7/24/26 Pub. Sent. Tr. 187:13. On July 27, 2026, the Court issued a Preliminary Order of Forfeiture, ECF No. 566. That Order did not set a precise amount for forfeiture. *Id.* at 2. On August 12, 2026, the parties filed a Joint Status Report regarding post-sentencing briefing and forfeiture.

Considering the foregoing, the Court hereby **DIRECTS** the parties to file a Joint Status Report on or before **September 11, 2026**, stating the status of forfeiture and proposing a schedule for briefing on any forfeiture-related matters.

    **IT IS SO ORDERED.**

LYDIA KAY GRIGGSBY
United States District Judge