**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**THOMAS C. GOLDSTEIN,**<br><br>**Defendant.** | **CRIMINAL NO. LKG-25-0006** |

# JOINT STATUS REPORT

The United States of America respectfully submits this joint status report in response to the Court's August 14, 2026 Order, Dkt. 582. Counsel for the defendant, Thomas Goldstein, has reviewed and consents to the filing of this joint status report.

The parties have made progress toward an interlocutory sale agreement that would allow Goldstein and his wife, Amy Howe, to sell the 4323 Hawthorne Street property and place Goldstein's portion of the sale proceeds in escrow pending the Court's determination of the forfeiture amount. Ms. Howe and her counsel have already signed the agreement and it is now awaiting Goldstein's signature.

However, this sale agreement does not resolve the *amount* of forfeiture for Goldstein's fraud on NFM Lending, which resulted in his conviction on Count 16. *See* Jury Verdict 4, Dkt. 4. The parties remain at an impasse regarding the amount, continuing to disagree about the narrow question remaining: whether forfeiture in the amount of $1,987,500, representing the loan proceeds that Goldstein fraudulently obtained from NFM, would violate the Excessive Fines Clause under the Fourth Circuit's four-factor test.

The government requests that the Court proceed with the briefing schedule established in the Court's August 16 Order. Specifically, the government will file its opening brief on

September 3, followed by Goldstein's opposition brief on September 17, and the government's reply brief on September 24, 2026. *See* Order, Dkt. 482.

The defense requests that the Court defer briefing the forfeiture amount by two weeks to give defense counsel an opportunity to discuss recent developments with Mr. Goldstein, who was recently transferred from the Chesapeake Detention Facility to a federal prison and has been difficult to reach. Defense counsel has been unable to schedule a legal call with Mr. Goldstein since he was transferred, and his assigned counselor (who arranges legal calls with him) is on leave until next Monday, so defense counsel does not expect to be able to speak with Mr. Goldstein until next week at the earliest.

Respectfully submitted,

COLIN M. MCDONALD
Assistant Attorney General
National Fraud Enforcement Division

Dated: August 26, 2026

/s/
Emerson Gordon-Marvin
Hayter Whitman
Trial Attorneys
Department of Justice
National Fraud Enforcement Division

Sean Beaty
Senior Litigation Counsel
Department of Justice
National Fraud Enforcement Division