**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| v. | ) | Criminal Case No. 25-cr-00006-LKG |
| THOMAS C. GOLDSTEIN, | ) | Dated: August 27, 2026 |
| Defendant. | ) | |

## SCHEDULING ORDER

On August 12, 2026, the parties filed a joint status report stating, among other things, that: (1) the parties have made progress toward an interlocutory sale agreement of the property located at 4323 Hawthorne Street; (2) the parties have not resolved the amount of forfeiture for the Defendant's fraud on NFM Lending, which resulted in his conviction on Count 16; and (3) the Defendant's counsel wishes to defer briefing by two weeks in order to contact the Defendant. ECF No. 585.

In light of the foregoing, the Court **MODIFIES** the Court's August 14, 2026, briefing scheduling order and **DIRECTS** the parties to adhere to the following briefing schedule for the briefing of any post-sentencing motions related to forfeiture:

| | |
|---|---|
| Opening Brief | **September 10, 2026** |
| Responsive Brief | **September 24, 2026** |
| Reply Brief | **October 1, 2026** |

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge